## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS[2]

Bayou Steel BD Holdings, L.L.C. ("**Bayou Steel Group**" and / or "**BSG**") and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783). The location of the Debtors' mailing address is 138 Highway 3217, LaPlace, Louisiana 70068.

[2] A Statement of Financial Affairs or a Schedule of Assets and Liabilities for a particular Debtor begins immediately after these Global Notes (as defined below).

subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Mr. Charles S. Deutchman has signed each of the Schedules and Statements. Mr. Deutchman is the Debtors' Chief Restructuring Officer and an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Deutchman necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Deutchman has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## **Global Notes and Overview of Methodology**

**1.      Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**2.      Description of Cases and "as of" Information Date**. On October 1, 2019 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On October 3, 2019, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Debtors' chapter 11 cases [Docket No. 33].  On October 10, 2019, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 67]. The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the close of business on September 30, 2019, and the liability information provided herein,

except as otherwise noted, represents the liability data of the Debtors as of the close of business on September 30, 2019. The debtor had ceased all manufacturing operations in late September and thus utilizing the balances contained within the September 30, 2019 monthly close of the books and records of the debtor, appeared reasonable.

**3.**     **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of September 30, 2019. Furthermore, assets that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**4.**     **Recharacterization**. Notwithstanding the Debtors' reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired post-petition.

**5.**     **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate. The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

**6.**     **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued employee withholdings, accrued employee benefits, and customer rebates. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

**7.**     **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) executives; (c) equity holders holding in excess of 10% of the voting securities of one of the Debtor entities; (d) Debtor/non-Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors).

Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.      **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor or by an affiliate. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

9.      **Executory Contracts**. Although the Debtors made diligent attempts to accumulate and analyze all executory contracts of the Debtor, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.     **Classifications**. Listing a Claim on (a) Schedule D as "secured," (b) Schedule E as "priority," (c) Schedule F as "unsecured," or (d) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

11.     **Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

12.     **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant

71170910.1

non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13.    <u>**Summary of Significant Reporting Policies**</u>. The following is a summary of significant reporting policies:

a.    <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.    <u>Totals</u>. All totals that are included in the Schedules and actual total may be different than the listed total.

c.    <u>Paid Claims</u>. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various interim orders entered by the Bankruptcy Court on October 3, 2019. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.

d.    <u>Excluded Assets and Liabilities</u>. The Debtors have excluded certain accrued liabilities, including accrued employee withholdings, accrued employee benefits and customer rebates from the Schedules and Statements. Certain other immaterial assets and liabilities may also have been excluded.

e.    <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14.    <u>**Estimates**</u>. To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions

that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**15.**     <u>**Currency**</u>. Unless otherwise indicated, all amounts are reflected in U.S. Dollars.

**16.**     <u>**Setoffs**</u>. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

**17.**     <u>**Global Notes Control**</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

<u>**Schedules A/B**</u>.

> <u>Lines 2 and 3</u>. Cash values held in financial accounts are listed as of June 9, 2019.

> <u>Line 63</u>. Customer Lists were not listed due to an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

> <u>Lines 64 and 65</u>. Intangible Assets were not listed due to an undetermined amount on account of the fact that the fair market value of such intangible items such as Non-Compete Agreements and Trade Names is dependent on numerous variables and factors and may differ significantly from their net book value.

<u>**Schedule D**</u>. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors,

utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the Claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. The amounts outstanding under the Debtors' prepetition secured credit facilities reflect approximate amounts as of the Petition Date.

**Schedule E**. The Debtors have been authorized by order of the Bankruptcy Court to pay certain prepetition liabilities, including the authority to pay employee wages and other employee benefits in the ordinary course of business (the "*Final Order Authorizing the Debtors to Pay Prepetition Employee Wages, Benefits, and Related Items*" [Docket No. 182]). As a result of this order, the Debtors believe that any employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied.

The listing of any claim on Schedule E does not constitute an admission by the Debtors that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve their right to dispute the priority status of any claim on any basis. Moreover, the listing of any tax claim on Schedule E is not an admission or designation by the Debtors that such claim is a prepetition tax claim. The Debtors reserve their right to treat any of these claims as post-petition claims.

**Schedule F**. The Debtors have used best reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date. The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtors reserve all of their rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as a contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule F. Certain Debtors may pay Claims listed on Schedule F during this chapter 11 case pursuant to orders of the Bankruptcy Court and reserve all of their rights to update Schedule F to reflect such payments.

71170910.1

Schedule F reflects unsecured Claims that a Debtor may have against another Debtor on account of intercompany receivables and payables. To the extent a Debtor has a Claim against another Debtor on account of the Debtors' prepetition secured facilities, these Claims are not reflected on Schedule F.

**Schedule G**. The Debtors' businesses are complex. Although the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts for each of the Debtors and diligent efforts have been made to ensure the accuracy of each Debtor's Schedule G, inadvertent errors, omissions or over-inclusions may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtors' reasonable efforts. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. Certain confidentiality and non-compete agreements may not be listed on Schedule G. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all of their rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements,

supplemental agreements, amendments/letter agreements, title agreements, indemnity agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all of their rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve all of their rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

**Fill in this information to identify the case:**

Debtor name  **BD LaPlace, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-12155 (KBO)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................  $ __18,941,600.00__

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................................  $ __117,530,700.00__

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................  $ __136,472,300.00__

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ __75,615,700.00__

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................  $ __2,376,829.00__

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ __65,567,786.00__

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b          $ __143,560,315.00__

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BD LaPlace, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **19-12155 (KBO)** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$5,200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America N.A.** | **Depository** | **6979** | $0.00 |
| 3.2. | **Bank of America N.A.** | **Clearing** | **6966** | $0.00 |
| 3.3. | **Bank of America N.A.** | **A/P ZBA** | **9717** | $0.00 |
| 3.4. | **Bank of America N.A.** | **Payroll ZBA** | **6982** | $0.00 |
| 3.5. | **JPMorgan Chase** | **Operating** | **2334** | $0.00 |
| 3.6. | **JPMorgan Chase** | **Scap ZBA** | **6563** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | | Case number *(If known)* **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **First National Bank of Omaha** | **Checking** | **2207** | **$0.00** |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$5,200.00**

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Prepaid Insurance** | **$761,300.00** |
| 7.2. | **Prepaid Software Licenser** | **$381,400.00** |
| 7.3. | **Services Receivable** | **$121,200.00** |
| 7.4. | **Intercompany Charges** | **$120,700.00** |
| 7.5. | **Professional Retainer** | **$110,000.00** |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$1,494,600.00**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **14,624,900.00** | - | **0.00** | = .... | **$14,624,900.00** |
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(If known)* **19-12155 (KBO)** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 66,500.00 | - | 50,000.00 | =.... | $16,500.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | | | $14,641,400.00 |
|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | | |

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Ferrous and Non-Ferrous Scrap Metal** | 12/31/18 | $2,352,200.00 | Recent cost | $2,352,200.00 |
| 20. | **Work in progress** **Manufactured Steel Billets** | 12/31/18 | $4,225,700.00 | Recent cost | $4,225,700.00 |
| 21. | **Finished goods, including goods held for resale** **Finished Bar and Dimensional Steel** | 12/31/18 | $51,799,700.00 | Recent cost | $51,799,700.00 |
| 22. | **Other inventory or supplies** **Consumable Plant Supplies** | 12/31/18 | $9,250,300.00 | Recent cost | $9,250,300.00 |

| 23. | **Total of Part 5.** | | | | $67,627,900.00 |
|---|---|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | | | |

| 24. | **Is any of the property listed in Part 5 perishable?** |
|---|---|
| | ■ No |
| | ☐ Yes |

| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** |
|---|---|
| | ☐ No |
| | ■ Yes. Book value      0.00  Valuation method _____      Current Value      1,337,000.00 |

| 26. | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** |
|---|---|
| | ■ No |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(If known)* **19-12155 (KBO)** |
|---|---|---|
| | Name | |

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Machinery & Equipment** | $32,865,000.00 | | $32,334,600.00 |
| **Leased Cranes (5)** | $1,427,000.00 | | $1,427,000.00 |

| 51. **Total of Part 8.** | $33,761,600.00 |
|---|---|
| Add lines 47 through 50.  Copy the total to line 87. | |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                         page 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | | Case number *(If known)* **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Plant located at 138 Highway 3217, LaPlace, LA 70068. 430 acre site comprising of 13 buildings with 847100 square feet under roof.** | Equitable interest | $9,400,000.00 | Appraisal | $9,400,000.00 |
| 55.2. **Plant located at 3404 S. Roane Street, Harriman, TN 37748. 184 acre site comprising of 4 buildings with 278,300 square feet under roof.** | Equitable interest | $1,700,000.00 | Appraisal | $1,700,000.00 |
| 55.3. **Depot located at 3313 E. 106th Street, Chicago, IL 60617. 7.5 acre site comprising of 1 building with 100,000 square feet under roof.** | Equitable interest | $600,000.00 | Appraisal | $600,000.00 |
| 55.4. **Land located at East 5th Street, LaPlace, LA 70068. 140 acres of underdeveloped land with access to Mississippi River and adjacent to LaPlace Steel Mill.** | Equitable interest | Unknown | N/A | Unknown |
| 55.5. **Building & Site Improvements LaPlace Plant** | Equitable interest | $3,951,200.00 | N/A | $5,436,300.00 |
| 55.6. **Building & Site Improvements Harriman, TN Plant** | Equitable interest | $624,500.00 | N/A | $624,500.00 |
| 55.7. **Building & Site Improvements Chicago, IL Depot** | Equitable interest | $1,180,800.00 | N/A | $1,180,800.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor   **BD LaPlace, LLC**                                          Case number *(If known)*  **19-12155 (KBO)**
_____
Name

56.     **Total of Part 9.**                                                                    | $18,941,600.00 |

        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☐ No
        ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(If known)* **19-12155 (KBO)** |
|---|---|---|
| | Name | |

---

<div style="background:black;color:white;display:inline-block">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,200.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,494,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $14,641,400.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $67,627,900.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $33,761,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $18,941,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $117,530,700.00 | + 91b. $18,941,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $136,472,300.00 |

Fill in this information to identify the case:

Debtor name      **BD LaPlace, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-12155 (KBO)**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **American State Equipment Co. Inc.**<br>Creditor's Name<br><br>**2055 South 108th Street**<br>**Milwaukee, WI 53227**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/14/17**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**(5) Liebherr LH60M Mobile Cranes**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,637,900.00** | **Unknown** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Bank of America, N.A., as agent**<br>Creditor's Name<br>**901 Main Street**<br>**11th Floor**<br>**Dallas, TX 75202**<br>Creditor's mailing address<br><br>**terry.mckinney@baml.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**4/4/16**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**cash/accounts receivable/intangibles/2nd on Real Property**<br><br>**Describe the lien**<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$37,423,800.00** | **$0.00** |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | BD LaPlace, LLC | Case number (if know) | 19-12155 (KBO) |
|--------|----------------|------------------------|----------------|

Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Black Diamond Opportunity FUnd IV, L.P.** |
|-----|---------------------------------------------|

Creditor's Name

**One Sound Shore Drive
Suite 200
Greenwich, CT 06830**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/21/17**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**     $36,554,000.00          $0.00
**Real Property**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $75,615,700.00 |
|----|-----------------------------------------------------------------------------------------------------------|----------------|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|------------------------------------------------------------|------------------------------------------------|

---

| Fill in this information to identify the case: |
|---|

Debtor name    **BD LaPlace, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **19-12155 (KBO)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Adams,  William O**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,314.00 | $1,314.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Adams,  William Orland**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,838.00 | $1,838.00 |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,178.00 | $2,178.00 |
|---|---|---|---|---|

**Ainsworth, Willis Edward**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,782.00 | $1,782.00 |
|---|---|---|---|---|

**Alexander, Charles H**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,477.00 | $1,477.00 |
|---|---|---|---|---|

**Altum, John**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,074.00 | $1,074.00 |
|---|---|---|---|---|

**Amin, Mohammad**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.00 | $1,152.00 |
|---|---|---|---|---|

**Anders,  James C**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,536.00 | $1,536.00 |
|---|---|---|---|---|

**Anim,  Benjamin**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,421.00 | $1,421.00 |
|---|---|---|---|---|

**Anthony,  Debbie Lorine**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,453.00 | $1,453.00 |
|---|---|---|---|---|

**Ardoin,  Todd P**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,742.00 | $1,742.00 |
|---|---|---|---|---|
| | **Arguello, Alan Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|
| | **Arney, David M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.00 | $1,385.00 |
|---|---|---|---|---|
| | **Avist, Avron Joesph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.00 | $1,674.00 |
|---|---|---|---|---|
| | **Bailey, Albert Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $875.00 | $875.00 |
|---|---|---|---|---|

**Bailey,  Cody R**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.00 | $887.00 |
|---|---|---|---|---|

**Bailey,  Elgin Lavar**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,131.00 | $2,131.00 |
|---|---|---|---|---|

**Bailey,  Kevin**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,231.00 | $1,231.00 |
|---|---|---|---|---|

**Bailey,  Leroy J**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,048.00 | $2,048.00 |
|---|---|---|---|---|

**Banken,  Jimmy Dawayne**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,089.00 | $3,089.00 |
|---|---|---|---|---|

**Bankston,  Chad Michiel**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,404.00 | $1,404.00 |
|---|---|---|---|---|

**Barre,  Titus Emanuel**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.00 | $909.00 |
|---|---|---|---|---|

**Barrett,  Shane J**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,166.00** | **$2,166.00** |
|---|---|---|---|---|

**Bassett,  Quentracus Latroy**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,339.00** | **$1,339.00** |
|---|---|---|---|---|

**Bates,  Michael**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$944.00** | **$944.00** |
|---|---|---|---|---|

**Bergeron,  Linda M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,272.00** | **$1,272.00** |
|---|---|---|---|---|

**Bernard,  Irvin S**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,395.00 | $1,395.00 |
|---|---|---|---|---|

**Berry, Joshua**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,276.00 | $1,276.00 |
|---|---|---|---|---|

**Best, James Roland**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,566.00 | $1,566.00 |
|---|---|---|---|---|

**Bliss, Jordan M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,621.00 | $1,621.00 |
|---|---|---|---|---|

**Blount, Mark Duane**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address<br>**Blystone, Kelly**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,320.00** | **$1,320.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.32 | Priority creditor's name and mailing address<br>**Boales,  Robert R**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$981.00** | **$981.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.33 | Priority creditor's name and mailing address<br>**Booth,  Huston**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,341.00** | **$1,341.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.34 | Priority creditor's name and mailing address<br>**Bordelon,  Riley P**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,615.00** | **$1,615.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,129.00 | $1,129.00 |
|---|---|---|---|---|

**Bourgeois,  David D**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.00 | $909.00 |
|---|---|---|---|---|

**Bourgeois,  Glenn P**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|

**Bournes,  Larry James**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.00 | $1,587.00 |
|---|---|---|---|---|

**Bright,  Jason Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.39** | Priority creditor's name and mailing address
**Brown,  Billy J**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,067.00        $1,067.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address
**Brown,  Cass J**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,142.00        $1,142.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address
**Brown,  Dawson Andrew**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,178.00        $1,178.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** | Priority creditor's name and mailing address
**Brown,  Wendell J**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,321.00        $1,321.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.00 | $1,142.00 |
|---|---|---|---|---|
| | **Brumfield, Pernal** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.00 | $1,178.00 |
|---|---|---|---|---|
| | **Brush, Matthew Todd** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,347.00 | $1,347.00 |
|---|---|---|---|---|
| | **Burbank, Samuela Marie** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,304.00 | $1,304.00 |
|---|---|---|---|---|
| | **Burd, Joshua Francis** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,374.00 | $1,374.00 |
|---|---|---|---|---|

**Butler,  Michael James**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,602.00 | $1,602.00 |
|---|---|---|---|---|

**Caballero,  Lennie Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,604.00 | $1,604.00 |
|---|---|---|---|---|

**Calderone,  Dominick V**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,005.00 | $2,005.00 |
|---|---|---|---|---|

**Cambron,  Brian**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.00 | $1,469.00 |
|---|---|---|---|---|

**Campbell, Eric**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,509.00 | $1,509.00 |
|---|---|---|---|---|

**Campbell, Johnny L.**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,893.00 | $1,893.00 |
|---|---|---|---|---|

**Carmona, Jose Ricardo**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,412.00 | $1,412.00 |
|---|---|---|---|---|

**Cassidy, Timothy M**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,213.00 | $1,213.00 |
|---|---|---|---|---|

**Castillo,  Devin M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,086.00 | $1,086.00 |

**Castillo,  Xavier A**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,670.00 | $1,670.00 |

**Cernich,  Oscar P**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00 | $900.00 |

**Cherry,  Cedric Wayne**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

**2.59** | Priority creditor's name and mailing address
**Childress,  Thomas**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,630.00      $1,630.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.60** | Priority creditor's name and mailing address
**Christopher,  Justin A**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,178.00      $1,178.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.61** | Priority creditor's name and mailing address
**Clark,  Brandon S**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$685.00      $685.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.62** | Priority creditor's name and mailing address
**Clark,  Daniel N**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$853.00      $853.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.00 | $1,637.00 |
|---|---|---|---|---|
| | **Clavier,  Anthony R** | *Check all that apply.* | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.00 | $2,218.00 |
|---|---|---|---|---|
| | **Clement,  Van James** | *Check all that apply.* | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,326.00 | $1,326.00 |
|---|---|---|---|---|
| | **Coaker,  Jared** | *Check all that apply.* | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,517.00 | $1,517.00 |
|---|---|---|---|---|
| | **Coco,  Reginald L** | *Check all that apply.* | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,281.00 | $1,281.00 |
|---|---|---|---|---|
| | **Coleman,  Ashton J** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages Earned** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |
|---|---|---|---|---|
| | **Conners,  Frank James** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages Earned** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,993.00 | $1,993.00 |
|---|---|---|---|---|
| | **Cooper,  Ronnie J** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages Earned** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,377.00 | $2,377.00 |
|---|---|---|---|---|
| | **Cooper,  Steven M** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages Earned** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.00 | $1,659.00 |
|---|---|---|---|---|

**Cormier,  Emery James**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.00 | $1,368.00 |
|---|---|---|---|---|

**Correa,  Demetrius W**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.00 | $1,370.00 |
|---|---|---|---|---|

**Costanza,  Richard P**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,378.00 | $1,378.00 |
|---|---|---|---|---|

**Cox,  Robert D**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $936.00 | $936.00 |
|---|---|---|---|---|
| | **Cramp,  Christopher Pirela**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.00 | $721.00 |
|---|---|---|---|---|
| | **Crawford,  Cody Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.00 | $1,655.00 |
|---|---|---|---|---|
| | **Crayton,  Edward E**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,606.00 | $1,606.00 |
|---|---|---|---|---|
| | **Crouch,  Don**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address<br>**Dantzler,  Jude Anthony**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,530.00** | **$2,530.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address<br>**Davis,  Carl P.**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,118.00** | **$2,118.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address<br>**Davis,  Christopher Lee**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,370.00** | **$1,370.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address<br>**Davis,  Hunter A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,178.00** | **$1,178.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address<br>**Davis,  James Robert**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,115.00** | **$1,115.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address<br>**Davis,  Travis A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,509.00** | **$1,509.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address<br>**Delahoussaye,  Joshua J**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,583.00** | **$1,583.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address<br>**Delone,  Alvin Eugene**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,127.00** | **$1,127.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.87 | Priority creditor's name and mailing address<br>**Denson,  Larry D**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,282.00**    **$2,282.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.88 | Priority creditor's name and mailing address<br>**Desjardins,  Stephen Ray**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,548.00**    **$1,548.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.89 | Priority creditor's name and mailing address<br>**Dickerson,  Steven V**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,668.00**    **$1,668.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.90 | Priority creditor's name and mailing address<br>**Dorris,  William Scott**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,077.00**    **$1,077.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,220.00 | $1,220.00 |
|---|---|---|---|---|

**Duhe,  David Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,646.00 | $1,646.00 |
|---|---|---|---|---|

**Dunkelberger,  Lance E**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,331.00 | $1,331.00 |
|---|---|---|---|---|

**Durapau,  Brant Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,088.00 | $1,088.00 |
|---|---|---|---|---|

**Duronslet,  Michael Thomas**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.95 | Priority creditor's name and mailing address<br>**Eddy,  Matthew A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,242.00** | **$1,242.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.96 | Priority creditor's name and mailing address<br>**Edmonds,  Danny Lee**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,559.00** | **$1,559.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.97 | Priority creditor's name and mailing address<br>**Ellis,  Terrance James**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$962.00** | **$962.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.98 | Priority creditor's name and mailing address<br>**Etienne,  Raymond Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,185.00** | **$1,185.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,142.00 | $1,142.00 |
|---|---|---|---|---|
| | **Ewing,  Lisa Jeannette**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.00 | $1,912.00 |
|---|---|---|---|---|
| | **Fauntleroy,  John Marc**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.00 | $624.00 |
|---|---|---|---|---|
| | **Favors,  Anita Numa**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $710.00 | $710.00 |
|---|---|---|---|---|
| | **Felipe,  Martin**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,880.00** | **$1,880.00** |
|---|---|---|---|---|
| | **Fernandez,  Jose Ramon**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,467.00** | **$1,467.00** |
|---|---|---|---|---|
| | **Fernandez,  Wayne P**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,314.00** | **$2,314.00** |
|---|---|---|---|---|
| | **Fischer,  Ty M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,808.00** | **$1,808.00** |
|---|---|---|---|---|
| | **Fischer,  Wade P**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.107 | Priority creditor's name and mailing address<br>**Fleming,  Marcus Q**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,748.00** | **$1,748.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.108 | Priority creditor's name and mailing address<br>**Fleming,  Troy M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,988.00** | **$1,988.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.109 | Priority creditor's name and mailing address<br>**Fobb,  Larry James**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,109.00** | **$2,109.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.110 | Priority creditor's name and mailing address<br>**Folgar,  Andres Antonio**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,470.00** | **$1,470.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,115.00 | $1,115.00 |
|---|---|---|---|---|

**Forest,  Ramsey W**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,165.00 | $1,165.00 |
|---|---|---|---|---|

**Forrester,  Joshua B**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,933.00 | $1,933.00 |
|---|---|---|---|---|

**Fortier,  Jessee L**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.00 | $897.00 |
|---|---|---|---|---|

**Fortier,  Sean M**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address<br>**Franklin,  Vegas Sanchez**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,681.00** | **$1,681.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.116 | Priority creditor's name and mailing address<br>**Gardner,  Lester**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,233.00** | **$2,233.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.117 | Priority creditor's name and mailing address<br>**Gautreau,  Brad Anthony**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,478.00** | **$1,478.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.118 | Priority creditor's name and mailing address<br>**Gennaro,  Lisa M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,123.00** | **$1,123.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,880.00 | $1,880.00 |
|---|---|---|---|---|

**Gentry,  Brent Lee**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,028.00 | $1,028.00 |
|---|---|---|---|---|

**Georgel,  Charles J**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $714.00 | $714.00 |
|---|---|---|---|---|

**Gilbert,  Michael Lin**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,698.00 | $1,698.00 |
|---|---|---|---|---|

**Gill,  Charles Edward**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,230.00 | $1,230.00 |
|---|---|---|---|---|
| | **Glasper,  Donnell**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,166.00 | $1,166.00 |
|---|---|---|---|---|
| | **Goodman,  Wesley L**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,064.00 | $1,064.00 |
|---|---|---|---|---|
| | **Gray,  Jason**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.00 | $982.00 |
|---|---|---|---|---|
| | **Green,  Joseph Archie**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Greene,  George D**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.00 | $1,267.00 |
|---|---|---|---|---|

**Grisoli,  Damian**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,144.00 | $2,144.00 |
|---|---|---|---|---|

**Grover,  Demar**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.00 | $1,385.00 |
|---|---|---|---|---|

**Grover,  Tina E**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address<br>**Hall, Ellis K**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,870.00** | **$1,870.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address<br>**Hampton, Charles E**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,250.00** | **$1,250.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address<br>**Harp, Jeff A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,199.00** | **$1,199.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address<br>**Hatley, Brandon R**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,269.00** | **$2,269.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,002.00** | **$2,002.00** |
|---|---|---|---|---|
| | **Haverland, David Allen**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,774.00** | **$1,774.00** |
|---|---|---|---|---|
| | **Hayes, Paul C**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$821.00** | **$821.00** |
|---|---|---|---|---|
| | **Haynes, Kimberly D**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$922.00** | **$922.00** |
|---|---|---|---|---|
| | **Hayward, Antoine Maurice**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.00 | $1,469.00 |
|---|---|---|---|---|

**Hebert,  Calvin J**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.00 | $604.00 |
|---|---|---|---|---|

**Hebert,  Trever Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,034.00 | $2,034.00 |
|---|---|---|---|---|

**Hembree,  Rex A**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,411.00 | $1,411.00 |
|---|---|---|---|---|

**Hill,  Christopher A**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.00 | $1,242.00 |
|---|---|---|---|---|

**Hill,  Jacob B**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,265.00 | $2,265.00 |
|---|---|---|---|---|

**Holden,  Charles**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.00 | $877.00 |
|---|---|---|---|---|

**Hollins,  Frederick**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,950.00 | $1,950.00 |
|---|---|---|---|---|

**Holton,  Ryan Stewart**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,780.00** | **$1,780.00** |
|---|---|---|---|---|
| | **Howard,  Eric**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$334.00** | **$334.00** |
|---|---|---|---|---|
| | **Hull,  Ollie**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$612.00** | **$612.00** |
|---|---|---|---|---|
| | **Hume,  Christopher B**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$934.00** | **$934.00** |
|---|---|---|---|---|
| | **Hunter,  Christopher Harris**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|--------|---------------------|------------------------|--------------------|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.00 | $1,178.00 |
|-------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Hunter, Donald**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,152.00 | $2,152.00 |
|-------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Husser, Shane M**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,878.00 | $1,878.00 |
|-------|-----------------------------------------------|------------------------------------------------|-----------|-----------|

**Hutson, Mark D**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.00 | $854.00 |
|-------|-----------------------------------------------|------------------------------------------------|---------|---------|

**Jackson, Andrew**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.155** | Priority creditor's name and mailing address
**Jackson,  Brandon**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          **$1,076.00**     **$1,076.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.156** | Priority creditor's name and mailing address
**Jackson,  Devin T**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          **$1,004.00**     **$1,004.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.157** | Priority creditor's name and mailing address
**Jackson,  James Dalton**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:            **$585.00**       **$585.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.158** | Priority creditor's name and mailing address
**Jefferson Parish Sheriffs**
**Office(Sales &**
**P. O. Box 248**
**Gretna, LA 70054-0248**

As of the petition filing date, the claim is:          **$8,281.00**     **$8,281.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales & Use Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,890.00 | $1,890.00 |
|---|---|---|---|---|

| 2.159 | Priority creditor's name and mailing address<br>**Jeffery,  Stanford A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,890.00 | $1,890.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address<br>**Johnson,  Calvin Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,689.00 | $1,689.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address<br>**Johnson,  Cory Douglas**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,474.00 | $1,474.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address<br>**Johnson,  Gerald James**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,967.00 | $1,967.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,028.00 | $1,028.00 |
|---|---|---|---|---|

**Johnson,  Laverne**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.00 | $1,372.00 |
|---|---|---|---|---|

**Johnson,  Roger C**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.00 | $1,540.00 |
|---|---|---|---|---|

**Johnson,  Ronald**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,014.00 | $3,014.00 |
|---|---|---|---|---|

**Johnson,  Timothy L**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $774.00 | $774.00 |
|---|---|---|---|---|

**Johnston,  Christopher**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.00 | $1,178.00 |
|---|---|---|---|---|

**Jolley,  David L**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,559.00 | $1,559.00 |
|---|---|---|---|---|

**Jones,  Kerry Lamont**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.00 | $1,335.00 |
|---|---|---|---|---|

**Jones,  Robert**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.171 | Priority creditor's name and mailing address<br>**Joseph,  Raymond**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,480.00** | **$1,480.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.172 | Priority creditor's name and mailing address<br>**Josey,  Leo Anthony**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,340.00** | **$1,340.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.173 | Priority creditor's name and mailing address<br>**Kane,  Richard Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$771.00** | **$771.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.174 | Priority creditor's name and mailing address<br>**Kennedy,  Raymond Edgar**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,214.00** | **$1,214.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.175** | Priority creditor's name and mailing address
**Kennedy,  Robert Lee**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          $1,178.00          $1,178.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.176** | Priority creditor's name and mailing address
**Kimble,  Glen R**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          $1,648.00          $1,648.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.177** | Priority creditor's name and mailing address
**King,  Christopher Keith**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          $1,837.00          $1,837.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.178** | Priority creditor's name and mailing address
**King,  Devin M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:          $1,345.00          $1,345.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|

**King, Gary B**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,786.00 | $1,786.00 |
|---|---|---|---|---|

**King, Gary W**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**King, Thaddeus Anthony**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,751.00 | $1,751.00 |
|---|---|---|---|---|

**Knight, Cecil James**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.183** | Priority creditor's name and mailing address
**Krieder,  James G**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,617.00    $1,617.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.184** | Priority creditor's name and mailing address
**Ladd,  Ronald**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250.00    $1,250.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.185** | Priority creditor's name and mailing address
**Lagumbay,  Kelvin John**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,404.00    $1,404.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.186** | Priority creditor's name and mailing address
**Lang,  David P**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,451.00    $1,451.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,306.00** | **$2,306.00** |
|---|---|---|---|---|

**Lasserre,  Brian John**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,474.00** | **$1,474.00** |
|---|---|---|---|---|

**Lawson,  Freddy Dean**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.00** | **$49.00** |
|---|---|---|---|---|

**Lay,  Robert Anthony**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,514.00** | **$1,514.00** |
|---|---|---|---|---|

**Lee,  Cyron Anthony**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.191 | Priority creditor's name and mailing address<br>**Lee, William Chester**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,236.00**    **$2,236.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.192 | Priority creditor's name and mailing address<br>**Lennix, Kinya Nicole**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,341.00**    **$1,341.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.193 | Priority creditor's name and mailing address<br>**Leslie, Joseph S**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,067.00**    **$3,067.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.194 | Priority creditor's name and mailing address<br>**Letner, Gage A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,199.00**    **$1,199.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.00 | $811.00 |
|---|---|---|---|---|

**Lewis,  Gary Allen**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,425.00 | $1,425.00 |
|---|---|---|---|---|

**Lewis,  Joseph E**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,192.00 | $1,192.00 |
|---|---|---|---|---|

**Lewis,  Steven G**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,503.00 | $1,503.00 |
|---|---|---|---|---|

**Lipscomb,  Charles Wayne**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,279.00 | $1,279.00 |
|---|---|---|---|---|
| | **Lyons,  David**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.00 | $1,618.00 |
|---|---|---|---|---|
| | **Madere,  Jarvis Trevis**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,223.00 | $1,223.00 |
|---|---|---|---|---|
| | **Madison,  Benjamin R**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,273.00 | $1,273.00 |
|---|---|---|---|---|
| | **Magee,  Terry L**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,858.00 | $1,858.00 |
|---|---|---|---|---|

**Mahler,  Craig E**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,502.00 | $1,502.00 |
|---|---|---|---|---|

**Malancon,  Henry**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,277.00 | $1,277.00 |
|---|---|---|---|---|

**Marcell,  Hendrick Charles**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,504.00 | $1,504.00 |
|---|---|---|---|---|

**Marroquin,  Daniel Enrique**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,055.00** | **$1,055.00** |
|---|---|---|---|---|
| | **Martin,  Candyce Michelle**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,663.00** | **$1,663.00** |
|---|---|---|---|---|
| | **Martin,  Clarence**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,323.00** | **$1,323.00** |
|---|---|---|---|---|
| | **Martin,  Meredith J**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,368.00** | **$1,368.00** |
|---|---|---|---|---|
| | **Martin,  Randolph J**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|---|---|---|---|---|
| | **Martin,  Ronell D** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.00 | $694.00 |
|---|---|---|---|---|
| | **Mason,  Ricardo M** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 | $1,394.00 |
|---|---|---|---|---|
| | **Mathieu,  Keith Raymond** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,550.00 | $1,550.00 |
|---|---|---|---|---|
| | **Matthews,  Jeremiah J** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.215** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.00 | $862.00
| **Maus,  Jonathan Lee** | *Check all that apply.* | |
| **138 Highway 3217** | ☐ Contingent | |
| **LaPlace, LA 70068** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
**Wages Earned**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.00 | $1,242.00
| **Mayton,  Phillip Dwayne** | *Check all that apply.* | |
| **138 Highway 3217** | ☐ Contingent | |
| **LaPlace, LA 70068** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
**Wages Earned**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.00 | $1,070.00
| **Mcdonald,  Christian C** | *Check all that apply.* | |
| **138 Highway 3217** | ☐ Contingent | |
| **LaPlace, LA 70068** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
**Wages Earned**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,168.00 | $1,168.00
| **McGee,  Keith J** | *Check all that apply.* | |
| **138 Highway 3217** | ☐ Contingent | |
| **LaPlace, LA 70068** | ☐ Unliquidated | |
| | ☐ Disputed | |

Date or dates debt was incurred | Basis for the claim:
**Wages Earned**

Last 4 digits of account number | Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.219** Priority creditor's name and mailing address

**McKenna, Duane K**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,201.00    $2,201.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.220** Priority creditor's name and mailing address

**McNabb, Michael L**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,227.00    $2,227.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.221** Priority creditor's name and mailing address

**McQueen, Andre**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,372.00    $1,372.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.222** Priority creditor's name and mailing address

**Meunier, Michael A**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,483.00    $1,483.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.223**  Priority creditor's name and mailing address
**Midkiff,  Ashley Ray**
**138 Highway 3217**
**LaPlace, LA 70068**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages Earned**

Is the claim subject to offset?
■ No
☐ Yes

$1,766.00     $1,766.00

---

**2.224**  Priority creditor's name and mailing address
**Miles,  Dwayne**
**138 Highway 3217**
**LaPlace, LA 70068**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages Earned**

Is the claim subject to offset?
■ No
☐ Yes

$1,185.00     $1,185.00

---

**2.225**  Priority creditor's name and mailing address
**Miller,  John Alexandru**
**138 Highway 3217**
**LaPlace, LA 70068**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages Earned**

Is the claim subject to offset?
■ No
☐ Yes

$1,178.00     $1,178.00

---

**2.226**  Priority creditor's name and mailing address
**Miller,  Travis A**
**138 Highway 3217**
**LaPlace, LA 70068**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages Earned**

Is the claim subject to offset?
■ No
☐ Yes

$1,634.00     $1,634.00

---

| Debtor | **BD LaPlace, LLC** | | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $160.00 | $160.00 |
|---|---|---|---|---|

**Minor,  Cornell**
**138 Highway 3217**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $944.00 | $944.00 |
|---|---|---|---|---|

**Mitchell,  Andon Michael**
**138 Highway 3217**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,190.00 | $1,190.00 |
|---|---|---|---|---|

**Mitchell,  Rodney Stephen**
**138 Highway 3217**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,600.00 | $1,600.00 |
|---|---|---|---|---|

**Moore,  Mark Chiama**
**138 Highway 3217**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.231 | Priority creditor's name and mailing address **Murphy,  Charles** **138 Highway 3217** **LaPlace, LA 70068** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,310.00 | $1,310.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.232 | Priority creditor's name and mailing address **Murphy,  Joel C** **138 Highway 3217** **LaPlace, LA 70068** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,375.00 | $1,375.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.233 | Priority creditor's name and mailing address **Murphy,  Justin Charles** **138 Highway 3217** **LaPlace, LA 70068** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,104.00 | $1,104.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.234 | Priority creditor's name and mailing address **Nabor,  Jarrod Lance** **138 Highway 3217** **LaPlace, LA 70068** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,703.00 | $1,703.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.235 | Priority creditor's name and mailing address<br>**Newby,  Patrick Ryan**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,686.00** | **$1,686.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.236 | Priority creditor's name and mailing address<br>**Newman,  Nick A**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,663.00** | **$1,663.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.237 | Priority creditor's name and mailing address<br>**Newport,  John Thomas**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,250.00** | **$1,250.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.238 | Priority creditor's name and mailing address<br>**Nguyen,  John K**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,096.00** | **$1,096.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,451.00** | **$2,451.00** |
|---|---|---|---|---|

**Nguyen, Tuan Duy**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,166.00** | **$1,166.00** |
|---|---|---|---|---|

**Nicholas, Jasmine M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,071.00** | **$1,071.00** |
|---|---|---|---|---|

**Noble, Kelvin L**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,728.00** | **$1,728.00** |
|---|---|---|---|---|

**Nolan, Dennis Charles**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,005.00 | $1,005.00 |
|---|---|---|---|---|

**Oliphant,  Raymond**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,845.00 | $1,845.00 |
|---|---|---|---|---|

**Ortiz,  Juan Ramon**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,262.00 | $1,262.00 |
|---|---|---|---|---|

**Oubre,  Elton J**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.00 | $1,573.00 |
|---|---|---|---|---|

**Padilla,  Rafael A**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,416.00** | **$1,416.00** |
|---|---|---|---|---|
| | **Palmer,  Derwin M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,692.00** | **$1,692.00** |
|---|---|---|---|---|
| | **Parker,  Robert D**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,296.00** | **$1,296.00** |
|---|---|---|---|---|
| | **Parquet,  Lloyd**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,239.00** | **$1,239.00** |
|---|---|---|---|---|
| | **Pease,  Shawn Kenneth**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,662.00 | $1,662.00 |
|---|---|---|---|---|

**Perez,  Nestor Eduardo**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,272.00 | $1,272.00 |
|---|---|---|---|---|

**Perez-Barrientos,  Ruben D**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,714.00 | $1,714.00 |
|---|---|---|---|---|

**Perez-Perdomo,  Ruben D**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.00 | $884.00 |
|---|---|---|---|---|

**Perrilloux,  Curtis L**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.255** | Priority creditor's name and mailing address
**Perrilloux,  Tramaine Michael**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is: | **$403.00** | **$403.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.256** | Priority creditor's name and mailing address
**Perrin,  Darrell M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is: | **$1,247.00** | **$1,247.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.257** | Priority creditor's name and mailing address
**Pierre,  Ashton R**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is: | **$1,306.00** | **$1,306.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.258** | Priority creditor's name and mailing address
**Plummer,  Tammy Ran'a**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is: | **$1,700.00** | **$1,700.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.00 | $1,255.00 |
|---|---|---|---|---|
| | **Porter,  Markese Jerell**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,782.00 | $1,782.00 |
|---|---|---|---|---|
| | **Prater,  Joseph**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 | $1,199.00 |
|---|---|---|---|---|
| | **Presswood,  Brandon Lee**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,848.00 | $1,848.00 |
|---|---|---|---|---|
| | **Profit,  Eddie**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No

☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address<br>**Rainey,  Samuel Ray**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,619.00** | **$1,619.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.264 | Priority creditor's name and mailing address<br>**Ramirez,  Adolfo**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$710.00** | **$710.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.265 | Priority creditor's name and mailing address<br>**Ramirez,  Gregorio**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$656.00** | **$656.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.266 | Priority creditor's name and mailing address<br>**Raymond,  Tyler James**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$809.00** | **$809.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address
**Rebstock,  Daren Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:         **$1,646.00**   **$1,646.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address
**Reese,  Ryan Jason**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:           **$904.00**     **$904.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address
**Retif,  John Louis**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:         **$2,116.00**   **$2,116.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address
**Reynolds,  Shawn L**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:         **$1,199.00**   **$1,199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,284.00** | **$2,284.00** |
|---|---|---|---|---|
| | **Richards,  Monte L**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,199.00** | **$1,199.00** |
|---|---|---|---|---|
| | **Roberts,  Bryan F**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,579.00** | **$1,579.00** |
|---|---|---|---|---|
| | **Robinson,  James**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,515.00** | **$1,515.00** |
|---|---|---|---|---|
| | **Robinson,  Larry O**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|

Name

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,242.00 | $1,242.00 |
|---|---|---|---|---|

**Robinson,  Wayne Jermain**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,684.00 | $1,684.00 |
|---|---|---|---|---|

**Rodas,  Luis A**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,352.00 | $1,352.00 |
|---|---|---|---|---|

**Rodgers,  Shannon Francis**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.00 | $2,218.00 |
|---|---|---|---|---|

**Rogers,  Darryl H**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.00 | $816.00 |
|---|---|---|---|---|
| | **Rolack,  David L** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.00 | $1,763.00 |
|---|---|---|---|---|
| | **Rome,  Daniel** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 | $396.00 |
|---|---|---|---|---|
| | **Romero,  Elias** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,645.00 | $1,645.00 |
|---|---|---|---|---|
| | **Rose,  William A** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.283** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,613.00** | **$1,613.00**

**Ross,  Overton Matthew**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,548.00** | **$1,548.00**

**Roussel,  Kevin Mark**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,521.00** | **$1,521.00**

**Rownd,  Harry R**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.286** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,190.00** | **$2,190.00**

**Rue,  Marcus A**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,581.00 | $1,581.00 |
|---|---|---|---|---|
| | **Sanders,  Christopher Lee** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.00 | $759.00 |
|---|---|---|---|---|
| | **Sarvey,  James M** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.00 | $1,104.00 |
|---|---|---|---|---|
| | **Sentimore,  Kendrick** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,143.00 | $1,143.00 |
|---|---|---|---|---|
| | **Shadden,  Arthur D** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.00 | $762.00 |
|---|---|---|---|---|

**Shorts,  Tremane M**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.00 | $1,178.00 |
|---|---|---|---|---|

**Silvey,  Anthony Scott**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.00 | $1,522.00 |
|---|---|---|---|---|

**Sims,  Brian K.**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,297.00 | $1,297.00 |
|---|---|---|---|---|

**Skyles,  Clifton Julius**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,453.00 | $1,453.00 |
|---|---|---|---|---|

**Sliker,  Charles F**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,569.00 | $1,569.00 |
|---|---|---|---|---|

**Smith,  Claude A**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 | $1,599.00 |
|---|---|---|---|---|

**Smith,  Kenneth Wayne**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,066.00 | $2,066.00 |
|---|---|---|---|---|

**Spencer,  Jamar G**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.299** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,217.00** | **$2,217.00**
**Spencer,  Kelvin A**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.300** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,260.00** | **$1,260.00**
**Spriggs,  Michael Ryan**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.301** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$153,722.00** | **$153,722.00**
**St. John the Baptist Parish (Sales**
**& Use**
**P. O. Box 2066**
**LaPlace, LA 70069-2066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales & Use Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.302** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,305.00** | **$1,305.00**
**St. Martin,  Donald Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address<br>**State of Louisiana (Sales & Use Tax)**<br>**P. O. Box 80519**<br>**Baton Rouge, LA 70898-0519** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$329,614.00** | **$329,614.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales & Use Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.304 | Priority creditor's name and mailing address<br>**Stegall,  Curtis M**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,178.00** | **$1,178.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.305 | Priority creditor's name and mailing address<br>**Stephan,  Lawrence P**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,285.00** | **$1,285.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.306 | Priority creditor's name and mailing address<br>**Stewart,  Calvin**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,622.00** | **$2,622.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,039.00 | $1,039.00 |
|---|---|---|---|---|
| | **Stewart,  David** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.00 | $1,269.00 |
|---|---|---|---|---|
| | **Sticker,  Richard G** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,734.00 | $2,734.00 |
|---|---|---|---|---|
| | **Tate,  Danny E** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.00 | $1,555.00 |
|---|---|---|---|---|
| | **Tate,  Michael B** | Check all that apply. | | |
| | **138 Highway 3217** | ☐ Contingent | | |
| | **LaPlace, LA 70068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages Earned** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.00 | $1,120.00 |
|---|---|---|---|---|
| | **Taylor,  Tiemeyer Anthony** <br> **138 Highway 3217** <br> **LaPlace, LA 70068** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages Earned** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,668.00 | $1,668.00 |
|---|---|---|---|---|
| | **Terry,  Charles A** <br> **138 Highway 3217** <br> **LaPlace, LA 70068** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages Earned** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,078.00 | $1,078.00 |
|---|---|---|---|---|
| | **Terry,  Polly Aycock** <br> **138 Highway 3217** <br> **LaPlace, LA 70068** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages Earned** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.00 | $1,283.00 |
|---|---|---|---|---|
| | **Terry,  Shane Patrick** <br> **138 Highway 3217** <br> **LaPlace, LA 70068** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages Earned** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,251.00 | $1,251.00 |
|---|---|---|---|---|
| | **Thomas,  Brian C**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $913.00 | $913.00 |
|---|---|---|---|---|
| | **Thomas,  Dathan D**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.00 | $1,372.00 |
|---|---|---|---|---|
| | **Thomas,  Dwayne**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,781.00 | $1,781.00 |
|---|---|---|---|---|
| | **Thomas,  Royal Anthony**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,197.00 | $1,197.00 |
|---|---|---|---|---|

**Thornton,  Robert**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.00 | $1,267.00 |
|---|---|---|---|---|

**Tilley,  Jason**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,369,773.00 | $1,369,773.00 |
|---|---|---|---|---|

**Travelers Insurance Company**
**(Workers Com**
**One Tower Square**
**9CR**
**Hartford, CT 06183**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,533.00 | $1,533.00 |
|---|---|---|---|---|

**Troxclair,  Bryan J**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,504.00 | $1,504.00 |
|---|---|---|---|---|

**Tuco,  Brandon**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,504.00 | $1,504.00 |
|---|---|---|---|---|

**Turley,  David B**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.00 | $929.00 |
|---|---|---|---|---|

**Turley,  Derek Kapell**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,849.00 | $1,849.00 |
|---|---|---|---|---|

**Turpin,  Christopher Preston**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **BD LaPlace, LLC** | | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.00 | $1,615.00 |
|---|---|---|---|---|

**Ursin, Davarian**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $891.00 | $891.00 |
|---|---|---|---|---|

**Valdez, Francisco j**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,606.00 | $1,606.00 |
|---|---|---|---|---|

**Valenti, Nace Nunzio**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,435.00 | $1,435.00 |
|---|---|---|---|---|

**Vanatta, Casey Bryant**
**138 Highway 3217**
**LaPlace, LA 70068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|

Name

---

**2.331** | Priority creditor's name and mailing address
**Variste,  Antonio Joseph**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,763.00        $1,763.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.332** | Priority creditor's name and mailing address
**Vaughn,  Ernest O'Neal**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$888.00        $888.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.333** | Priority creditor's name and mailing address
**Vicknair,  Jake R**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,755.00        $1,755.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.334** | Priority creditor's name and mailing address
**Vicknair,  James A**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$979.00        $979.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,668.00 | $1,668.00 |
|---|---|---|---|---|

**Villagomez,  Jose Adolfo**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,841.00 | $1,841.00 |
|---|---|---|---|---|

**Vineyard,  Billy Joel**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.00 | $1,178.00 |
|---|---|---|---|---|

**Waldo,  Jeffery Ray**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,390.00 | $1,390.00 |
|---|---|---|---|---|

**Walker,  Dawaun Lavell**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.339** | Priority creditor's name and mailing address
**Walker,  John M**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,180.00    $1,180.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address
**Walker,  Scott Michael**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$940.00    $940.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address
**Walker,  Steven**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,797.00    $1,797.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address
**Wall,  David G**
**138 Highway 3217**
**LaPlace, LA 70068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,378.00    $2,378.00

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.00 | $1,573.00 |
|---|---|---|---|---|

**Wallace,  Tanner D**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.00 | $1,568.00 |
|---|---|---|---|---|

**Wallace,  Zachary**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.00 | $1,929.00 |
|---|---|---|---|---|

**Waller,  Jason R**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.00 | $619.00 |
|---|---|---|---|---|

**Washington,  Qwendolyn W**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 2.347 | Priority creditor's name and mailing address<br>**Watson,  Albert**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,279.00** | **$1,279.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.348 | Priority creditor's name and mailing address<br>**Watson,  Raymond Keith**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,558.00** | **$1,558.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.349 | Priority creditor's name and mailing address<br>**Watson,  William**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,558.00** | **$1,558.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.350 | Priority creditor's name and mailing address<br>**Weaver,  Matthew Dwayne**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,891.00** | **$1,891.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**2.351** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$824.00** | **$824.00**
**Weber,  Andrew**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.352** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,608.00** | **$1,608.00**
**Wenger,  Shane William**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.353** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,380.00** | **$1,380.00**
**White,  Jonathan David**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.354** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,027.00** | **$2,027.00**
**Wicks,  George R**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 2.355 | Priority creditor's name and mailing address<br>**Wilkey,  Wesley Dameron**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,230.00** | **$1,230.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.356 | Priority creditor's name and mailing address<br>**Williams,  Amandzo Jeffery**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,553.00** | **$1,553.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.357 | Priority creditor's name and mailing address<br>**Williams,  James Bryan**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,242.00** | **$1,242.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.358 | Priority creditor's name and mailing address<br>**Williams,  Johnny B**<br>**138 Highway 3217**<br>**LaPlace, LA 70068** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,050.00** | **$1,050.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages Earned** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,613.00 | $1,613.00 |
|---|---|---|---|---|

**Williams,  Randy James**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,219.00 | $1,219.00 |
|---|---|---|---|---|

**Wilson,  Bryant K**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,506.00 | $1,506.00 |
|---|---|---|---|---|

**Wilson,  Shondel O**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 | $1,199.00 |
|---|---|---|---|---|

**Witts,  Tracy W**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|--------|---------------------|--------------------------|---------------------|

Name

---

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,236.00 | $2,236.00 |
|-------|-----|-----|-----|-----|

**Woods,  Alton**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,598.00 | $1,598.00 |
|-------|-----|-----|-----|-----|

**Woods,  James E**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,316.00 | $1,316.00 |
|-------|-----|-----|-----|-----|

**Woolfork,  Adrian F**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $833.00 | $833.00 |
|-------|-----|-----|-----|-----|

**Wragge IV,  Charles J**
**138 Highway 3217**
**LaPlace, LA 70068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages Earned**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,100.00**

**A J LABOURDETTE INC**
**5417 POWELL STREET, SUITE A**
**HARAHAN, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **4400**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$352,295.00**

**A3M VACUUM SERVICES, LLC**
**P.O. BOX 727**
**LAPLACE, LA 70069**

Date(s) debt was incurred _

Last 4 digits of account number  **0872**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,540.00**

**A3M VACUUM SERVICES, LLC**
**P.O. BOX 727**
**LAPLACE, LA 70069**

Date(s) debt was incurred _

Last 4 digits of account number  **0872**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**ABF FREIGHT SYSTEM, INC**
**3801 Old Greenwood Road**
**Forth Smith, AR 72917-0048**

Date(s) debt was incurred _

Last 4 digits of account number  **1193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,961.00**

**ABS AMERICAS**
**800 WEST COMMERCE ROAD, STE 400**
**HARAHAN, LA 70123-3349**

Date(s) debt was incurred _

Last 4 digits of account number  **0873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,359.00**

**ABS QUALITY EVALUATIONS**
**16855 NORTHCHASE DRIVE**
**HOUSTON,, TX 77060-0600**

Date(s) debt was incurred _

Last 4 digits of account number  **1194**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,996.00**

**ACCURATE FIRE EQUIPMENT**
**10528 EAST 12TH ST.**
**TULSA, OK 74128**

Date(s) debt was incurred _

Last 4 digits of account number  **1197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
| --- | --- | --- | --- |
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,759.00** |
| --- | --- | --- | --- |

**ADECCO EMPLOYMENT SERVICES**
**DEPT. CH 14091**
**PALATINE, IL 60055-4091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7560**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,611.00** |
| --- | --- | --- | --- |

**ADMIRAL MERCHANT MOTOR FREIGHT INC**
**215 SOUTH 11TH STREET**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8778**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$549.00** |
| --- | --- | --- | --- |

**ADMIT MEDICAL TESTING**
**3401 A BRODHEAD ROAD**
**ALIQUIPPA, PA 15001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1202**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,524.00** |
| --- | --- | --- | --- |

**ADP SCREENING AND SELECTION**
**SERVICE**
**301 REMINGTON STREET**
**FORT COLLINS, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1638**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,015.00** |
| --- | --- | --- | --- |

**ADP, LLC**
**1851 N RESLER DRIVE MS-100**
**EL PASO, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7625**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,121.00** |
| --- | --- | --- | --- |

**AEDAPTIVE SOLUTIONS BV**
**29 Kleine Langtong**
**Gorinchem, 12 04201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5121**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$424.00** |
| --- | --- | --- | --- |

**AFP INDUSTRIES INC**
**200-B PERIMETER PARK RD**
**KNOXVILLE, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8607**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92,287.00 |
|---|---|---|---|

**AGGREKO INC**
**180 WEST 3RD STREET**
**KENNER, LA 70062**

Date(s) debt was incurred _

Last 4 digits of account number  **0875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,985.00 |
|---|---|---|---|

**AGI INDUSTRIES INC**
**4612 4TH STREET**
**MARRERO, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number  **0876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,304.00 |
|---|---|---|---|

**AGM CONTAINER CONTROLS INC**
**3526 E FORT LOWELL RD**
**TUCSON, AZ 85716**

Date(s) debt was incurred _

Last 4 digits of account number  **8672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,063.00 |
|---|---|---|---|

**Air & Hydraulic Equipment, Inc**
**821 EAST 11TH STREET**
**CHATTANOOGA, TN 37404**

Date(s) debt was incurred _

Last 4 digits of account number  **0877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,093.00 |
|---|---|---|---|

**AIR LIQUIDE LARGE IND US LP**
**P.O. BOX 301046**
**DALLAS, TX 75303-1046**

Date(s) debt was incurred _

Last 4 digits of account number  **1215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140,626.00 |
|---|---|---|---|

**Air Liquide, Inc.**
**P.O. Box 301046**
**Dallas, TX 75303-1046**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,903.00 |
|---|---|---|---|

**AIR PRODUCTS AND CHEMICALS INC**
**7201 HAMILTON BLVD**
**ALLENTOWN, PA 18195**

Date(s) debt was incurred _

Last 4 digits of account number  **8778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.22** | **Nonpriority creditor's name and mailing address**
**AIR PRODUCTS AND CHEMICALS INC**
**7201 HAMILTON BLVD**
**ALLENTOWN, PA 18195**

Date(s) debt was incurred _

Last 4 digits of account number  **8778**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,966.00**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**AIR TEK CONSTRUCTION, INC.**
**P.O. BOX 388**
**ALABAMA, AL 36081**

Date(s) debt was incurred _

Last 4 digits of account number  **0813**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$132,908.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**AIR TEK CONSTRUCTION, INC.**
**P.O. BOX 388**
**ALABAMA, AL 36081**

Date(s) debt was incurred _

Last 4 digits of account number  **0813**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$127,159.00**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**AIRGAS**
**621 EAST 131ST PLACE**
**HAMMOND, IN 46327**

Date(s) debt was incurred _

Last 4 digits of account number  **1216**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,145.00**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**AIRGAS INC (LA)**
**190 JAMES DR EAST, SUITE 150**
**ST. ROSE, LA 70087**

Date(s) debt was incurred _

Last 4 digits of account number  **0878**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,225.00**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**AIRGAS MID AMERICA**
**5006 MIDDLEBROOK PIKE**
**KNOXVILLE, TN 37921-5907**

Date(s) debt was incurred _

Last 4 digits of account number  **0879**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,650.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**AIRGAS MIDSOUTH**
**31 N. PEORIA**
**TULSA, OK 74120**

Date(s) debt was incurred _

Last 4 digits of account number  **4643**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$116.00**

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address
**AIRGAS SOUTHWEST, INC.**
**1264 1ST. AVENUE**
**HARVEY, LA 70058**

Date(s) debt was incurred __

Last 4 digits of account number **0791**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$67,614.00**

---

**3.30** | Nonpriority creditor's name and mailing address
**ALCO TRANSPORTATION INC.**
**36253 MICHIGAN AVENUE**
**WAYNE, MI 48184**

Date(s) debt was incurred __

Last 4 digits of account number **5358**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,688.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**ALDON COMPANY, INC**
**3410 SUNSET AVE**
**WAUKEGAN, IL 60087**

Date(s) debt was incurred __

Last 4 digits of account number **2678**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$314.00**

---

**3.32** | Nonpriority creditor's name and mailing address
**ALERE TOXICOLOGY**
**883 NORFOLK SQUARE**
**NORFOLK, VA 23502**

Date(s) debt was incurred __

Last 4 digits of account number **6569**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

**3.33** | Nonpriority creditor's name and mailing address
**ALERE TOXOCOLOGY SERVICES, INC.**
**1111 NEWTON STREET**
**GRETNA, LA 70153**

Date(s) debt was incurred __

Last 4 digits of account number **1377**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,141.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**ALEXANDRIA IRON AND SUPPLY**
**P.O. BOX 2026**
**Alexandria, LA 71309**

Date(s) debt was incurred __

Last 4 digits of account number **0505**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,857.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**ALIMAK HEK, INC.**
**16920 TEXAS AVENUE L   SUITE C 14**
**WEBSTER, TX 77546**

Date(s) debt was incurred __

Last 4 digits of account number **1222**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,454.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address
**ALL SCRAP METALS, INC.**
**2465  Destrehan Ave.**
**Harvey, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number  **0541**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$15,223.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**ALL STAR FOREST PRODUCTS INC**
**5757 N MCRAVEN ROAD**
**JACKSON, MS 39209**

Date(s) debt was incurred _

Last 4 digits of account number  **1435**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$125,831.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**ALLFAX SPECIALTIES INC.**
**130 JAMES DRIVE EAST**
**ST. ROSE, LA 70087**

Date(s) debt was incurred _

Last 4 digits of account number  **0880**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$35,004.00**

---

**3.39** | Nonpriority creditor's name and mailing address
**ALLIANCE SOURCE TESTING, LLC**
**255 GRANT ST. SE, SUITE 600**
**DECATUR, GA 35601**

Date(s) debt was incurred _

Last 4 digits of account number  **1124**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$9,500.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**ALLIED UNIVERSAL SECURITY SERVICES**
**433 METAIRIE RD**
**METAIRIE, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number  **8798**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$187,288.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**ALLIED UNIVERSAL SECURITY SERVICES**
**433 METAIRIE RD**
**METAIRIE, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number  **8798**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,105.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**ALPINE METAL TECH NORTH AMERICA INC**
**4853 CAMPBELLS RUN RD**
**PITTSBURGH, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number  **0274**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,119.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$970.00** |
|---|---|---|---|

**ALTAWORX LLC**
**22765 US HWY 98**
**FAIRHOPE, AL 36532**

Date(s) debt was incurred _

Last 4 digits of account number  **8635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,098,333.00** |
|---|---|---|---|

**ALTER TRADING CORPORATION**
**700 OFFICE PARKWAY**
**ST. LOUIS, MO 63141-7124**

Date(s) debt was incurred _

Last 4 digits of account number  **8427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,932.00** |
|---|---|---|---|

**AMERI 100 CALIFORNIA, INC/FORMERLY**
**785 ORCHARD DRIVE, SUITE 140**
**FOLSOM, CA 95360**

Date(s) debt was incurred _

Last 4 digits of account number  **8759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,346.00** |
|---|---|---|---|

**AMERI FORCE CRAFT SERVICES, INC**
**9485 Regency Square Blvd.**
**Jacksonville, FL 32225**

Date(s) debt was incurred _

Last 4 digits of account number  **4787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,921.00** |
|---|---|---|---|

**AMERI ROLLS AND GUIDES**
**337 CLOVER RIDGE DRIVE**
**LOCKPORT, IL 60441**

Date(s) debt was incurred _

Last 4 digits of account number  **1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107,570.00** |
|---|---|---|---|

**AMERICAN CITADEL GUARD, INC**
**PO Box 203047**
**Houston, TX 77216-3047**

Date(s) debt was incurred _

Last 4 digits of account number  **1028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$322,884.00** |
|---|---|---|---|

**AMERICAN COMMERCIAL BARGE LINE LLC**
**1701 E. MARKET ST.**
**Jeffersonville, IN 47130-4717**

Date(s) debt was incurred _

Last 4 digits of account number  **9248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,267.00** |
|---|---|---|---|
| | **AMERICAN COMMERCIAL BARGE LINE LLC**<br>**1701 E. MARKET ST.**<br>**Jeffersonville, IN 47130-4717** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9248** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,500.00** |
|---|---|---|---|
| | **AMERICAN INDUSTRIAL MOTOR SERVICE**<br>**235 W OKLAHOMA AVENUE**<br>**MILWAUKEE, WI 53207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8318** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,329.00** |
|---|---|---|---|
| | **AMERICAN METAL MARKET**<br>**PO BOX 15127**<br>**NORTH HOLLYWOOD, CA 91615-9645** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1239** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398,115.00** |
|---|---|---|---|
| | **AMERICAN ROLL GROUP LLC**<br>**28182 N HAYDEN ROAD**<br>**SCOTTSDALE, AZ 85266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9539** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409,694.00** |
|---|---|---|---|
| | **AMERICAN STATE EQUIPMENT**<br>**2055 SOUTH 108TH STREET**<br>**MILWAUKEE, WI 53227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9619** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,201.00** |
|---|---|---|---|
| | **AMERICAN STATE EQUIPMENT**<br>**2055 SOUTH 108TH STREET**<br>**MILWAUKEE, WI 53227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **9619** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00** |
|---|---|---|---|
| | **AMERICAN WASTE CONTROL, INC**<br>**1420 WEST 35TH STREET**<br>**TULSA, OK 74107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4623** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209,000.00** |
|---|---|---|---|

**AMERIFAB, INC**
**3501 EAST 9TH STREET**
**INDIANAPOLIS, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number  **1243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,070.00** |
|---|---|---|---|

**AMERIFAB, INC**
**3501 EAST 9TH STREET**
**INDIANAPOLIS, IN 46201**

Date(s) debt was incurred _

Last 4 digits of account number  **1243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,031.00** |
|---|---|---|---|

**AmeriGas**
**107 Iris Avenue**
**Jefferson, LA 70121**

Date(s) debt was incurred _

Last 4 digits of account number  **6128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$158,625.00** |
|---|---|---|---|

**AMI Automation, LLC**
**14408 MAQUILA LOOP ITC IND.PARK**
**LAREDO TEXAS, TX 78045**

Date(s) debt was incurred _

Last 4 digits of account number  **1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00** |
|---|---|---|---|

**ANDERSEN TAX LLC**
**71 S. Wacker Drive, Suite 2600**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number  **7826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,966.00** |
|---|---|---|---|

**ANDRITZ ASKO INC**
**501 W. SEVENTH AVE.**
**Homestead, PA 15120**

Date(s) debt was incurred _

Last 4 digits of account number  **1937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,866.00** |
|---|---|---|---|

**ANDRITZ ASKO INC**
**501 W. SEVENTH AVE.**
**Homestead, PA 15120**

Date(s) debt was incurred _

Last 4 digits of account number  **1937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|

Name

---

**3.64** | Nonpriority creditor's name and mailing address
**ANIXTER NEW ORLEANS**
**190 JAMES DR. EAST SUITE 140**
**ST. ROSE, LA 70087**

Date(s) debt was incurred _

Last 4 digits of account number  **1248**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,403.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**ANTARES, LLC**
**P.O. BOX 6137**
**Metairie, LA 70009**

Date(s) debt was incurred _

Last 4 digits of account number  **8664**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$49,510.00**

---

**3.66** | Nonpriority creditor's name and mailing address
**ANTARES, LLC**
**P.O. BOX 6137**
**Metairie, LA 70009**

Date(s) debt was incurred _

Last 4 digits of account number  **8664**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,200.00**

---

**3.67** | Nonpriority creditor's name and mailing address
**ANVIL ATTACHMENTS**
**P.O. BOX 216**
**SLAUGHTER, LA 70777**

Date(s) debt was incurred _

Last 4 digits of account number  **0857**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,453.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**ANVIL ATTACHMENTS  LLC**
**PO BOX 216**
**SLAUGHTER, LA 70777**

Date(s) debt was incurred _

Last 4 digits of account number  **1249**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$65,174.00**

---

**3.69** | Nonpriority creditor's name and mailing address
**APPALACHIA BUSINESS COMM**
**232 S. PETERS RD.**
**KNOXVILLE, TN 37923**

Date(s) debt was incurred _

Last 4 digits of account number  **2349**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$903.00**

---

**3.70** | Nonpriority creditor's name and mailing address
**APPLICATION ENGINEERING**
**2025 COLONIAL DRIVE**
**LAPLACE, LA 70068**

Date(s) debt was incurred _

Last 4 digits of account number  **1934**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,780.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address**
**APPLIED INDUSTRIAL**
5516 POWELL STREET
HARAHAN, LA, LA 70183-3427

Date(s) debt was incurred _

Last 4 digits of account number  **4315**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$557,874.00**

---

**3.72** | **Nonpriority creditor's name and mailing address**
**APPLIED INDUSTRIAL TECH**
3200 DRESSER ROAD
KNOXVILLE, TN 37920

Date(s) debt was incurred _

Last 4 digits of account number  **1251**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$183,554.00**

---

**3.73** | **Nonpriority creditor's name and mailing address**
**APPLIED MAINTENANCE SPEC., INC**
34369 US HWY 96 SOUTH
BUNA, TX 77612

Date(s) debt was incurred _

Last 4 digits of account number  **1252**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,390.00**

---

**3.74** | **Nonpriority creditor's name and mailing address**
**ARAMARK UNIFORM & CAREER**
6640 FRANKSTOWN AVE
PITTSBURGH, PA 15206

Date(s) debt was incurred _

Last 4 digits of account number  **0099**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,777.00**

---

**3.75** | **Nonpriority creditor's name and mailing address**
**ARCELORMITTAL BURNS HARBOR LLC**
24050 Network Place
Chicago, IL 60673-1240

Date(s) debt was incurred _

Last 4 digits of account number  **2720**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$143,489.00**

---

**3.76** | **Nonpriority creditor's name and mailing address**
**ARL TRANSPORT LLC / DBA ARL**
1155 STOOPS FERRY ROAD
Moon Township, PA 15108

Date(s) debt was incurred _

Last 4 digits of account number  **8623**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,291.00**

---

**3.77** | **Nonpriority creditor's name and mailing address**
**ARMSTRONG TRANSPORT GROUP**
8210 UNIVERSITY EXEC PARK DRIVE
CHARLOTTE, NC 28262

Date(s) debt was incurred _

Last 4 digits of account number  **3208**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,171.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|
| | **ASC INDUSTRIES, LTD**<br>**1406 W. 175TH STREET**<br>**E HAZEL CREST, IL 60429** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **5048** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,166.00 |
|---|---|---|---|
| | **ASHLEY SLING, INC**<br>**4775 MERDEL COURT**<br>**ATLANTA, GA 30336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0881** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,400.00 |
|---|---|---|---|
| | **ASSOCIATED TERMINALS**<br>**9100 SAFETY DRIVE**<br>**Convent, LA 70723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **1255** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,400.00 |
|---|---|---|---|
| | **ASSOCIATED TERMINALS**<br>**9100 SAFETY DRIVE**<br>**Convent, LA 70723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **1255** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,049.00 |
|---|---|---|---|
| | **ASTRALLOY STEEL PRODUCTS, IN**<br>**Red Hollow Road**<br>**Birmingham, AL 35217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **2357** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,675.00 |
|---|---|---|---|
| | **AT&T**<br>**P.O. BOX 105262**<br>**Atlanta, GA 30348-5262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **1261** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.00 |
|---|---|---|---|
| | **AT&T**<br>**P.O. BOX 105262**<br>**Atlanta, GA 30348-5262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **1261** | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 104 of 207**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$262.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 105262**
**Atlanta, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1262**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,998.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 105262**
**ATLANTA, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1941**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 105262**
**ATLANTA, GA 30348-5414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **9963**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,073.00** |
|---|---|---|---|

**AT&T**
**P.O. BOX 105262**
**CAROL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **6318**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,713.00** |
|---|---|---|---|

**ATLAS COPCO COMPRESSORS**
**1800 OVERVIEW DRIVE**
**ROCK HILL, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0883**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,781.00** |
|---|---|---|---|

**Atlas Hose & Gasket Co, LLC**
**1010 Saint Mary Street**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **6657**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,247.00** |
|---|---|---|---|

**ATLAS TRUCKING AND LOGISTICS**
**20601 TROLLEY INDUSTRIAL DR**
**TAYOR, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0653**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.00**

**ATMOS ENERGY**
**PO BOX 790311**
**ST. LOUIS, MO 63179-0311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1259**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,409.00**

**ATS LOGISTICS / DBA SUREWAY TRANSP.**
**725 OPPORTUNITY DRIVE**
**ST. CLOUD, MN 56303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7838**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,634.00**

**AUSTIN FIRE SYSTEMS LLC**
**13580 EADS ROAD**
**PRAIRIEVILLE, LA 70769**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1037**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,429.00**

**AVENGER LOGISTICS**
**5959 SHALLOWFORD ROAD, SUITE 225**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8621**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,175.00**

**B AND G CRANE SERVICE INC**
**725 CENTRAL AVE.**
**Jefferson, LA 70121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2367**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,810.00**

**B W  Sinclair Inv**
**P.O. BOX 1111**
**Wichita Falls, TX 76307-1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2369**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,114.00**

**B&T EXPRESS INC**
**400 MILEY ROAD**
**NORTH LIMA, OH 44452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5594**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$756.00**

**BABCOCK & WILCOX COMPANY**
**2600 E MAIN ST**
**LANCASTER, OH 43130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8789**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,142.00**

**BANE HAULING & RIGGING**
**410 S. HIGH ST.**
**WAYNESBORO, TN 38485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0207**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,433.00**

**BANK DIRECT CAPITAL FINANCE**
**150 North Field Drive, Suite 190**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7531**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,984.00**

**BANK OF AMERICA**
**P.O. BOX 15731**
**Wilmington, DE 19886-5731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7700**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,223,465.00**

**BARFIELD ENTERPRISES, INC**
**P.O. BOX 218**
**NEW BOSTON, TX 75570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1947**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,951.00**

**BARFIELD ENTERPRISES, INC**
**P.O. BOX 218**
**NEW BOSTON, TX 75570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1947**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21.00**

**Baton Rouge Radiology Group**
**PO Box 14530**
**Baton Rouge, LA 70898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1949**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,947.00**

**BEAR COMMUNICATONS INC**
**4900 8900 S. Choctaw Dr.**
**Baton Rouge, LA 70815**

Date(s) debt was incurred _

Last 4 digits of account number  **0807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,997.00**

**BEEMAC TRUCKING LLC**
**2747 LEGIONVILLE RD**
**AMBRIDGE, PA 15003**

Date(s) debt was incurred _

Last 4 digits of account number  **4960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00**

**BELCO INDUSTRIAL SERVICES, LLC**
**40118 CAUSEY ROAD**
**PRAIRIEVILLE, LA 70769**

Date(s) debt was incurred _

Last 4 digits of account number  **9776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,463.00**

**BEMCO MACHINE WORKS, LTD**
**6410 KESTREL ROAD**
**MISSISSAUGA, ON L5T 1Z8**

Date(s) debt was incurred _

Last 4 digits of account number  **7776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,674.00**

**BERENDSEN FLUID POWER**
**404 COMMERCE POINT**
**HARAHAN, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **2377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$647.00**

**BETHEL TRANS, LLC**
**5778 YOUNGSTOWN POLAND RD**
**YOUNGSTOWN, PA 44514**

Date(s) debt was incurred _

Last 4 digits of account number  **0193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357,423.00**

**BETON, LLC**
**211 E. INDUSTRY ST.**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number  **0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$459.00** |
|---|---|---|---|

**BEVERLY SNOW AND ICE, INC**
**16504 DIXIE HIGHWAY**
**MARKHAM, IL 60428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __3477__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,104.00** |
|---|---|---|---|

**BINATEK**
**7951 RUE VAUBAN**
**ANJOU, QC H1J 2V1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2767__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,452.00** |
|---|---|---|---|

**BIRMINGHAM INTERNATIONAL**
**300 RIVERHILLS BUSINESS PARK**
**BIRMINGHAM, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1483__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,495.00** |
|---|---|---|---|

**BIRMINGHAM RAIL & LOCOMOTIVE**
**1015 15TH AVENUE**
**BESSEMER, AL 35020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __4699__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,954.00** |
|---|---|---|---|

**BLAIR LOGISTICS LLC**
**3600A RICHARD ARRINGTON JR BLVD N**
**BIRMINGHAM, AL 35234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5802__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,750.00** |
|---|---|---|---|

**BLAIR SERVICES,  INC**
**325 HICKORY AVENUE**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2383__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,296.00** |
|---|---|---|---|

**Blair Services, Inc**
**325 HICKORY AVENUE**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __2383__

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$724.00** |
|---|---|---|---|

**BLOOM ENGINEERING CO, INC.**
**5460 HORNING ROAD**
**PITTSBURGH, PA 15251-0254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1960**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,098.00** |
|---|---|---|---|

**BLUE CROSS BLUE SHIELD OF LOUISIANA**
**5525 REITZ AVENUE**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **8381**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,938.00** |
|---|---|---|---|

**BLUELINE RENTAL LLC**
**2450 DESTREHAN AVENUE**
**HARVEY, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **9798**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,483.00** |
|---|---|---|---|

**BNSF LOGISTICS, LLC**
**2710 SOUTH 48TH STREET**
**SPRINGDALE, AR 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243,974.00** |
|---|---|---|---|

**BNSF RAILWAY COMPANY**
**50 S LASALLE ST**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **2145**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,396.00** |
|---|---|---|---|

**BNSF RAILWAY COMPANY**
**50 S LASALLE ST**
**CHICAGO, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **2145**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$954.00** |
|---|---|---|---|

**BOASSO AMERICA**
**100 INTERMODAL DRIVE**
**CHALMETTE, LA 70043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1163**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
**BOH BROS CONSTRUCTION**
**730 S TONTI ST**
**NEW ORLEANS, LA 70119**

Date(s) debt was incurred _
Last 4 digits of account number  **1204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$1,309.00

---

**3.128** | Nonpriority creditor's name and mailing address
**BOSCO BROS LLC**
**711 APPLE STREET**
**NORCO, LA 70079**

Date(s) debt was incurred _
Last 4 digits of account number  **2386**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,235.00

---

**3.129** | Nonpriority creditor's name and mailing address
**BOYD BROS TRANSPORTATION INC**
**3275 HWY 30**
**CLAYTON, AL 36016**

Date(s) debt was incurred _
Last 4 digits of account number  **1964**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$81,437.00

---

**3.130** | Nonpriority creditor's name and mailing address
**BRAND SAFWAY**
**18321 SWAMP ROAD**
**PRAIRIEVILLE, LA 70769**

Date(s) debt was incurred _
Last 4 digits of account number  **1966**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$11,278.00

---

**3.131** | Nonpriority creditor's name and mailing address
**BREAUX PETROLEUM PRODUCTS INC**
**237 N BARRIOS STREET**
**LOCKPORT, LA 70374**

Date(s) debt was incurred _
Last 4 digits of account number  **7613**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$500.00

---

**3.132** | Nonpriority creditor's name and mailing address
**BRIGGS EQUIPMENT**
**221 RESEARCH DRIVE**
**JEFFERSON, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number  **1968**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$192,433.00

---

**3.133** | Nonpriority creditor's name and mailing address
**Briggs Equipment**
**221 RESEARCH DRIVE**
**JEFFERSON, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number  **1968**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,592.00

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,396.00** |
|---|---|---|---|

**BSE-BADISCHE STAHL ENGINEERING GMBH**
**ROBERT-KOCH-STR. 13**
**Kehl, 8 77694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **0973**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$123,886.00** |
|---|---|---|---|

**BUCHANAN HAULING & RIGGING INC**
**4625 INDUSTRIAL ROAD**
**FORT WAYNE, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **5803**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,417.00** |
|---|---|---|---|

**BUCKLEY TRANSPORT INC**
**197 AIRPORT ROAD**
**COLUMBIA, MS 39429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **6639**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,538.00** |
|---|---|---|---|

**BUDDY MOORE TRUCKING INC**
**925 34TH STREET NORTH**
**BIRMINGHAM, AL 35202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **6627**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,430.00** |
|---|---|---|---|

**BUILDERS TRANSPORTATION CO LLC**
**3710 TULANE ROAD**
**MEMPHIS, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **7105**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,480.00** |
|---|---|---|---|

**BULK SYSTEMS & SERVICES, INC**
**1226 FREMAUX AVENUE**
**SLIDELL, LA 70459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1972**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,872.00** |
|---|---|---|---|

**Bureau of Revenue and Taxation Property**
**PO Box 130**
**Gretna, LA 07005-4013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Real Estate Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,289.00**

**C & C MARINE**
**P.O. BOX 2253**
**HARVEY, LA 70059**

Date(s) debt was incurred  _
Last 4 digits of account number  **1464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$705.00**

**C&W TRUCKING & SONS INC**
**4100 ELM STREET.**
**BETTENDORF, IA 52722**

Date(s) debt was incurred  _
Last 4 digits of account number  **1374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,618.00**

**C.M.C. RECYCLING NATIONAL ACCOUNTS**
**P.O. BOX 844681**
**DALLAS, TX 75284-4681**

Date(s) debt was incurred  _
Last 4 digits of account number  **1475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00**

**CAIRO MARINE SERVICE**
**701 EAST MAIN STREET**
**JACKSON, MO 63755**

Date(s) debt was incurred  _
Last 4 digits of account number  **2396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,927.00**

**CAL-CAM RECYCLING**
**1225 NORTH 1ST AVENUE**
**Lake Charles, LA 70601**

Date(s) debt was incurred  _
Last 4 digits of account number  **1482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,124.00**

**CAMEO SOLUTIONS INC**
**P.O. BOX 970**
**San Jose, CA 95108**

Date(s) debt was incurred  _
Last 4 digits of account number  **7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$428,664.00**

**CANADIAN NATIONAL RAILWAY**
**P.O. BOX 530164**
**ATLANTA, GA 30353-0164**

Date(s) debt was incurred  _
Last 4 digits of account number  **0161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.148 Nonpriority creditor's name and mailing address**
**CANADIAN NATIONAL RAILWAY**
**P.O. BOX 530164**
**ATLANTA, GA 30353-0164**

Date(s) debt was incurred _

Last 4 digits of account number  **0161**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$59,187.00**

---

**3.149 Nonpriority creditor's name and mailing address**
**CAPITAL VALVE & FITTING CO LLC**
**9243 INTERLINE AVENUE**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number  **0885**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$583.00**

---

**3.150 Nonpriority creditor's name and mailing address**
**CARBIDE INDUSTRIES LLC**
**3204 INDUSTRIAL PARKWAY**
**CALVERT CITY, KY 42029**

Date(s) debt was incurred _

Last 4 digits of account number  **1988**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$7,578.00**

---

**3.151 Nonpriority creditor's name and mailing address**
**CARGILL INC.**
**2154 HWY 44**
**RESERVE, LA 70084**

Date(s) debt was incurred _

Last 4 digits of account number  **1523**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$3,902.00**

---

**3.152 Nonpriority creditor's name and mailing address**
**CARLTON SCALE**
**PO BOX 19792**
**GREENSBORO, NC 27419**

Date(s) debt was incurred _

Last 4 digits of account number  **0886**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$656.00**

---

**3.153 Nonpriority creditor's name and mailing address**
**CARTWRIGHT COMMUNICATION**
**171 Indian Shadows Drive**
**Maryville, TN 37801**

Date(s) debt was incurred _

Last 4 digits of account number  **2410**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$1,476.00**

---

**3.154 Nonpriority creditor's name and mailing address**
**CCPI INC.**
**838 CHERRY STREET**
**BLANCHESTER, OH 45107**

Date(s) debt was incurred _

Last 4 digits of account number  **4388**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

**$82,704.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,644.00** |
|---|---|---|---|

**CENTERPOINT ENERGY SERVICES INC**
**P.O. BOX 733609**
**DALLAS, TX 75373-3609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8855**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,644.00** |
|---|---|---|---|

**CenterPoint Energy Services, Inc.**
**1111 Louisiaa  Street**
**10th Floor**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,251.00** |
|---|---|---|---|

**CENTRAL OREGON TRUCK COMPANY**
**394 NE HEMLOCK AVENUE**
**REDMOND, OR 97756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6632**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,251.00** |
|---|---|---|---|

**CERTEX USA, INC**
**6200 HUMPHREYS ST SUITE C**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0889**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,659.00** |
|---|---|---|---|

**CERTIFIED LABORATORIES**
**285 WALTER ROAD**
**RIVER RIDGE, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0890**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,118.00** |
|---|---|---|---|

**CGB MARINE AT LAPLACE**
**PO BOX 1390**
**LAPLACE, LA 70069-1390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2002**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93.00** |
|---|---|---|---|

**CHARLES HOLDEN**
**13031 LEWIS LANE**
**INDEPENDENCE, LA 70443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0841**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **BD LaPlace, LLC**
Name    Case number (*if known*)    **19-12155 (KBO)**

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**CHASE ENVIRONMENTAL GROUP**
**200 SAM RAYBURN PKWY**
**LENOIR CITY, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8297**

Is the claim subject to offset? ■ No ☐ Yes

**$9,150.00**

---

| | |
|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** |

**CHEM TREAT INC**
**15045 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2425**

Is the claim subject to offset? ■ No ☐ Yes

**$18,845.00**

---

| | |
|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** |

**CHEROKEE MILLWRIGHT INC**
**1034 ROSS DRIVE**
**MARYVILLE, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2426**

Is the claim subject to offset? ■ No ☐ Yes

**$491,720.00**

---

| | |
|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** |

**CHEROKEE MILLWRIGHT INC**
**1034 ROSS DRIVE**
**MARYVILLE, TN 37801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2426**

Is the claim subject to offset? ■ No ☐ Yes

**$6,495.00**

---

| | |
|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** |

**CHICAGO, FORT WAYNE**
**200 MERIDIAN CENTRE, SUITE 300**
**Rochester, NY 14618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No ☐ Yes

**$2,295.00**

---

| | |
|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** |

**CINDEX INDUSTRIES**
**42 PERIMETER RD**
**LUDLOW, MA 01056-3802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2428**

Is the claim subject to offset? ■ No ☐ Yes

**$4,573.00**

---

| | |
|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** |

**CINTAS CORPORATION 544**
**P.O. BOX 88005**
**CHICAGO, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4642**

Is the claim subject to offset? ■ No ☐ Yes

**$69,593.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,615.00** |
|---|---|---|---|

**CIRCLE, LLC**
**1204 ENGINEERS ROAD**
**BELLE CHASSE, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0155**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102.00** |
|---|---|---|---|

**City of Harriman**
**PO Box 433**
**Harriman, TN 37748-0433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Estate Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**City of Rockwood**
**110 N. Chamberlain Ave.**
**Rockwood, TN 37854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Estate Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136.00** |
|---|---|---|---|

**CITY OF TULSA UTILITIES**
**City of Tulsa Utilities**
**TULSA, OK 74187-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2018**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,350.00** |
|---|---|---|---|

**CLIFTON STEEL CO.**
**16500 ROCKSIDE ROAD**
**MAPLE HEIGHTS, OH 44137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2021**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,810.00** |
|---|---|---|---|

**CLINE ACQUISITION CORP**
**5210 EDWARDS RD**
**TAYLORS, SC 29687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2680**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,145.00** |
|---|---|---|---|

**CMC RECYCLING NATIONAL ACCOUNTS**
**P.O. BOX 844681**
**DALLAS, TX 75284-4681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2132**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.176** | Nonpriority creditor's name and mailing address
**CN  ILLINOIS CENTRAL RAILROAD**
P.O. BOX 95361
CHICAGO, IL 60694-5361

Date(s) debt was incurred _
Last 4 digits of account number  **4456**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,383.00**

---

**3.177** | Nonpriority creditor's name and mailing address
**COALMONT ELECTRICAL**
22577 HIGHWAY 216
MCCALLA, AL 35111-2705

Date(s) debt was incurred _
Last 4 digits of account number  **2435**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99,943.00**

---

**3.178** | Nonpriority creditor's name and mailing address
**COASTAL PIPE OF LA INC**
P.O. BOX 99
CARENCRO, LA 70520-0099

Date(s) debt was incurred _
Last 4 digits of account number  **2137**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,114.00**

---

**3.179** | Nonpriority creditor's name and mailing address
**COLE PARMER INSTRUMENT COMPANY**
EAST BUNKER COURT
VERNON HILLS, IL 60061-1844

Date(s) debt was incurred _
Last 4 digits of account number  **2440**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,239.00**

---

**3.180** | Nonpriority creditor's name and mailing address
**COLLECT**
PO Box 198934
ATLANTA, GA 30384-8934

Date(s) debt was incurred _
Last 4 digits of account number  **6988**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,904.00**

---

**3.181** | Nonpriority creditor's name and mailing address
**COMBINED TRANSPORT SYSTEMS LLC**
1201 MARINE VIEW ST.
PORTAGE, IN 46368

Date(s) debt was incurred _
Last 4 digits of account number  **2028**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,647.00**

---

**3.182** | Nonpriority creditor's name and mailing address
**COMBUSTION ASSOCIATES, INC**
555 Monica Circle
Corona, CA 92880

Date(s) debt was incurred _
Last 4 digits of account number  **4482**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,048.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.183**

**Nonpriority creditor's name and mailing address**
COMMERCIAL METALS COMPANY
6565 N. MacARTHUR BLVD., SUITE 800
Irving, TX 75039

Date(s) debt was incurred _
Last 4 digits of account number  **1264**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$308,319.00**

---

**3.184**

**Nonpriority creditor's name and mailing address**
COMMERCIAL METALS CORPORATION
P.O. BOX 844681
DALLAS, TX 75284-4681

Date(s) debt was incurred _
Last 4 digits of account number  **2151**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$18,590.00**

---

**3.185**

**Nonpriority creditor's name and mailing address**
COMMODITY MANAGEMENT SERVICES LTD
7233 FREEDOM AVE NW
NORTH CANTON, OH 44720

Date(s) debt was incurred _
Last 4 digits of account number  **6752**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,032.00**

---

**3.186**

**Nonpriority creditor's name and mailing address**
COMPRESSED AIR SYSTEMS, LLC
217 GUNTHER LANE
BELLE CHASSE, LA 70037

Date(s) debt was incurred _
Last 4 digits of account number  **2495**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$14,708.00**

---

**3.187**

**Nonpriority creditor's name and mailing address**
CONNECTOR SPECIALIST INC
175 JAMES DRIVE EAST
ST ROSE, LA 70087

Date(s) debt was incurred _
Last 4 digits of account number  **0895**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$55,128.00**

---

**3.188**

**Nonpriority creditor's name and mailing address**
CONNECTOR SPECIALIST INC
175 JAMES DRIVE EAST
ST ROSE, LA 70087

Date(s) debt was incurred _
Last 4 digits of account number  **0895**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,412.00**

---

**3.189**

**Nonpriority creditor's name and mailing address**
CONNER INDUSTRIES, INC.
P.O. BOX 200298
DALLAS, TX 75320-0298

Date(s) debt was incurred _
Last 4 digits of account number  **0896**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,850.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,917.00** |
|---|---|---|---|

**Contractor and Industrial Supply**
**1241 Foster Avenue**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number __5014__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$775.00** |
|---|---|---|---|

**CONTROL CHIEF CORP**
**200 WILLIAMS STREET**
**BRADFORD, PA 16701**

Date(s) debt was incurred _

Last 4 digits of account number __2453__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,938.00** |
|---|---|---|---|

**Cook County Treasurer**
**PO Box 805438**
**Chicago, IL 60680-4116**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real Estate Taxes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,088.00** |
|---|---|---|---|

**COOPER CONSOLIDATED, LLC**
**1127 HWY 190 E SERVICE ROAD**
**COVINGTON, LA 70433**

Date(s) debt was incurred _

Last 4 digits of account number __0453__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,287.00** |
|---|---|---|---|

**COOPER CONSOLIDATED, LLC.**
**9114 Stevedoring Rd**
**CONVENT, LA 70723**

Date(s) debt was incurred _

Last 4 digits of account number __1658__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,900.00** |
|---|---|---|---|

**CORE LLC**
**10059 N REIGER RD**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number __5915__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**COY RAYMOND   7023 SHO**
**634 ELM AVENUE**
**ROCKWOOD, TN 37854**

Date(s) debt was incurred _

Last 4 digits of account number __1074__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**CRESCENT TRANSPORT, INC**
**150 PLAUCHE STREET**
**NEW ORLEANS, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9661**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,195.00 |
|---|---|---|---|

**CROSS SALES &  ENGINEERING**
**4400 PIEDMONT PKWY**
**GREENSBORO, NC 27419-8508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2463**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,155.00 |
|---|---|---|---|

**CROWN SOLUTIONS CO, LLC**
**945 SOUTH BROWN SCHOOL ROAD**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5717**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,485.00 |
|---|---|---|---|

**CRST MALONE INC**
**601 VESTAVIA PARKWAY, SUITE 200**
**VESTAVIA HILLS, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3283**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,319.00 |
|---|---|---|---|

**CSGI**
**501 Cardiff Valley Road**
**Rockwood, TN 37854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2470**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,989.00 |
|---|---|---|---|

**CSX TRANSPORTATION**
**6737 SOUTHPOINT DRIVE SOUTH (J-605)**
**JACKSONVILLE, FL 33216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2581**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,113.00 |
|---|---|---|---|

**CULLIGAN WATER CONDITION**
**7537 TAGGART LANE**
**KNOXVILLE, TN 37938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2467**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.204**

**Nonpriority creditor's name and mailing address**
**CW MOBILE SERVICE, LLC**
**708 SARAZEN DRIVE**
**GULFPORT, MS 39507**

Date(s) debt was incurred _
Last 4 digits of account number  **3082**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,977.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**
**CYCLONAIRE CORPORATION**
**2922 NORTH DIVISION AVE**
**York, NE 68467**

Date(s) debt was incurred _
Last 4 digits of account number  **2475**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$435.00**

---

**3.206**

**Nonpriority creditor's name and mailing address**
**D & B METALS, INC**
**P.O. BOX 541**
**PLEASANT GROVE, UT 84062**

Date(s) debt was incurred _
Last 4 digits of account number  **1802**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$115,817.00**

---

**3.207**

**Nonpriority creditor's name and mailing address**
**D&S INDUSTRIAL CONTRACTING**
**3100 CASTEEL DRIVE**
**CORAOPOLIS, PA 15105**

Date(s) debt was incurred _
Last 4 digits of account number  **9723**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,866.00**

---

**3.208**

**Nonpriority creditor's name and mailing address**
**DA & ASSOCIATES**
**827 CYPRESS ST**
**MORGAN CITY, LA 70380**

Date(s) debt was incurred _
Last 4 digits of account number  **2317**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$446.00**

---

**3.209**

**Nonpriority creditor's name and mailing address**
**DANIELI CORPORATION**
**600 CRANBERRY WOODS DRIVE**
**CRANBERRY TOWNSHIP, PA 16066**

Date(s) debt was incurred _
Last 4 digits of account number  **2479**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$64,940.00**

---

**3.210**

**Nonpriority creditor's name and mailing address**
**DANNY TATE**
**18507 PROVIDENCE ESTATE**
**AMITE, LA 70422**

Date(s) debt was incurred _
Last 4 digits of account number  **0854**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$334.00**

---

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34.00**

**DAREN REBSTOCK**
**1517 Ellerslie Ave**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0856**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184,370.00**

**DARK HORSE RAIL SERVICE**
**43326 ELMO CANNON ROAD**
**GONZALES, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2481**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,343.00**

**DATA CONNECT ENTERPRISE INC**
**3405 OLANDWOOD CT**
**Olney, MD 20832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0747**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00**

**DAVCO MECHANICAL CONTRACTORS, INC**
**4248 E 96TH ST N**
**SPERRY, OK 73073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0320**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,184.00**

**DAVIS HOSE SUPPLY**
**2322 WESTERN AVENUE**
**KNOXVILLE, TN 37921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0898**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

**Deanna B. Butler**
**1708 Ridgefield Drive**
**LaPlace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0864**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,071.00**

**DEDICATED CARRIERS INC.**
**4626 TOWN N COUNTRY BLVD**
**TAMPA, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0688**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.218** | **Nonpriority creditor's name and mailing address**
**DELTA FABRICATION & MACHINE INC.**
**1379 CR 2110**
**Daingerfield, TX 75638**

Date(s) debt was incurred _
Last 4 digits of account number  **0995**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$81,921.00**

---

**3.219** | **Nonpriority creditor's name and mailing address**
**DELTA PROCESS EQUIPMENT -**
**8275 FLORIDA BLVD**
**DENHAM SPRINGS, LA 70727-1011**

Date(s) debt was incurred _
Last 4 digits of account number  **2487**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$504.00**

---

**3.220** | **Nonpriority creditor's name and mailing address**
**DELTA RIGGING & TOOLS, INC.**
**6938 EXCHEQUER**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred _
Last 4 digits of account number  **2489**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,649.00**

---

**3.221** | **Nonpriority creditor's name and mailing address**
**DELTA USA INC**
**BUILDING  2, SUITE 180**
**CARNEGIE, PA 15106**

Date(s) debt was incurred _
Last 4 digits of account number  **0899**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,020.00**

---

**3.222** | **Nonpriority creditor's name and mailing address**
**DERICHEBOURG RECYCLING USA, INC**
**7501 WALLISVILLE ROAD**
**Houston, TX 77020-3543**

Date(s) debt was incurred _
Last 4 digits of account number  **0982**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$776,448.00**

---

**3.223** | **Nonpriority creditor's name and mailing address**
**DESHAZO CRANE**
**190 AIRPARK IND. ROAD**
**ALABASTER, AL 35007**

Date(s) debt was incurred _
Last 4 digits of account number  **2491**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46,282.00**

---

**3.224** | **Nonpriority creditor's name and mailing address**
**DEZURIK INC**
**250 RIVERSIDE AVE N**
**SARTELL, MN 56377**

Date(s) debt was incurred _
Last 4 digits of account number  **0306**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,924.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.225**

**Nonpriority creditor's name and mailing address**
**DI CENTRAL CORPORATION**
**1199 NASA PARKWAY, SUITE 101**
**HOUSTON, TX 77058**

Date(s) debt was incurred _

Last 4 digits of account number **7803**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$7,963.00**

---

**3.226**

**Nonpriority creditor's name and mailing address**
**Diamond E Trucking**
**214 Veterans Blvd**
**Denham Springs, LA 70726**

Date(s) debt was incurred _

Last 4 digits of account number **2493**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$469,301.00**

---

**3.227**

**Nonpriority creditor's name and mailing address**
**DICKINSON & ASSOCIATES, INC.**
**One North LaSalle Street, Suite 800**
**Chicago, IL 60602**

Date(s) debt was incurred _

Last 4 digits of account number **7586**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$106,209.00**

---

**3.228**

**Nonpriority creditor's name and mailing address**
**DIVERSIFIED NONFERROUS**
**2101 27TH AVENUE NORTH**
**BIRMINGHAM, AL 35217**

Date(s) debt was incurred _

Last 4 digits of account number **0902**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,471.00**

---

**3.229**

**Nonpriority creditor's name and mailing address**
**DOMINICK J. VILLAFRANCO**
**748 PAILET AVE**
**HARVEY, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number **2925**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.230**

**Nonpriority creditor's name and mailing address**
**DRAGO SUPPLY CO INC**
**35610 HWY 30**
**GEISMAR, LA 70734**

Date(s) debt was incurred _

Last 4 digits of account number **0903**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,950.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**
**DROPSA USA INC.**
**6645 BURROUGHS AVENUE**
**STERLING HEIGHTS, MI 48314**

Date(s) debt was incurred _

Last 4 digits of account number **0668**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,828.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,732.00** |
|---|---|---|---|
| | **DSV ROAD, INC**<br>**3525 EXCEL DRIVE**<br>**MEDFORD, OR 97504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **9343** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,105.00** |
|---|---|---|---|
| | **DUCK'S ICE, INC**<br>**122 DUCK LANE**<br>**EDGARD, LA 70049** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2495** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$273.00** |
|---|---|---|---|
| | **DUHON MACHINERY CO, INC**<br>**10460 AIRLINE HWY.**<br>**ST. ROSE, LA 70087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2496** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412.00** |
|---|---|---|---|
| | **DYNAMETRICS**<br>**37836 EUCLIDE AVENUE**<br>**WILLOUGHBY, OH 44094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **2499** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,332.00** |
|---|---|---|---|
| | **DYNAMIC SECURITY SERVICES**<br>**PO BOX 451**<br>**TUSCUMBIA, AL 35674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **0905** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,202.00** |
|---|---|---|---|
| | **EASI, LLC**<br>**2501 LEXINGTON AVENUE**<br>**KENNER, LA 70062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **4593** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,852.00** |
|---|---|---|---|
| | **EASTERN EXPRESS INC**<br>**312 WEST 35TH AVENUE**<br>**GRIFFITH, IN 46319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number  **5355** | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,947.00** |
|---|---|---|---|

**ECONOMICAL JANITORIAL SUPPLIES INC**
**1420 SAMS AVENUE, SUITE F**
**HARAHAN, LA 70123**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0906**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,523.00** |
|---|---|---|---|

**ECS SMOKE SCHOOL**
**9366 HWY 143**
**Farmerville, LA 71241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9395**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.00** |
|---|---|---|---|

**EDGEWORTH MUNICIPAL AUTHORITY**
**313 BEAVER ROAD**
**SEWICKLEY, PA 15143**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2087**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,800.00** |
|---|---|---|---|

**EDISON ENERGY, LLC**
**545 METRO PLACE SOUTH, SUITE 400**
**DUBLIN, OH 43017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7657**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$393,849.00** |
|---|---|---|---|

**EIU, Inc**
**383 Lake Avenue**
**Metairie, LA 70005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2504**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,198.00** |
|---|---|---|---|

**EKHOSOFT / INEXCON TECHNOLOGIES**
**7005 TASCHEREAU, SUITE 195**
**BROSSARD, QC J4Z 1A7**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3297**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,667.00** |
|---|---|---|---|

**ELECTRIC MACHINE CONTROLS**
**7015 HAISTEN DRIVE**
**TRUSSVILLE, AL 35173-2510**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2505**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.246** | **Nonpriority creditor's name and mailing address**
**ELLIOTT'S BOOTS**
**3911 WESTERN AVENUE**
**KNOXVILLE, TN 37921**

Date(s) debt was incurred _
Last 4 digits of account number **2507**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,600.00**

---

**3.247** | **Nonpriority creditor's name and mailing address**
**ELLIPSE LLC**
**P.O. BOX 324**
**HOUSTON, TX 77001-0324**

Date(s) debt was incurred _
Last 4 digits of account number **2509**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,981.00**

---

**3.248** | **Nonpriority creditor's name and mailing address**
**ELLIS HALL JR.**
**1295 MAGNOLIA HEIGHT**
**VACHERIE, LA 70090**

Date(s) debt was incurred _
Last 4 digits of account number **0876**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34.00**

---

**3.249** | **Nonpriority creditor's name and mailing address**
**ELS, LLC**
**210 HAMP DRIVE**
**KENLY, NC 27542**

Date(s) debt was incurred _
Last 4 digits of account number **5163**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$30,150.00**

---

**3.250** | **Nonpriority creditor's name and mailing address**
**ELSIE LABAT**
**434 MAHOGANY ST**
**LAPLACE, LA 70068**

Date(s) debt was incurred _
Last 4 digits of account number **0877**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$46.00**

---

**3.251** | **Nonpriority creditor's name and mailing address**
**EMEDCO INC**
**P.O. BOX 369**
**BUFFALO, NY 14240**

Date(s) debt was incurred _
Last 4 digits of account number **2510**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$99.00**

---

**3.252** | **Nonpriority creditor's name and mailing address**
**EMERY CORMIER**
**445 West McClanllen Street**
**Pontchatoula, LA 70454**

Date(s) debt was incurred _
Last 4 digits of account number **0878**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|--------|---------------------|--------------------------|---------------------|
| | Name | | |

---

**3.253** | Nonpriority creditor's name and mailing address
**EMPCO (CANADA) LTD**
**910 HOPKINS STREET**
**WHITBY, ON L1N 6A9**

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,000.00**

---

**3.254** | Nonpriority creditor's name and mailing address
**ENTERGY**
**P.O. BOX 8108**
**BATON ROUGE, LA 70891-8108**

Date(s) debt was incurred _

Last 4 digits of account number  **2092**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$843,415.00**

---

**3.255** | Nonpriority creditor's name and mailing address
**Entergy Louisiana, LLC**
**P.O. Box 8108**
**Baton Rouge, LA 70891-8108**

Date(s) debt was incurred _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$842,830.00**

---

**3.256** | Nonpriority creditor's name and mailing address
**ERICHSON COMPANY INC**
**3008 18TH STREET**
**METAIRIE, LA 70002**

Date(s) debt was incurred _

Last 4 digits of account number  **2515**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,051.00**

---

**3.257** | Nonpriority creditor's name and mailing address
**ERM**
**840 W SAM HOUSTON PKWY N STE 600**
**HOUSTON, TX 77024**

Date(s) debt was incurred _

Last 4 digits of account number  **2517**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,466.00**

---

**3.258** | Nonpriority creditor's name and mailing address
**ERM Southeast**
**P.O. BOX 951265**
**DALLAS, NC 75395-1265**

Date(s) debt was incurred _

Last 4 digits of account number  **6244**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,117.00**

---

**3.259** | Nonpriority creditor's name and mailing address
**EVERGREEN INDUSTRIES INC**
**202 FREEDOM DRIVE**
**LIBERTY, MS 39645**

Date(s) debt was incurred _

Last 4 digits of account number  **6240**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,697.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,415.00** |
|---|---|---|---|

**EXPEDITED TRANSPORT LLC**
**200 VESTAVIA PARKWAY, SUITE 1200**
**VESTAVIA, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0612**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,755.00** |
|---|---|---|---|

**EXPRESS EMPLOYMENT PROFESSIONALS**
**1470 N. GATEWAY AVENUE**
**ROCKWOOD, TN 37854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1134**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,214.00** |
|---|---|---|---|

**FEDEX**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0154**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$190.00** |
|---|---|---|---|

**FEDEX FREIGHT**
**P.O. BOX 10306**
**PALATINE, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4999**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$903.00** |
|---|---|---|---|

**FELTONS CLUTCH SERVICE**
**1222 E. 38TH STREET**
**CHATTANOOGA, TN 37407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2529**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,958.00** |
|---|---|---|---|

**FISCHER INTL FORWARDERS, INC**
**999 EAST TOUCHY AVENUE**
**DES PLAINES, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$121,447.00** |
|---|---|---|---|

**FLEETWOOD SIGNODE**
**2222 WINDSOR COURT**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **9438**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|--------|---------------------|--------------------------|--------------------|
|        | Name                |                          |                    |

---

**3.267** | Nonpriority creditor's name and mailing address
**FLORIDA PARISH SCRAP**
**11361 HWY 190 WEST**
**HAMMOND, LA 70401**

Date(s) debt was incurred _
Last 4 digits of account number **3627**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,417.00**

---

**3.268** | Nonpriority creditor's name and mailing address
**FMT SHIPYARD & REPAIR**
**3640 PETERS ROAD**
**HARVEY, LA 70058**

Date(s) debt was incurred _
Last 4 digits of account number **3642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,113.00**

---

**3.269** | Nonpriority creditor's name and mailing address
**FORGE SYSTEMS, INC.**
**5059 FM 2920**
**SPRING, TX 77388**

Date(s) debt was incurred _
Last 4 digits of account number **4845**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$11,504.00**

---

**3.270** | Nonpriority creditor's name and mailing address
**FORT LOUDOUN TERMINAL CO INC.**
**5480 INDUSTRIAL PARK DRIVE**
**Lenior City, TN 37771**

Date(s) debt was incurred _
Last 4 digits of account number **2534**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,863.00**

---

**3.271** | Nonpriority creditor's name and mailing address
**Fredrick's Janitorial Service**
**2717 Concordia Drive**
**LaPlace, LA 70068**

Date(s) debt was incurred _
Last 4 digits of account number **2535**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

---

**3.272** | Nonpriority creditor's name and mailing address
**FREUDENBERG OIL & GAS, LLC**
**P.O. BOX 92077545**
**HOUSTON, TX 77292-0775**

Date(s) debt was incurred _
Last 4 digits of account number **6369**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,684.00**

---

**3.273** | Nonpriority creditor's name and mailing address
**G T Michelli Co, Inc.**
**130 Brookhollow**
**Harahan, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number **2539**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$108,545.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$244,520.00** |
|---|---|---|---|
| | **G&A ENVIRONMENTAL CONTRACTORS INC** | ☐ Contingent | |
| | **76 SWIFT STREET EAST** | ☐ Unliquidated | |
| | **MCEWEN, TN 37101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **2537** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18.00** |
|---|---|---|---|
| | **G&K SERVICES** | ☐ Contingent | |
| | **PO Box 4856** | ☐ Unliquidated | |
| | **Jakcson, MS 39296-4856** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0808** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|
| | **GALLAGHER BENEFIT SERVICES, INC.** | ☐ Contingent | |
| | **2850 WEST GOLF ROAD, 5TH FLOOR** | ☐ Unliquidated | |
| | **ROLLING MEADOWS, IL 60008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **7915** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,105.00** |
|---|---|---|---|
| | **GALLANO TRUCKING** | ☐ Contingent | |
| | **1202 ISPEN RD** | ☐ Unliquidated | |
| | **BELVIDERE, IL 61008** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **9231** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,382.00** |
|---|---|---|---|
| | **GATX RAIL LOCOMOTIVE GROUP LLC** | ☐ Contingent | |
| | **222 WEST ADAMS ST** | ☐ Unliquidated | |
| | **CHICAGO, IL 60606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **4189** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176,695.00** |
|---|---|---|---|
| | **GAUBERT OIL COMPANY INC** | ☐ Contingent | |
| | **10 RIENZI DRIVE** | ☐ Unliquidated | |
| | **THIBODAUX, LA 70301** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **8100** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,771.00** |
|---|---|---|---|
| | **GAVILON FERTILIZER, LLC** | ☐ Contingent | |
| | **5 SKIDAWAY VILLAGE WALK** | ☐ Unliquidated | |
| | **Savannah, GA 31411** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **8301** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,062.00**

**GAVILON GRAIN, LLC**
**5410 EAST CHANNEL ROAD**
**CATOOSA, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0139**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124,705.00**

**GEXPRO (LA)**
**150 RIVERBEND DRIVE**
**ST ROSE, LA 70087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0915**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,527.00**

**GEXPRO (TN)**
**2800 AMNICOLA HWY**
**CHATTANOOGA,, TN 37406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0916**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$781,531.00**

**Gong Chang  %MPSI**
**P.O. BOX 4030**
**CARMEL, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1461**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00**

**Gong Chang %MPSI**
**P.O. BOX 4030**
**CARMEL, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1461**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,478.00**

**GORDON ARATA**
**201 ST. CHARLES AVENUE, 40TH FLOOR**
**NEW ORLEANS, LA 70170-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2133**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$605.00**

**Gordon Flesch Company**
**30 S. Wacker Drive, Suite 3905**
**Chicago, IL 60606-7406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2555**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.288**  **Nonpriority creditor's name and mailing address**
**GPM HYDRAULIC CONSULTING, INC**
**797 RIDGE ROAD**
**MONROE, GA 30655**

Date(s) debt was incurred _

Last 4 digits of account number  **0371**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,386.00**

---

**3.289**  **Nonpriority creditor's name and mailing address**
**GRAINGER INDUSTRIAL EQUIPMENT**
**825 DISTRIBUTORS ROW**
**NEW ORLEANS, LA 70123-3274**

Date(s) debt was incurred _

Last 4 digits of account number  **2135**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,542.00**

---

**3.290**  **Nonpriority creditor's name and mailing address**
**GRANITE TELECOMMUNICATIONS LCC**
**100 NEWPORT AV EXT.**
**QUINCY, MA 02171**

Date(s) debt was incurred _

Last 4 digits of account number  **2481**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,220.00**

---

**3.291**  **Nonpriority creditor's name and mailing address**
**GRAPHITI ASSOCIATES INC**
**408 N 35TH ST, STE C**
**SEATTLE, WA 98103**

Date(s) debt was incurred _

Last 4 digits of account number  **7614**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,553.00**

---

**3.292**  **Nonpriority creditor's name and mailing address**
**GRAYBAR ELECTRIC COMPANY, INC**
**1205 DISTRIBUTORS ROW**
**HARAHAN, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **2558**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,058.00**

---

**3.293**  **Nonpriority creditor's name and mailing address**
**GREATWIDE CHEETAH TRANSPORTATION**
**LL**
**2150 CABOT BLVD**
**LANGHORNE, PA 30384**

Date(s) debt was incurred _

Last 4 digits of account number  **1388**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$89,671.00**

---

**3.294**  **Nonpriority creditor's name and mailing address**
**GREENLEAF CORPORATION**
**18695 GREENLEAF DRIVE**
**SAEGERTOWN, PA 16433**

Date(s) debt was incurred _

Last 4 digits of account number  **2560**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,970.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.295** | Nonpriority creditor's name and mailing address
**Gregory Champagne Tax Collector**
**PO Box 440**
**Hahnville, LA 70057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Real Estate Taxes__

Is the claim subject to offset? ■ No  ☐ Yes

$2,787.00

---

**3.296** | Nonpriority creditor's name and mailing address
**GRESON TECHNICAL SALES AND**
**8040 EASTEX FREEWAY**
**BEAUMONT,, TX 77704**

Date(s) debt was incurred _

Last 4 digits of account number __2562__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$415.00

---

**3.297** | Nonpriority creditor's name and mailing address
**GRID LINE TRANSPORTATION INC**
**2130 SHERWOOD LAKE DR., UNIT 4**
**SCHERERVILLE, IN 46375**

Date(s) debt was incurred _

Last 4 digits of account number __3206__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$48,395.00

---

**3.298** | Nonpriority creditor's name and mailing address
**GUIDRY'S INDUSTRIAL**
**3376 WEST AIRLINE HWY.**
**RESERVE, LA 70084**

Date(s) debt was incurred _

Last 4 digits of account number __5627__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$119,895.00

---

**3.299** | Nonpriority creditor's name and mailing address
**Gulf States Optical Labs, Inc**
**313 Coolidge Street**
**Jefferson, LA 70121**

Date(s) debt was incurred _

Last 4 digits of account number __0813__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$3,592.00

---

**3.300** | Nonpriority creditor's name and mailing address
**H R CURRY COMPANY INC**
**801 INDUSTRIAL BLVD**
**NEW KENSINGTON, PA 15068**

Date(s) debt was incurred _

Last 4 digits of account number __2285__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$98,000.00

---

**3.301** | Nonpriority creditor's name and mailing address
**H&E EQUIPMENT SERVICES INC**
**7500 PECUE LANE**
**BATON ROUGE, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number __1485__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

$918.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75,230.00** |
|---|---|---|---|

**H.J.M. MACHINE**
**304 TIME SAVER AVE**
**Harahan, LA, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1272**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,558.00** |
|---|---|---|---|

**H.J.M. MACHINE**
**304 TIME SAVER AVE**
**Harahan, LA, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1272**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,593.00** |
|---|---|---|---|

**HARBISONWALKER INTERNATIONAL INC**
**1305 CHERRINGTON PARKWAY SUITE 100**
**MOON TOWNSHIP, PA 15108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1232**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**HARDAGE GROUP INC.**
**P.O. BOX 208**
**Dyersburg, TN 38025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0483**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,372.00** |
|---|---|---|---|

**HARMAN ICE**
**2727 MIDDLEBROOK PIKE**
**KNOXVILLE, TN 37521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1275**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$107,753.00** |
|---|---|---|---|

**HARRIMAN UTILITY BOARD**
**300 N. ROANE ST**
**HARRIMAN, TN 37748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0919**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99,348.00** |
|---|---|---|---|

**Harriman Utility Board**
**P.O. Box 434**
**Harriman, TN 37748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,418.00**

**HEAVY MACHINES INC**
**7156 HIGHWAY 22**
**SORRENTO, LA 70878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0286**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163,278.00**

**HELIX LOGISTICS, LLC**
**6734 JOLIET ROAD**
**COUNTRYSIDE, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5713**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.00**

**HEM  INC**
**PO BOX 1148**
**PRYOR,, OK 74362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0921**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,986.00**

**HERAEUS ELECTRO NITE CO, LLC**
**541 S INDUSTRIAL DRIVE**
**HARTLAND, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1281**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,314.00**

**HERAEUS ELECTRO NITE CO, LLC**
**541 S INDUSTRIAL DRIVE**
**HARTLAND, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1281**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,104.00**

**HERBERT S. HILLER**
**401 COMMERCE POINT**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7008**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,357.00**

**HERITAGE CRYSTAL CLEAN, LLC (LA)**
**10973 LAIRD LN**
**DENHAM SPRINGS, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1283**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.316** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,876.00**
**HERITAGE CRYSTAL CLEAN, LLC (TN)**
2175 POINT BLVD, SUITE 375
ELGIN, IL 60123

Date(s) debt was incurred _

Last 4 digits of account number  **0502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,571.00**
**HERITAGE LOGISTICS LLC**
58 RIDGEWOOD DR
LAPLACE, LA 70068

Date(s) debt was incurred _

Last 4 digits of account number  **9200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,057.00**
**HERO LANDS COMPANY**
428 PLANTERS CANAL ROAD
BELLE CHASSE, LA 70037

Date(s) debt was incurred _

Last 4 digits of account number  **2151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$457.00**
**HHE SERVICES INC. DBA HUBER**
728 HILL STREET
JEFFERSON, LA 70121

Date(s) debt was incurred _

Last 4 digits of account number  **1297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,140.00**
**HIDALGO HEALTH ASSOCIATES**
4637 JAMESTOWN AVENUE
BATON ROUGE, LA 70808

Date(s) debt was incurred _

Last 4 digits of account number  **0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.00**
**HILTI STEEL INDUSTRY**
5400 SOUTH 122ND EAST AVENUE
TULSA, OK 74146

Date(s) debt was incurred _

Last 4 digits of account number  **0923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$357,700.00**
**HISAR CELIK C O MPSI ROLLS**
P.O. BOX 4030
CARMEL, IN 46082-4030

Date(s) debt was incurred _

Last 4 digits of account number  **8209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.323** | Nonpriority creditor's name and mailing address
**HM INSURANCE GROUP, INC**
**120 FIFTH AVE, SUITE P6102**
**PITTSBURGH, PA 15222**

Date(s) debt was incurred _
Last 4 digits of account number  **9703**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,981.00**

---

**3.324** | Nonpriority creditor's name and mailing address
**HOH ENGINEERS INC**
**55 E Jackson Blvd**
**Chicago, IL 46321**

Date(s) debt was incurred _
Last 4 digits of account number  **4232**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,785.00**

---

**3.325** | Nonpriority creditor's name and mailing address
**HOIST & CRANE SERVICE GROUP**
**4920 JEFFERSON HWY.**
**JEFFERSON, LA 70121**

Date(s) debt was incurred _
Last 4 digits of account number  **1289**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$156,428.00**

---

**3.326** | Nonpriority creditor's name and mailing address
**HOLSTON GASES  INC**
**222 COUNCIL PLACE**
**KNOXVILLE, TN 37927-7248**

Date(s) debt was incurred _
Last 4 digits of account number  **0924**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,079.00**

---

**3.327** | Nonpriority creditor's name and mailing address
**Home Depot (Airline Highway)**
**300 W Airline Highway**
**Laplace, LA 70068**

Date(s) debt was incurred _
Last 4 digits of account number  **1292**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$85.00**

---

**3.328** | Nonpriority creditor's name and mailing address
**Honeywell Inc**
**3079 Premiere Parkway, Suite 100**
**Duluth, GA 30097**

Date(s) debt was incurred _
Last 4 digits of account number  **1293**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,657.00**

---

**3.329** | Nonpriority creditor's name and mailing address
**HOOSIER CRANE SERVICE COMPANY**
**3500 CHARLOTTE AVENUE**
**ELKHART, IN 46517**

Date(s) debt was incurred _
Last 4 digits of account number  **9837**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,327.00**

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.330** | Nonpriority creditor's name and mailing address
**HORNADY TRANSPORTATION LLC**
**1736 HIGHWAY 21 BYPASS**
**MONROEVILLE, AL 36461**

Date(s) debt was incurred _

Last 4 digits of account number  **5799**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$129,173.00**

---

**3.331** | Nonpriority creditor's name and mailing address
**HOTWORK-USA, LLC**
**223 GOLD RUSH ROAD**
**LEXINGTON, KY 40503**

Date(s) debt was incurred _

Last 4 digits of account number  **3458**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$36,300.00**

---

**3.332** | Nonpriority creditor's name and mailing address
**HOTWORK-USA, LLC**
**223 GOLD RUSH ROAD**
**LEXINGTON, KY 40503**

Date(s) debt was incurred _

Last 4 digits of account number  **3458**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,722.00**

---

**3.333** | Nonpriority creditor's name and mailing address
**HOUGHTON CO**
**MADISON AND VAN BUREN AVENUES**
**VALLEY FORGE, PA 19482**

Date(s) debt was incurred _

Last 4 digits of account number  **1270**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$114,590.00**

---

**3.334** | Nonpriority creditor's name and mailing address
**HUGHES MACHINE SHOP INC**
**22105 HWY 21 NORTH**
**BOGALUSA, LA 70427**

Date(s) debt was incurred _

Last 4 digits of account number  **0926**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$54,097.00**

---

**3.335** | Nonpriority creditor's name and mailing address
**HULCHER SERVICES, INC.**
**611 Kimberly Drive**
**Denton, TX 76202**

Date(s) debt was incurred _

Last 4 digits of account number  **0667**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.336** | Nonpriority creditor's name and mailing address
**HUMANA DENTAL INS CO**
**P.O. BOX 0884**
**CAROL STREAM, IL 60132-0884**

Date(s) debt was incurred _

Last 4 digits of account number  **4112**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,263.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.337** | Nonpriority creditor's name and mailing address
**HYDRADYNE HYDRAULICS**
**2801 PETERS ROAD**
**HARVEY, LA 70059-0760**

Date(s) debt was incurred _

Last 4 digits of account number  **0927**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$47,425.00**

---

**3.338** | Nonpriority creditor's name and mailing address
**HYMEL'S FLORIST**
**299 BELLE TERRE, SUITE A**
**LAPLACE, LA 70068**

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$196.00**

---

**3.339** | Nonpriority creditor's name and mailing address
**I C E SALES & SERVICE LLC**
**2801 HWY 306 SUITE B**
**DES ALLEMANDS, LA 70030**

Date(s) debt was incurred _

Last 4 digits of account number  **1303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$22,616.00**

---

**3.340** | Nonpriority creditor's name and mailing address
**INDEED,INC.**
**P.O. BOX 660367**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number  **1567**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,500.00**

---

**3.341** | Nonpriority creditor's name and mailing address
**INDUSTRIAL & MARINE EQUIP. CO, INC**
**525 ELMWOOD PARK BLVD**
**NEW ORLEANS, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **1309**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,603.00**

---

**3.342** | Nonpriority creditor's name and mailing address
**INDUSTRIAL ELECTRONIC SUPPLY**
**115 JAMES DRIVE WEST SUITE 120**
**SAINT ROSE, LA 70087**

Date(s) debt was incurred _

Last 4 digits of account number  **0929**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$39,445.00**

---

**3.343** | Nonpriority creditor's name and mailing address
**Industrial Employees**
**825 East Pittsburgh Plaza**
**East Pittsburgh, PA 15112-1208**

Date(s) debt was incurred _

Last 4 digits of account number  **1311**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.344** | Nonpriority creditor's name and mailing address

**INDUSTRIAL FABRICATION**
**2415 SYCAMORE DR**
**KNOXVILLE, TN 37921**

Date(s) debt was incurred _

Last 4 digits of account number  **0930**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$44,296.00**

---

**3.345** | Nonpriority creditor's name and mailing address

**INDUSTRIAL REPAIR SERVICE INC**
**2650 Business Drive**
**Cumming, GA 30028-4878**

Date(s) debt was incurred _

Last 4 digits of account number  **8213**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.346** | Nonpriority creditor's name and mailing address

**INDUSTRIAL SCRAP METALS LLC**
**9534 BEACON DRIVE**
**Abbeville, LA 70510**

Date(s) debt was incurred _

Last 4 digits of account number  **9491**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,157.00**

---

**3.347** | Nonpriority creditor's name and mailing address

**INDUSTRIAL VALUATION SERVICES (IVS)**
**14121 HWY. 290 WEST, BUILDING 9**
**AUSTIN, TX 78737**

Date(s) debt was incurred _

Last 4 digits of account number  **0788**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,000.00**

---

**3.348** | Nonpriority creditor's name and mailing address

**INDUSTRIAL VIBRATION CONSULTANTS**
**210 S West Street**
**Lebranon, OH 45036**

Date(s) debt was incurred _

Last 4 digits of account number  **9015**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$29,565.00**

---

**3.349** | Nonpriority creditor's name and mailing address

**INGRAM BARGE COMPANY**
**4400 HARDING ROAD**
**NASHVILLE, TN 37205**

Date(s) debt was incurred _

Last 4 digits of account number  **4469**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$94,900.00**

---

**3.350** | Nonpriority creditor's name and mailing address

**INSIGHT DIRECT INC.**
**6820 S. HARLEM AVE.**
**TEMPE, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number  **0931**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$10,319.00**

---

Debtor    **BD LaPlace, LLC**                                    Case number (if known)    **19-12155 (KBO)**
          Name

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,484.00** |
|---|---|---|---|

**INSTRON CORPORATION**
**825 UNIVERSITY AVE**
**Norwood, MA 02062-2643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1321**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,594.00** |
|---|---|---|---|

**INTEGRITY EXPRESS LOGISTICS**
**4420 COOPER RD, SUITE 400**
**BLUE ASH, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0570**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,865.00** |
|---|---|---|---|

**IRA CATLIN**
**P.O. BOX 292**
**LIVINGSTON, LA 70754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0567**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,439.00** |
|---|---|---|---|

**IRON MOUNTAIN INFORMATION MGMT, INC**
**745 ATLANTIC AVENUE**
**BOSTON, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6409**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,314.00** |
|---|---|---|---|

**ITW FLEETWOOD SIGNODE**
**3624 WEST LAKE AVENUE**
**GLENVIEW, IL 60026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0911**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$331.00** |
|---|---|---|---|

**IVES BUSINESS FORMS**
**1009 CAMP STREET**
**NEW ORLEANS, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0933**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,252.00** |
|---|---|---|---|

**J & J MACHINE & TOOL, INC**
**1424 EAST MCCALLA AVENUE**
**KNOXVILLE, TN 37915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4336**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3.00 |
|---|---|---|---|

**J & L FASTENERS**
**6944 PARISH AVENUE**
**Hammond, IN 46323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1332**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $116,541.00 |
|---|---|---|---|

**J.  P. & SONS DREDGING, LLC**
**8233 RIVER ROAD**
**WAGGAMAN, LA 70094-2320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1351**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,580.00 |
|---|---|---|---|

**J.  P. & SONS DREDGING, LLC**
**8233 RIVER ROAD**
**WAGGAMAN, LA 70094-2320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1351**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $48,928.00 |
|---|---|---|---|

**J3 TRANSPORTATION**
**949 SWAN POND CIRCLE ROAD**
**HARRIMAN, TN 37748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1406**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,448.00 |
|---|---|---|---|

**JANI KING OF KNOXVILLE**
**10133 SHERRILL BLVD, SUITE 130**
**KNOXVILLE, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1337**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,182.00 |
|---|---|---|---|

**JANI KING OF NEW ORLEANS D/B/A -**
**122 W. PINE STREET**
**PONCHATOULA, LA 70454-3309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4409**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,976.00 |
|---|---|---|---|

**JARROD SHORT**
**11647 SEDGEMOORE DR. N**
**Jacksonville, FL 32223-1351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1915**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,716.00** |
|---|---|---|---|

**JEFF ASBELL EXCAVATING &**
**9400 STATE HIGHWAY 171**
**CARL JUNCTION, MO 64834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0293**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430,121.00** |
|---|---|---|---|

**JEFFERSON IRON & METAL**
**3940 MONTCLAIR ROAD #300**
**Birmingham, AL 35213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **8505**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**JEFFERY LEE CUNNINGHAM**
**219 DOUGLAS LN**
**HARRIMAN, TN 37748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **9934**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,452.00** |
|---|---|---|---|

**JERRY ARP TRUCKING**
**4750 Kingston Hwy**
**Lenoir CIty, TN 37771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **8079**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,002.00** |
|---|---|---|---|

**JHOP TRUCK LINES LLC**
**6303 E 102ND STREET**
**Tulsa, OK 74137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1511**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$453,944.00** |
|---|---|---|---|

**JLE INDUSTRIES, LLC**
**119 ICMI ROAD, SUITE 210**
**DUNBAR, PA 15431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **9134**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,820.00** |
|---|---|---|---|

**JOE LEASURE & SONS, INC**
**39 N MADISON AVE**
**MADISONVILLE, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **8937**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,427.00** |
|---|---|---|---|

**JOHN  J. PEMPEK**
**11745 SOUTHWEST HIGHWAY**
**PALOS HEIGHTS, IL 60463**

Date(s) debt was incurred _

Last 4 digits of account number **1343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,749.00** |
|---|---|---|---|

**JOHN H CARTER CO**
**17630 PERKINS RD.**
**BATON ROUGE, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number **1342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$205.00** |
|---|---|---|---|

**JOHN SAKASH CO.**
**700 WALNUT STREET**
**ELMHURST, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number **1344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,850.00** |
|---|---|---|---|

**JOHNSON POWER LTD**
**2530 BRAGA DRIVE**
**BROADVIEW,, IL 60153**

Date(s) debt was incurred _

Last 4 digits of account number **1345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,341.00** |
|---|---|---|---|

**JONES BROTHERS TRUCKING, INC**
**6681 COMMERCIAL LANE**
**MISSOULA, MT 59808**

Date(s) debt was incurred _

Last 4 digits of account number **0802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,129.00** |
|---|---|---|---|

**JONES WALKER**
**201 ST. CHARLES AVE 50TH FLOOR**
**NEW ORLEANS, LA 70170**

Date(s) debt was incurred _

Last 4 digits of account number **1348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$353,757.00** |
|---|---|---|---|

**JORDAN CARRIERS INC**
**170 HWY 61 SOUTH**
**NATCHEZ, MS 39120**

Date(s) debt was incurred _

Last 4 digits of account number **5598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.379** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,994.00**

**JORDAN LOGISTICS, INC..**
**170 HIGHWAY 61 SOUTH**
**NATCHEZ, MS 39120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0798**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.380** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,580.00**

**JOSEPH T RYERSON & SON**
**10445 AIRLINE HWY**
**ST. ROSE, LA 70087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1349**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,387.00**

**JRC  INC**
**3007 GOVERNOR JOHN SEVIER HWY EAST**
**KNOXVILLE, TN 37914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1352**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$735.00**

**Kattie L. Griffin  468 CSG**
**2312 Corinne Drive**
**Chalmette, LA 70043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1207**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,528.00**

**Kelsan Inc**
**P.O. BOX 52326**
**Knoxville, TN 37950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1358**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.00**

**KEM-CO, INC.**
**3940 E 200 S**
**Knox, IN 46534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1360**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53.00**

**KENNETH E. ROSE**
**2436 WILLIAMSBURG**
**Laplace, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5958**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.00**
**KENNITH B. BROWN**
**40249 BREN WAY DRIVE**
**Ponchatoula, LA 70454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1118**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$676.00**
**KENNY PIPE & SUPPLY  INC**
**125 WEST SCOTT AVENUE**
**KNOXVILLE, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0936**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,183.00**
**Kentucky Machine & Engineering, Inc**
**590 Glenwood Mill Road**
**Cadiz, KY 42211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1363**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,220.00**
**Kentucky Machine & Engineering, Inc**
**590 Glenwood Mill Road**
**Cadiz, KY 42211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1363**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,161.00**
**KENTWOOD SPRING WATER**
**3418 HOWARD AVENUE**
**NEW ORLEANS, LA 70113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0937**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.391** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,247.00**
**KINDER MORGAN BULK TERMINALS, INC**
**1001 LOUISIANA ST., SUITE 1000**
**HOUSTON, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0204**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.392** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$67,145.00**
**KINDRA MARINE INC**
**9864 AVENUE N**
**CHICAGO, IL 60617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0148**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.393** | Nonpriority creditor's name and mailing address
KINETICS INDUSTRIES
140 STOKES AVENUE
TRENTON, NJ 08638

Date(s) debt was incurred _
Last 4 digits of account number **1367**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,709.00**

---

**3.394** | Nonpriority creditor's name and mailing address
KING OF FREIGHT
110 S. MAIN STREET
Wichita, KS 67202

Date(s) debt was incurred _
Last 4 digits of account number **9030**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$81,980.00**

---

**3.395** | Nonpriority creditor's name and mailing address
KINGS CROWN FORD, INC
10720 PHILLIPS HWY
Jacksonville, FL 32256

Date(s) debt was incurred _
Last 4 digits of account number **9313**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$27,964.00**

---

**3.396** | Nonpriority creditor's name and mailing address
KIPO LLC DBA
1400 EDWARDS AVENUE
HARAHAN, LA 70123

Date(s) debt was incurred _
Last 4 digits of account number **5145**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,053.00**

---

**3.397** | Nonpriority creditor's name and mailing address
KIRK TRUCKING SERVICE INC
6629 ROUTE 22
DELMONT, PA 15090

Date(s) debt was incurred _
Last 4 digits of account number **5795**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$86,528.00**

---

**3.398** | Nonpriority creditor's name and mailing address
KME GERMANY GmbH & CO. KG
1000 JORIE BLVD, SUITE 111
OAK BROOK, IL 60523

Date(s) debt was incurred _
Last 4 digits of account number **1071**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$48,480.00**

---

**3.399** | Nonpriority creditor's name and mailing address
KNOXVILLE BOLT & SCREW, INC
614 SEVIER AVENUE
KNOXVILLE, TN 37920

Date(s) debt was incurred _
Last 4 digits of account number **0938**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$31,383.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.400** | Nonpriority creditor's name and mailing address
**KODIAK METALS RECYCLING NC.**
**1010 AVENUE S**
**DICKINSON, TX 77586**

Date(s) debt was incurred _

Last 4 digits of account number  **0119**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$859,109.00**

---

**3.401** | Nonpriority creditor's name and mailing address
**KONE CRANES**
**3115 LAPLACE LANE**
**LAPLACE, LA 70068**

Date(s) debt was incurred _

Last 4 digits of account number  **1373**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$540,745.00**

---

**3.402** | Nonpriority creditor's name and mailing address
**KONECRANES INC.**
**1003 DELAPLAIN ROAD**
**Georgetown, KY 40324**

Date(s) debt was incurred _

Last 4 digits of account number  **1279**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,478.00**

---

**3.403** | Nonpriority creditor's name and mailing address
**KONECRANES, INC.**
**11420 W THEODORE TRECKER WAY**
**WEST ALLIS, WI 53214**

Date(s) debt was incurred _

Last 4 digits of account number  **2052**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$430,831.00**

---

**3.404** | Nonpriority creditor's name and mailing address
**KONECRANES, INC.**
**11420 W THEODORE TRECKER WAY**
**WEST ALLIS, WI 53214**

Date(s) debt was incurred _

Last 4 digits of account number  **2052**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,665.00**

---

**3.405** | Nonpriority creditor's name and mailing address
**KT GRANT,  INC.**
**1577 PLEASANT GROVE RD**
**DOLOMITE, AL 35061**

Date(s) debt was incurred _

Last 4 digits of account number  **1379**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,574.00**

---

**3.406** | Nonpriority creditor's name and mailing address
**L & K METALS INC.**
**3514 E. OLD SPANISH TRAIL**
**NEW IBERIA, LA 70560**

Date(s) debt was incurred _

Last 4 digits of account number  **6247**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$34,221.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$773,340.00** |
|---|---|---|---|

**LA SCRAP METAL RECYCLING OF B.R.**
**2527 S WESTPORT DRIVE**
**PORT ALLEN, LA 70767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **6263**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$845,146.00** |
|---|---|---|---|

**LA SCRAP PROCESSORS**
**2200 CAMERON STREET**
**LAFAYETTE, LA 70506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **6264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**LA WILD, LLC**
**182 OAK MARON LANE**
**St. Rose, LA 70087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **1208**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,940.00** |
|---|---|---|---|

**LAFARGE CONCRETE**
**104 LA-3125**
**Gramercy, LA 70052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **6269**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,377.00** |
|---|---|---|---|

**LAIRD CONTROLS NORTH AMERICA INC**
**655 N RIVER ROAD NW SUITE A**
**WARREN, OH 44483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **7353**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**LAKEWAY URGENT CARE**
**460 MEDICAL PARK DR, STE 103**
**LENOIR CITY, TN 37772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **0314**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,795.00** |
|---|---|---|---|

**LANDON ELECTRIC CO., INC.**
**1045 CARDEN FARM DR**
**CLINTON, TN 37716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Trade Debt**

Last 4 digits of account number  **1394**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.414** Nonpriority creditor's name and mailing address
**LANDSTAR INWAY INC**
**13410 SUTTON PARK DRIVE SOUTH**
**JACKSONVILLE, FL 32224**

Date(s) debt was incurred _

Last 4 digits of account number  **6081**

As of the petition filing date, the claim is: *Check all that apply.*          **$342,101.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.415** Nonpriority creditor's name and mailing address
**LAPLACE GLASS**
**130 EAST AIRLINE HWY**
**LAPLACE, LA 70069-1266**

Date(s) debt was incurred _

Last 4 digits of account number  **0940**

As of the petition filing date, the claim is: *Check all that apply.*          **$9,978.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.416** Nonpriority creditor's name and mailing address
**LEADAR ROLL, INC**
**895 SHAWNEE ROAD**
**LIMA, OH 45805**

Date(s) debt was incurred _

Last 4 digits of account number  **0941**

As of the petition filing date, the claim is: *Check all that apply.*          **$82,727.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** Nonpriority creditor's name and mailing address
**LECO CORPORATION**
**3000 LAKEVIEW AVENUE ST JOSEPH**
**MICHIGAN 49085, MI 49085**

Date(s) debt was incurred _

Last 4 digits of account number  **1403**

As of the petition filing date, the claim is: *Check all that apply.*          **$536.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** Nonpriority creditor's name and mailing address
**Leetsdale II**
**Lockbox #4467, PO Box 8500**
**Philadelphia, PA 19178-4467**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$30,494.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Real Estate Taxes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** Nonpriority creditor's name and mailing address
**LEETSDALE INDUSTRIAL II**
**100 LEETSDALE INDUSTRIAL DRIVE**
**LEETSDALE, PA 15056**

Date(s) debt was incurred _

Last 4 digits of account number  **1410**

As of the petition filing date, the claim is: *Check all that apply.*          **$146,305.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** Nonpriority creditor's name and mailing address
**LEETSDALE INDUSTRIAL II**
**100 LEETSDALE INDUSTRIAL DRIVE**
**LEETSDALE, PA 15056**

Date(s) debt was incurred _

Last 4 digits of account number  **1410**

As of the petition filing date, the claim is: *Check all that apply.*          **$19,561.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$93,394.00** |
|---|---|---|---|
| | **LEGACY LOGISTICS, INC** | ☐ Contingent | |
| | **1154 HARBOR RIVER COVE** | ☐ Unliquidated | |
| | **MEMPHIS, TN 38103** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **9848** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$444,285.00** |
|---|---|---|---|
| | **LHOIST NORTH AMERICA** | ☐ Contingent | |
| | **3700 HULEN STREET** | ☐ Unliquidated | |
| | **FORT WORTH, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8542** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,931.00** |
|---|---|---|---|
| | **LHOIST NORTH AMERICA** | ☐ Contingent | |
| | **3700 HULEN STREET** | ☐ Unliquidated | |
| | **FORT WORTH, TX 76107** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8542** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,997.00** |
|---|---|---|---|
| | **LIFTING TECHNOLOGIES, LLC** | ☐ Contingent | |
| | **P.O. BOX 4167** | ☐ Unliquidated | |
| | **MISSOULA, MT 59806** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5390** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$148.00** |
|---|---|---|---|
| | **LISA FABRE** | ☐ Contingent | |
| | **138 HIGHWAY 3217** | ☐ Unliquidated | |
| | **LAPLACE, LA 70068** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8879** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|
| | **LLT, LLC** | ☐ Contingent | |
| | **14170 HICKORY DRIVE** | ☐ Unliquidated | |
| | **PONCHATOULA, LA 70454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **9028** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,943.00** |
|---|---|---|---|
| | **LOGGINS LOGISTICS INC** | ☐ Contingent | |
| | **5706 COMMERCE SQUARE** | ☐ Unliquidated | |
| | **JONESBORO, AR 72401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **6235** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **BD LaPlace, LLC**                                    Case number (if known)    **19-12155 (KBO)**
_____
Name

| | | | |
|---|---|---|---|
| 3.428 | **Nonpriority creditor's name and mailing address**<br>**LOGISTIC DYNAMICS INC /**<br>**155 PINEVIEW DRIVE**<br>**AMHERST, NY 14228** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,083.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0692** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.429 | **Nonpriority creditor's name and mailing address**<br>**LONG LAW FIRM**<br>**4041 ESSEN LANE, SUITE 500**<br>**BATON ROUGE, LA 70809** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,584.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1418** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.430 | **Nonpriority creditor's name and mailing address**<br>**LONG LAW FIRM**<br>**4041 ESSEN LANE, SUITE 500**<br>**BATON ROUGE, LA 70809** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,388.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1418** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.431 | **Nonpriority creditor's name and mailing address**<br>**LOUISIANA DEPT OF ENV QUALITY**<br>**P.O. BOX 733676**<br>**DALLAS, TX 75373-3676** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,370.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1422** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.432 | **Nonpriority creditor's name and mailing address**<br>**LOUISIANA MACHINERY CO**<br>**3799 WEST AIRLINE HWY**<br>**RESERVE, LA 70084** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,096.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1427** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |
| 3.433 | **Nonpriority creditor's name and mailing address**<br>**LOUISIANA MACHINERY CO LLC**<br>**204 ENGINEERS ROAD**<br>**BELLE CHASSE, LA 70037** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72,915.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1268** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.434 | **Nonpriority creditor's name and mailing address**<br>**LOUISIANA OFFICE PRODUCTS**<br>**210 EDWARDS AVENUE**<br>**HARAHAN, LA 70123** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,533.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1428** | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

**3.435**

Nonpriority creditor's name and mailing address
**LOUISIANA WORKFORCE COMMISSION**
**P.O. BOX 62600**
**NEW ORLEANS, LA 70162-2600**

Date(s) debt was incurred _

Last 4 digits of account number  **6992**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$461.00**

---

**3.436**

Nonpriority creditor's name and mailing address
**LUDLUM MEASUREMENTS INC**
**501 OAK STREET**
**SWEETWATER, TX 79556**

Date(s) debt was incurred _

Last 4 digits of account number  **0946**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,147.00**

---

**3.437**

Nonpriority creditor's name and mailing address
**LYONS CONSULTING GROUP, LLC**
**20 N. WACKER DRIVE, SUITE 1750**
**Chicago, IL 60606**

Date(s) debt was incurred _

Last 4 digits of account number  **8613**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$34,590.00**

---

**3.438**

Nonpriority creditor's name and mailing address
**M & L INDUSTRIES, LLC**
**5201 AIRLINE DRIVE**
**METAIRIE, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number  **1438**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$4,638.00**

---

**3.439**

Nonpriority creditor's name and mailing address
**M. BRASHEM, INC**
**14023 NE 8TH STREET**
**BELLEVUE, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number  **8720**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$447,689.00**

---

**3.440**

Nonpriority creditor's name and mailing address
**MACPHERSON & COMPANY**
**95 PELRET INDUSTRIAL PKWY**
**BEREA, OH 44017-2940**

Date(s) debt was incurred _

Last 4 digits of account number  **4884**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,684.00**

---

**3.441**

Nonpriority creditor's name and mailing address
**MAGELLAN MIDSTREAM PARTNERSLP**
**5200 RIVER ROAD**
**MARRERO, LA 70072**

Date(s) debt was incurred _

Last 4 digits of account number  **6846**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$185.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $302,573.00 |
|---|---|---|---|

**MAGNA REFRACTAIRES INC**
**901 NORTH 3RD STREET, STE 218**
**MINNEAPOLIS, MN 55401**

Date(s) debt was incurred _

Last 4 digits of account number **3659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $513,973.00 |
|---|---|---|---|

**MAGNESITA REFRACTORIES CO.**
**425 S. SALEM CHURCH ROAD**
**YORK, PA 17408**

Date(s) debt was incurred _

Last 4 digits of account number **0947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |
|---|---|---|---|

**MAGNETECH INDUSTRIAL SERV**
**800 NAVE RD SE**
**MASSILLON, OH 44646**

Date(s) debt was incurred _

Last 4 digits of account number **1443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $719.00 |
|---|---|---|---|

**MAGNETEK**
**21790 NETWORK PLACE**
**CHICAGO,, IL 60673-1217**

Date(s) debt was incurred _

Last 4 digits of account number **1444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,101.00 |
|---|---|---|---|

**MAKADA TRANSPORT, INC**
**6521 COUNTY LINE ROAD**
**SUMMIT, MS 39666**

Date(s) debt was incurred _

Last 4 digits of account number **9425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,702.00 |
|---|---|---|---|

**MANUFACTURING REPAIR AND**
**OVERSTOCK**
**4122 SOUTH CREEK ROAD**
**CHATTANOOGA, TN 37406**

Date(s) debt was incurred _

Last 4 digits of account number **2861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $242.00 |
|---|---|---|---|

**MARATHON PETROLEUM COMPANY LP**
**P.O. BOX AC**
**Garyville, LA 70051**

Date(s) debt was incurred _

Last 4 digits of account number **6879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

**3.449** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,120.00**

MARITIME COMPLIANCE INTL
132 LAVERGNE STREET
NEW ORLEANS, LA 70114

Date(s) debt was incurred _

Last 4 digits of account number __1447__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146.00**

MARK HUTSON
7065B Hutson Lane
Summit, MS 39666

Date(s) debt was incurred _

Last 4 digits of account number __1650__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,183.00**

MATERIAL LOGISTICS MANAGEMENT, INC
3507 GRAND AVENUE
PITTSBURGH, PA 15225

Date(s) debt was incurred _

Last 4 digits of account number __0148__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,126.00**

MATHESON TRI-GAS, INC
909 LAKE CAROLYN PKWY
IRVING, TX 75039

Date(s) debt was incurred _

Last 4 digits of account number __1452__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.00**

MATT MCCOMBER
9014 East 87th Place
Tulsa, OK 74133

Date(s) debt was incurred _

Last 4 digits of account number __1816__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,911.00**

MATTHEW MASOTTO
460 STARFIRE CAUSEWAY
OLDSMAR, FL 34677

Date(s) debt was incurred _

Last 4 digits of account number __1932__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,622.00**

MAWSON & MAWSON INC.
P.O. BOX 248
LANGHORNE, PA 19047

Date(s) debt was incurred _

Last 4 digits of account number __2900__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.456** Nonpriority creditor's name and mailing address

**MAXON CORPORATION**
**PO BOX 2068**
**MUNCIE, IN 47302**

Date(s) debt was incurred _

Last 4 digits of account number **0948**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$785.00**

---

**3.457** Nonpriority creditor's name and mailing address

**MBI ROLLS, LLC**
**14023 NE 8TH STREET**
**BELLEVUE, WA 98007**

Date(s) debt was incurred _

Last 4 digits of account number **0949**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$176,462.00**

---

**3.458** Nonpriority creditor's name and mailing address

**MCC INTERNATIONAL**
**110 CENTRIFUGAL COURT**
**MCDONALD, PA 15057**

Date(s) debt was incurred _

Last 4 digits of account number **5219**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$270,975.00**

---

**3.459** Nonpriority creditor's name and mailing address

**MCC SERVICES  LLC**
**3001 17TH STREET**
**Metairie, LA 70002**

Date(s) debt was incurred _

Last 4 digits of account number **1456**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$201.00**

---

**3.460** Nonpriority creditor's name and mailing address

**MCJUNKIN RED MAN CORP**
**3520 VIRGINIA AVENUE**
**NARROWS, VA 24124**

Date(s) debt was incurred _

Last 4 digits of account number **1458**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,399.00**

---

**3.461** Nonpriority creditor's name and mailing address

**MCMASTER CARR SUPPLY COMPANY**
**6100 FULTON IND. BLVD**
**ATLANTA, GA 30374-0100**

Date(s) debt was incurred _

Last 4 digits of account number **0951**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,208.00**

---

**3.462** Nonpriority creditor's name and mailing address

**MCS ENGINEERING**
**1881 CODDING ROAD**
**ULSTER, PA 18850**

Date(s) debt was incurred _

Last 4 digits of account number **1459**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,875.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,848.00** |
|---|---|---|---|

**MEADOW LARK AGENCY, INC.**
**2913 MILLENNIUM CIRCLE**
**Billings, MT 59102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **9037**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,819.00** |
|---|---|---|---|

**MELCO STEEL INC.**
**109 EAST THIRD STREET**
**KENNER, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1463**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,168.00** |
|---|---|---|---|

**MESSER LLC**
**200 Somerset Corporate Blvd, 7000**
**Bridgewater, NJ 08807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1081**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,176.00** |
|---|---|---|---|

**METALS USA**
**1 FOUNDRY ROAD**
**WAGGAMAN, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1468**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,410.00** |
|---|---|---|---|

**METSO MINERALS INDUSTRIES, INC**
**11451 JONES MALTSBERGER**
**SAN ANTONIO, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **4626**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,775.00** |
|---|---|---|---|

**MHX SOLUTIONS**
**22707 S. WILMINGTON AVE.**
**CARSON, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **1929**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,700.00** |
|---|---|---|---|

**MICHAEL WICHERS**
**1620 HIGHLAND AVENUE**
**Metairie, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0957**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.470** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,110.00**

**MID CONTINENT COAL AND COKE CO.**
**COLUMBIA ROAD, SUITE 2000**
**BIRMINGHAM, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1471**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,188.00**

**MIDSOUTH MACHINE & SERVICE COMPANY**
**534 NATIONAL DRIVE**
**MARYVILLE, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8336**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$903,330.00**

**MINERAIS U.S. LLC.**
**105 RAIDER BLVD.**
**HILLSBOROUGH, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1206**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,851.00**

**ML METALLURGY LLC**
**12395 PENDARVIS LN**
**WALKER, LA 70785**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8643**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,327.00**

**MobleySafway Solutions, LLC**
**13207 Airline Highway**
**Gonzales, LA 70737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8814**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217,698.00**

**MODERN AMERICAN**
**P.O. BOX 1160**
**AMELIA, LA 70340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7532**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,405.00**

**MODERN MACHINE AND GRINDI**
**2001 CLARK ROAD**
**DYER, IN 46311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1477**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.477** | Nonpriority creditor's name and mailing address
MODERN METALS RECYCLING, LLC
5880 One Perkins Place Dr, Ste 6A
Baton Rouge, LA 70808

Date(s) debt was incurred _
Last 4 digits of account number  **1104**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$103,907.00**

---

**3.478** | Nonpriority creditor's name and mailing address
MODERN TRANSPORT NETWORK LLC
15901 CENTRAL COMMERCE R, SUITE 204
Plugerville, TX 78660

Date(s) debt was incurred _
Last 4 digits of account number  **9196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,465.00**

---

**3.479** | Nonpriority creditor's name and mailing address
MODULAR SPACE CORPORATION
1200 SWEDESFORD ROAD
Berwyn, PA 19312

Date(s) debt was incurred _
Last 4 digits of account number  **1478**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$402.00**

---

**3.480** | Nonpriority creditor's name and mailing address
MONTGOMERY TRANSPORT, LLC
2563 COMMERCE CIRCLE
BIRMINGHAM, AL 35217

Date(s) debt was incurred _
Last 4 digits of account number  **7840**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$213,323.00**

---

**3.481** | Nonpriority creditor's name and mailing address
MONTROSE AIR QUALITY SERVICES LLC
14530 Barringer CT
Baton Rouge, LA 70809

Date(s) debt was incurred _
Last 4 digits of account number  **5914**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,776.00**

---

**3.482** | Nonpriority creditor's name and mailing address
MONUMENTAL TRANSPORTATIONS
165 GROVE PARK
LAPLACE, LA 70068

Date(s) debt was incurred _
Last 4 digits of account number  **0301**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,367.00**

---

**3.483** | Nonpriority creditor's name and mailing address
MOORE MEDICAL
P.O. BOX 2740
NEW BRITTAIN, CT 06050

Date(s) debt was incurred _
Last 4 digits of account number  **1479**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,919.00**

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,487.00** |
|---|---|---|---|

**MORE SRL**
**VIA S LUCIA 7**
**GEMONA DEL FRIULI, UD 33013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1480**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,970.00** |
|---|---|---|---|

**MOTION INDUSTRIES INC**
**2956 INDUSTRIAL PARKWAY**
**KNOXVILLE, TN 37921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0955**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,380.00** |
|---|---|---|---|

**MRC GLOBAL**
**1100 1ST AVENUE**
**HARVEY, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **7126**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,293.00** |
|---|---|---|---|

**MSC INDUSTRIAL SUPPLY CO**
**524 ELMWOOD PARK BLVD, STE 160**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0957**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,606.00** |
|---|---|---|---|

**MT SELECT, LLC**
**2518 COMMERCE WAY**
**BIRMINGHAM, AL 35205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0690**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,734.00** |
|---|---|---|---|

**MULTIMEDIA TRAINING SYSTEMS INC**
**370 BROADMOOR AVENUE**
**PITTSBURGH, PA, PA 15228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1488**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$910.00** |
|---|---|---|---|

**MURPHY & MLLER, INC.**
**39661 TREASURY CENTER**
**CHICAGO, IL 60694-9600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1107**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,095.00** |
|---|---|---|---|

**MUTUAL OF OMAHA INSURANCE CO**
**PO Box 2147**
**OMAHA, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8379**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.00** |
|---|---|---|---|

**MUTUAL OF OMAHA INSURANCE**
**COMPANY**
**PO Box 2147**
**OMAHA, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8379**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,750.00** |
|---|---|---|---|

**MY IT, LLC**
**6620 RIVERSIDE DRIVE, SUITE 200**
**Metairie, LA 70033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8429**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,644.00** |
|---|---|---|---|

**NAPA AUTO PARTS  & SUPPLIES**
**516 HEMLOCK STREET**
**LAPLACE, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1491**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,031.00** |
|---|---|---|---|

**NATIONAL ASSOCIATION OF**
**8000 MILLER COURT EAST**
**NORCROSS, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1492**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,889.00** |
|---|---|---|---|

**NATIONAL ELECTRIC MOTOR**
**11048 CLOVERLAND AVENUE**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2576**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,987.00** |
|---|---|---|---|

**NATIONAL FILTER MEDIA**
**8895 DEERFIELD DR**
**OLIVE BRANCH, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7898**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
|---|---|---|---|

**NATIONAL INSTITUTE OF STANDARDS AND TECH**
PO Box 301501
LOS ANGELES, CA 90030-1505

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  2149

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,338.00** |
|---|---|---|---|

**NATIONAL METAL TRADING**
PO BOX 1235
WILLOUGHBY, OH 44096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  7643

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,030.00** |
|---|---|---|---|

**NATIONAL OILWELL VARCO, LP dba**
10353 RICHMOND
HOUSTON, TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  8212

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,009.00** |
|---|---|---|---|

**NETECH CORPORATION**
PO Box 99613
Troy, MI 48099-9613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  2760

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,649.00** |
|---|---|---|---|

**NEW GEN PRODUCTS, LLC**
200 UNION BOWER CT., SUITE 210
Irving, TX 75061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  8504

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,623.00** |
|---|---|---|---|

**NEW HART SERVICES INC**
110 Palm Terrace Blvd
Deer Park, TX 77536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  3853

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|

**NICK NASH**
314 N Indiana St.
Griffith, IN 46319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number  6671

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|

Name

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,797.00** |
|---|---|---|---|

**NIDEC INDUSTRIAL SOLUTIONS**
**7555 E PLEASANT VALLEY RD, STE 100**
**INDEPENDENCE, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __8615__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,478.00** |
|---|---|---|---|

**NORFOLK SOUTHERN RR**
**P.O. BOX 532797**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __1687__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,383.00** |
|---|---|---|---|

**NORFOLK SOUTHERN RR**
**P.O. BOX 532797**
**ATLANTA, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __1687__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,491.00** |
|---|---|---|---|

**NORMAN LUMBER COMPANY**
**9851 Clayton Road**
**ST. LOUIS, MO 63124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __0959__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154,374.00** |
|---|---|---|---|

**NORRIS & SON, INC**
**4015 CALHOUN AVENUE**
**CHATTANOOGA, TN 37407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __9000__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,595.00** |
|---|---|---|---|

**NORTH AMERICAN CONSTRUCTION**
**5000 COMMERCE AVENUE**
**BIRMINGHAM, AL 35210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __2578__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,183.00** |
|---|---|---|---|

**NORTON COMPANY / dba SAINT**
**2015 BENT OAKS BLVD**
**BILOXI, MS 39531**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade Debt__

**Last 4 digits of account number** __1500__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

**3.512**

Nonpriority creditor's name and mailing address
**NU LITE ELECTRICAL WHOLESALERS**
**850 EDWARDS AVENUE**
**HARAHAN, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number  **0961**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$40,273.00**

**3.513**

Nonpriority creditor's name and mailing address
**O'BRIEN STEEL SERVICE**
**P.O. BOX 5699**
**Peoria, IL 61601-5699**

Date(s) debt was incurred _
Last 4 digits of account number  **8317**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$757.00**

**3.514**

Nonpriority creditor's name and mailing address
**OAKLEY BARGE LINE INC**
**3700 LINCOLN AVENUE**
**NORTH LITTLE ROCK, AR 72114**

Date(s) debt was incurred _
Last 4 digits of account number  **7914**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$243,937.00**

**3.515**

Nonpriority creditor's name and mailing address
**OAKLEY BARGE LINE INC**
**3700 LINCOLN AVENUE**
**NORTH LITTLE ROCK, AR 72114**

Date(s) debt was incurred _
Last 4 digits of account number  **7914**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$16,250.00**

**3.516**

Nonpriority creditor's name and mailing address
**Oakley Barge Line Inc**
**3700 LINCOLN AVENUE**
**NORTH LITTLE ROCK, AR 72114**

Date(s) debt was incurred _
Last 4 digits of account number  **7914**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,000.00**

**3.517**

Nonpriority creditor's name and mailing address
**OCHSNER HEALTH SYSTEM**
**735 WEST 5TH STREET**
**LAPLACE, LA 70068**

Date(s) debt was incurred _
Last 4 digits of account number  **8295**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,576.00**

**3.518**

Nonpriority creditor's name and mailing address
**OCMET, INC.**
**1700 NORTH HIGHLAND ROAD**
**PITTSBURGH, PA 15241**

Date(s) debt was incurred _
Last 4 digits of account number  **1502**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$25,213.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$734.00** |
|---|---|---|---|

**OIL SKIMMERS  INC**
**12800 YORK ROAD, SUITE G**
**CLEVELAND, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2582**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,187.00** |
|---|---|---|---|

**OLIVER H VAN HORN CO INC**
**P.O. BOX 733455**
**NEW ORLEANS, LA 70150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1505**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,612.00** |
|---|---|---|---|

**OMEGA ENGINEERING  INC**
**ONE OMEGA DRIVE BOX 4047**
**STAMFORD, CT 06907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1506**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$120,623.00** |
|---|---|---|---|

**OMNI SOURCE CORPORATION**
**4408 SOLUTIONS CENTER**
**Chicago, IL 70677-4004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8021**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$351,999.00** |
|---|---|---|---|

**OPTA MINERALS (ELYRIA)**
**955 TAYLOR STREET**
**ELYRIA, OH 44035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4436**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,680.00** |
|---|---|---|---|

**ORACLE CORP**
**500 ORACLE PARKWAY MS 659804**
**REDWOOD SHORES, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2584**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,821.00** |
|---|---|---|---|

**ORIENT MACHINING AND WELDING CORP**
**14501 SOUTH WOOD STREET**
**HARVEY, IL 60426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5095**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,745.00** |
|---|---|---|---|

**OVERHEAD DOOR CO**
**5451 MOUNES STREET**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1508**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,416.00** |
|---|---|---|---|

**OVERHEAD MATERIAL HANDLING**
**25 W NORTH AVE UNIT D**
**VILLA PARK, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1511**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,260.00** |
|---|---|---|---|

**OXYLANCE CORPORATION**
**2501 27TH STREET NORTH**
**BIRMINGHAM, AL 35234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1513**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,773.00** |
|---|---|---|---|

**P&S TRANSPORTATION INC**
**1810 AVENUE C**
**ENSLEY, AL 35218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6232**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,969.00** |
|---|---|---|---|

**PAC STAINLESS LTD**
**7115 REVENUE DRIVE**
**BATON ROUGE, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0965**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657,398.00** |
|---|---|---|---|

**PACIFIC FOUNDRY COMPANY**
**136 DURHAM AVENUE**
**NEW JERSEY, NJ 08840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1515**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,935.00** |
|---|---|---|---|

**PALA-INTERSTATE LLC**
**16347 OLD HAMMOND HIGHWAY**
**BATON ROUGE, LA 70895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7840**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,693.00** |
|---|---|---|---|

**PALADIN FREIGHT SOLUTIONS**
**4087 VISCOUNT AVE**
**MEMPHIS, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9168**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,588.00** |
|---|---|---|---|

**PANNIER CORPORATION**
**207 SANDUSKY STREET**
**PITTSBURGH, PA , USA, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6765**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,068.00** |
|---|---|---|---|

**PARTEK LABORATORIES, INC**
**225 SOUTH HOLLYWOOD ROAD**
**HOUMA, LA 70360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7850**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,018.00** |
|---|---|---|---|

**PAUL TRANSPORTATION, INC.**
**15202 E. Admiral Place**
**Tulsa, OK 74113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7593**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,989.00** |
|---|---|---|---|

**PC CAMPANA INC**
**1374 EAST 28TH DRIVE**
**LORAIN, OH 44055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2593**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,295.00** |
|---|---|---|---|

**PC CONNECTION SALES CORPORATION**
**730 MILFORD ROAD**
**Merrimack, NH 03054-4631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9473**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,471.00** |
|---|---|---|---|

**PEAK RYZEX INC**
**10330 OLD COLUMBIA ROAD**
**COLUMBIA, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5755**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.540**

**Nonpriority creditor's name and mailing address**
**Pension Benefit Guarantee Corporation**
**1200 Kstreet N.W.**
**Attention: Simon J. Torres, Esq.**
**Washington, DC 20005-4026**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pension Funding Obligation**

Is the claim subject to offset? ☐ No ☐ Yes

**$8,459,700.00**

---

**3.541**

**Nonpriority creditor's name and mailing address**
**PEOPLES GAS**
**P.O. BOX 2968**
**Milwaukee, WI 53201-2968**

Date(s) debt was incurred _

Last 4 digits of account number **1518**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$27.00**

---

**3.542**

**Nonpriority creditor's name and mailing address**
**PGT TRUCKING, INC**
**1 PGT WAY**
**MONACA, PA 15061**

Date(s) debt was incurred _

Last 4 digits of account number **2895**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$23,762.00**

---

**3.543**

**Nonpriority creditor's name and mailing address**
**PHILIP TROXCLAIR / PETTY CASH**
**4390 PETERS ROAD**
**HARVEY, LA 70058**

Date(s) debt was incurred _

Last 4 digits of account number **1981**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$455.00**

---

**3.544**

**Nonpriority creditor's name and mailing address**
**PI&I MOTOR EXPRESS**
**908 BROADWAY**
**MASURY, OH 44438**

Date(s) debt was incurred _

Last 4 digits of account number **6231**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,171.00**

---

**3.545**

**Nonpriority creditor's name and mailing address**
**PICO CHEMICAL CORP**
**400 EAST 16TH STREET**
**CHICAGO HEIGHTS, IL 60411**

Date(s) debt was incurred _

Last 4 digits of account number **1522**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$91,960.00**

---

**3.546**

**Nonpriority creditor's name and mailing address**
**PINNACLE POLYMERS**
**PO DRAWER E**
**GARYVILLE, LA 70051**

Date(s) debt was incurred _

Last 4 digits of account number **8073**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$515.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,981.00** |
|---|---|---|---|
| | **PIP'S IRON WORKS, INC**<br>**900 EBENEZER ROAD**<br>**KNOXVILLE, TN 37923** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **9638** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$304.00** |
|---|---|---|---|
| | **PITNEY BOWES**<br>**PO Box 856460**<br>**Louisville, KY 40285-6460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **1119** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$892.00** |
|---|---|---|---|
| | **PITNEY BOWES GLOBAL FINANCIAL**<br>**P.O. BOX 371887**<br>**PITTSBURGH, PA 15250-7887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **4256** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,644.00** |
|---|---|---|---|
| | **PLS LOGISTICS SERVICES**<br>**3120 UNIONVILLE ROAD**<br>**CRANBERRY TWP, PA 16066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **0925** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **PLUNKETT ENERGY AND INDUSTRIAL**<br>**9723 HWY 62-82**<br>**WOLFFORTH, TX 79382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **9935** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,880.00** |
|---|---|---|---|
| | **PME BABBITT BEARINGS**<br>**518 W CRESCENTVILLE RD**<br>**CINCINNATI, OH 45246** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **1526** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|
| | **POINT EIGHT POWER**<br>**1510 ENGINEERS RD**<br>**BELLE CHASSE, LA 70037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number **8082** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,502.00**

PONTCHARTRAIN MATERIAL CO.
P O BOX 8005
NEW ORLEANS, LA 70182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8086**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,647.00**

POSITIVE RESULTS  INC
5637 GALERIA DRIVE  103
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2601**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,745.00**

POSITIVE RESULTS  INC
5637 GALERIA DRIVE  103
BATON ROUGE, LA 70810

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2601**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,081.00**

PRECISION METALS INC
100 SKYLANE ROAD
ST SIMONS ISLAND, GA 31522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1529**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.558** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,732.00**

PREMIER LOGISTICS
4937 S 45TH W AVE
TULSA, OK 74107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **3048**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.00**

PRIMERO SERVICES, INC
1759 L and A Road
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6838**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,315.00**

PRIMETALS TECHNOLOGIES MEXICO
CARRETERA A MIGUEL ALEMAN KM26
APODACA, NL 66637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **6476**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,467.00** |
|---|---|---|---|
| | **PRIMETALS TECHNOLOGIES USA LLC**<br>**50 PRESCOTT STREET**<br>**WORCESTER, MA 01605-2665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0954** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,289.00** |
|---|---|---|---|
| | **PRINCETON TMX**<br>**110 WEST BERRY, SUITE 1500**<br>**Fort Wayne, IN 46802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8301** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,498.00** |
|---|---|---|---|
| | **PROCESS BARRON**<br>**2770 WELBORN ST.**<br>**PELHAM, AL 35124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1533** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,460.00** |
|---|---|---|---|
| | **PROCESS TECHNOLOGY INTL**<br>**4950 S. ROYAL ATLANTA DR SUITE A**<br>**TUCKER, GA 30084-6608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0969** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$779,667.00** |
|---|---|---|---|
| | **PROLER SOUTHWEST INC.**<br>**P.O. BOX 53028**<br>**HOUSTON, TX 77052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8106** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,590.00** |
|---|---|---|---|
| | **PROTERA TECHNOLOGIES, INC.**<br>**1 WESTBROOK CORPORATE CE, SUITE 560**<br>**WESTCHESTER, IL 60154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **7792** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752,954.00** |
|---|---|---|---|
| | **PROTRADE STEEL COMPANY, LTD**<br>**5700 DARROW RD, SUITE 114**<br>**HUDSON, OH 44236** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8388** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,700.00** |
|---|---|---|---|

**PROTRADE STEEL COMPANY, LTD**
**5700 DARROW RD, SUITE 114**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8388**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$709.00** |
|---|---|---|---|

**PUBLIC SERVICE COMPANY OF OK**
**PO BOX 371496**
**Pittsburg, PA 15250-7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1534**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$463,522.00** |
|---|---|---|---|

**PULL A PART**
**4473 TILLY MILL ROAD**
**ATLANTA, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5606**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,984.00** |
|---|---|---|---|

**PULSE TECHNOLOGY**
**312 ROBERTS ROAD**
**CHESTERTON, IN 46304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0939**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,078.00** |
|---|---|---|---|

**Q STAR CORPORATION**
**102 BERRYCHECK HILL**
**PEACHTREE CITY, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1536**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,338.00** |
|---|---|---|---|

**QUALITY BOLT AND SCREW**
**9454 S. CHOCTAW DRIVE**
**BATON ROUGE, LA 70815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0971**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,450.00** |
|---|---|---|---|

**Quality Cast Industrial Products**
**P.O. BOX 1115**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1538**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,596.00 |
|---|---|---|---|

**QUALITY INDUSTRIAL CONST, LLC**
**30336 HIGHWAY 3125**
**Paulina, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1044**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179,870.00 |
|---|---|---|---|

**QUALITY MACHINE MANUFACTURING**
**32838 LA 642 N.**
**PAULINA, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0972**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163,224.00 |
|---|---|---|---|

**QUALITY MACHINE WORKS**
**3451 HWY. 3125**
**PAULINA, LA 70763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0973**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,283.00 |
|---|---|---|---|

**QUANTUM-PM LLC**
**642 TIMBERLAKE DRIVE**
**CHAPIN, SC 29036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7807**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,982.00 |
|---|---|---|---|

**RAD COM SYSTEMS CORP**
**2931 PORTLAND DRIVE**
**OAKVILLE, ON L6H 5S4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6934**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,820.00 |
|---|---|---|---|

**RADIAMETRICS TECHNOLOGIES**
**1313 G STREET**
**LORAIN, OH 44052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0975**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,495.00 |
|---|---|---|---|

**RAIL SCALE INC**
**111 NATURE WALK PARKWAY SUITE 105**
**ST AUGUSTINE, FL 32092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0973**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BD LaPlace, LLC | | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|---|
| | Name | | | |

---

**3.582**

**Nonpriority creditor's name and mailing address**

**RAND MCNALLY**
**75 Remittance Drive**
**Chicago, IL 60675-3043**

Date(s) debt was incurred _

Last 4 digits of account number  **1873**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$300.00**

---

**3.583**

**Nonpriority creditor's name and mailing address**

**RED D ARC**
**18180 SWAMP ROAD**
**PRAIRIEVILLE, LA 70769**

Date(s) debt was incurred _

Last 4 digits of account number  **2617**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,192.00**

---

**3.584**

**Nonpriority creditor's name and mailing address**

**RED WING STORE - BATON ROUGE**
**8729 SIEGEN LANE**
**BATON ROUGE, LA 70810-1945**

Date(s) debt was incurred _

Last 4 digits of account number  **8296**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,808.00**

---

**3.585**

**Nonpriority creditor's name and mailing address**

**REFRACTORIES INC**
**P.O. BOX 87267**
**HOUSTON, TX 77287**

Date(s) debt was incurred _

Last 4 digits of account number  **1545**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$342.00**

---

**3.586**

**Nonpriority creditor's name and mailing address**

**Refractory Sales & Service Co, Inc.**
**1750 Highway 150**
**Bessemer, AL 35022**

Date(s) debt was incurred _

Last 4 digits of account number  **0976**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$155,873.00**

---

**3.587**

**Nonpriority creditor's name and mailing address**

**RELADYNE RELIABILITY SERVICES, INC.**
**3713 PROGRESS ST NE**
**Canton, OH 44705**

Date(s) debt was incurred _

Last 4 digits of account number  **8752**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,660.00**

---

**3.588**

**Nonpriority creditor's name and mailing address**

**RELIABLE FIRE EQUIPMENT COMPANY**
**12845 SOUTH CICERO AVENUE**
**ALSIP, IL 60658**

Date(s) debt was incurred _

Last 4 digits of account number  **1549**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$307.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.589** | **Nonpriority creditor's name and mailing address**
RELIANT RECYCLING INC
P. O. Box 909 (305 Dickson Road - 7
HOUMA, LA 70361

Date(s) debt was incurred  _

Last 4 digits of account number  **8351**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$63,840.00**

---

**3.590** | **Nonpriority creditor's name and mailing address**
RELYANT
5660 NEW NORTHSIDE DRIVE
ATLANTA, GA 30328

Date(s) debt was incurred  _

Last 4 digits of account number  **3147**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$589.00**

---

**3.591** | **Nonpriority creditor's name and mailing address**
REMTRON
Dept. LA 22825
Pasadena, CA 91185

Date(s) debt was incurred  _

Last 4 digits of account number  **1876**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$102.00**

---

**3.592** | **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES #264
73 W NOBLESTOWN ROAD
Carnegie, PA 15106

Date(s) debt was incurred  _

Last 4 digits of account number  **1225**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,511.00**

---

**3.593** | **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES #721
13701 SOUTH KOSTNER
Crestwood, IL 60445

Date(s) debt was incurred  _

Last 4 digits of account number  **0306**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,613.00**

---

**3.594** | **Nonpriority creditor's name and mailing address**
RESCO PRODUCTS INC
6600 STEUBENVILLE PIKE
PITTSBURGH, PA 15205

Date(s) debt was incurred  _

Last 4 digits of account number  **1554**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$148,874.00**

---

**3.595** | **Nonpriority creditor's name and mailing address**
RESERVE TELECOMMUNICATIONS
105 RTC DRIVE
RESERVE, LA 70084

Date(s) debt was incurred  _

Last 4 digits of account number  **8772**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$213.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,969.00** |
|---|---|---|---|

**REUNING MCKIM, INC**
P.O. BOX 188
SAXONBURG, PA 16056-0188

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0978**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,603.00** |
|---|---|---|---|

**RFX, INC**
57 Litlefield St
Avon, MA 02322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8078**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225,449.00** |
|---|---|---|---|

**RHI US LTD**
9245 CALUMET AVE., SUITE 100
MUNSTER, IN 46321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **3090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,171.00** |
|---|---|---|---|

**RHI US LTD**
9245 CALUMET AVE., SUITE 100
MUNSTER, IN 46321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **3090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,200.00** |
|---|---|---|---|

**RICHARD GOUGE DBA**
2495 OLD HARRIMAN HWY
OLIVER SPRING, TN 37840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2556**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,700.00** |
|---|---|---|---|

**RIGHT AWAY MAINTENANCE CO LLC**
2545 WEST PARK AVENUE
GRAY, LA 70359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1312**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**RIGHT AWAY MAINTENANCE CO LLC**
2545 WEST PARK AVENUE
GRAY, LA 70359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1312**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,680.00 |
|---|---|---|---|

**RIPS SAFETY TRAINING & CONSULT LLC**
**19417 RIP ROAD**
**VACHERIE, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8321**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,950.00 |
|---|---|---|---|

**RIVER BIRCH  INC**
**2000 SOUTH KENNER ROAD**
**AVONDALE, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1555**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,685.00 |
|---|---|---|---|

**RIVER BIRCH  INC**
**2000 SOUTH KENNER ROAD**
**AVONDALE, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1555**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343,316.00 |
|---|---|---|---|

**RIVER BIRCH LANDFILL**
**2000 SOUTH KENNER ROAD**
**AVONDALE, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8564**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310,999.00 |
|---|---|---|---|

**RIVER PARISH CONTRACTORS INC**
**4007 West Airline Hwy**
**RESERVE, LA 70084-0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2770**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,078.00 |
|---|---|---|---|

**RIVER PARISH CONTRACTORS INC**
**4007 West Airline Hwy**
**RESERVE, LA 70084-0545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2770**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.00 |
|---|---|---|---|

**RIVER PARISHES OIL CO**
**15731 AIRLINE HWY**
**NORCO, LA 70079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0980**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.610**

**Nonpriority creditor's name and mailing address**

**RIVERBEND TRANSPORT**
**23460 NETWORK PLACE**
**CHICAGO, IL 60673-1234**

Date(s) debt was incurred _

Last 4 digits of account number **0260**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$236,821.00**

---

**3.611**

**Nonpriority creditor's name and mailing address**

**RIVERLANDS TERMINIX**
**P.O. BOX 369**
**LAPLACE, LA 70069-0369**

Date(s) debt was incurred _

Last 4 digits of account number **1564**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,856.00**

---

**3.612**

**Nonpriority creditor's name and mailing address**

**ROANE CO PUBLIC UTILITY**
**123 POST OAK VALLEY RD**
**KINGSTON, TN 37763**

Date(s) debt was incurred _

Last 4 digits of account number **4174**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,364.00**

---

**3.613**

**Nonpriority creditor's name and mailing address**

**Roane County Trustee**
**PO Box 296**
**Kingston, LA 37763**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Real Estate Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

**$22,931.00**

---

**3.614**

**Nonpriority creditor's name and mailing address**

**Robert A Beal  328 CSG**
**1156 Cambridge Drive**
**Grayslake, IL 60030**

Date(s) debt was incurred _

Last 4 digits of account number **0942**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,259.00**

---

**3.615**

**Nonpriority creditor's name and mailing address**

**Robert M Robinson**
**952 PAUL ACUFF LANE**
**Loudon, TN 37774**

Date(s) debt was incurred _

Last 4 digits of account number **0569**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,477.00**

---

**3.616**

**Nonpriority creditor's name and mailing address**

**ROBERT REFRIGERATION SERVICE**
**1028 W HARIMAW CRT**
**METAIRIE, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number **7856**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$894.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361,536.00** |
|---|---|---|---|
| | **ROCHESTER IRON AND METAL, INC.**<br>**1552 E. LUCAS STREET**<br>**ROCHESTER, IN 46975** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  1351** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,203.00** |
|---|---|---|---|
| | **ROCKWOOD**<br>**110 NORTH CHAMBERLAIN AVE.**<br>**ROCKWOOD, TN 37854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  1568** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,312.00** |
|---|---|---|---|
| | **ROEHL FLATBED & SPECIALIZED**<br>**1916 29TH STREET**<br>**MARSHFIELD, WI 54449** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  7798** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,855.00** |
|---|---|---|---|
| | **Rogers County Treasurer**<br>**200 S Lynn Riggs Blvd.**<br>**Claremore, OK 74017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:  Real Estate Taxes**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,692.00** |
|---|---|---|---|
| | **ROGERS PETROLEUM**<br>**1634 W. FIRST NORTH ST.**<br>**MORRISTOWN, TN 37814** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  0981** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,732.00** |
|---|---|---|---|
| | **ROLL TOOLING SPECIALISTS**<br>**60 MT. CARMEL ROAD**<br>**CAMDEN, TN 38320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  8324** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,500.00** |
|---|---|---|---|
| | **ROLL TOOLING SPECIALISTS**<br>**60 MT. CARMEL ROAD**<br>**CAMDEN, TN 38320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number  8324** | **Basis for the claim:  Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,187.00 |
|---|---|---|---|

**ROSETTA STONE LTD**
**135 WEST MARKET STREET**
**HARRISONBURG, VA 22801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1637**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,005.00 |
|---|---|---|---|

**ROTO ROOTER PLUMBING CO**
**1430 W FULLERTON AVE.**
**ADDISON, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2633**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,111.00 |
|---|---|---|---|

**RUAN TRANSPORTATION MGMT. SYSTEM**
**666 GRAND AVENUE**
**Des Moines, IA 50309-0977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1256**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,170.00 |
|---|---|---|---|

**RUBICON REFRACTORIES,  INC**
**5028 COLUMBIA AVENUE**
**HAMMOND, IN 46327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1572**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211,610.00 |
|---|---|---|---|

**RUSSIAN FERRO ALLOYS, INC.**
**4215 EDISON LAKES PKWY, SUITE 140**
**MISHAWAKA, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **0982**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,524.00 |
|---|---|---|---|

**S & B INDUSTRIAL CONTRACTING INC**
**109 SACK LANE**
**BOYERS, PA 16020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7652**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,424.00 |
|---|---|---|---|

**S D  MYERS LLC**
**180 SOUTH AVENUE**
**TALMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1573**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,723.00** |
|---|---|---|---|
| | **S P SAMSON GMBH** | ☐ Contingent | |
| | **999  East Touhy Avenue Suite 465** | ☐ Unliquidated | |
| | **Des Plaines, IL 60018** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **2776** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,561.00** |
|---|---|---|---|
| | **S P SAMSON GMBH** | ☐ Contingent | |
| | **999  East Touhy Avenue Suite 465** | ☐ Unliquidated | |
| | **Des Plaines, IL 60018** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **2776** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,180.00** |
|---|---|---|---|
| | **S.E.S., LLC** | ☐ Contingent | |
| | **BEESON ST, ALLIANCE, OHIO 1507** | ☐ Unliquidated | |
| | **ALLIANCE, OH 44601** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **7391** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,759.00** |
|---|---|---|---|
| | **SAFE T SYSTEMS INC** | ☐ Contingent | |
| | **2051 CASTAIC LANE** | ☐ Unliquidated | |
| | **KNOXVILLE, TN 37932** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **7645** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,347.00** |
|---|---|---|---|
| | **SAFETY KLEEN CORP** | ☐ Contingent | |
| | **6617 PLEASANT RIDGE ROAD** | ☐ Unliquidated | |
| | **KNOXVILLE, TN 37921** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **1574** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,302.00** |
|---|---|---|---|
| | **Safety Shoe Distributors, LLP** | ☐ Contingent | |
| | **9330 Lawndale Avenue** | ☐ Unliquidated | |
| | **Houston, TX 77012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **0984** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,999.00** |
|---|---|---|---|
| | **SCF MARINE INC.** | ☐ Contingent | |
| | **801 N  SECOND STREET** | ☐ Unliquidated | |
| | **ST. LOUIS, MO 63102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  **9226** | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.638** | Nonpriority creditor's name and mailing address
**SCHILLI TRANSPORTATION SERVICES INC**
**3535 BRADY LANE**
**LAFAYETTE, IN 47909**

Date(s) debt was incurred _

Last 4 digits of account number **6238**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$5,712.00**

---

**3.639** | Nonpriority creditor's name and mailing address
**SCHWEITZER ROLLING TECHNOLOGY, INC.**
**7 FERNCROFT DRIVE**
**TORONTO, ON M1N 2X3**

Date(s) debt was incurred _

Last 4 digits of account number **1577**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,972.00**

---

**3.640** | Nonpriority creditor's name and mailing address
**SCIONEAUX LLC**
**643 CENTRAL AVENUE**
**RESERVE, LA 70084**

Date(s) debt was incurred _

Last 4 digits of account number **1579**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$575.00**

---

**3.641** | Nonpriority creditor's name and mailing address
**SCLTC RIVER PARISHES CAMPUS**
**181 REGALA PARK ROAD**
**RESERVE, LA 70084**

Date(s) debt was incurred _

Last 4 digits of account number **1086**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$2,194.00**

---

**3.642** | Nonpriority creditor's name and mailing address
**Scott Armature Sales &**
**2825 Engineer South Road**
**Belle Chase, LA 70037**

Date(s) debt was incurred _

Last 4 digits of account number **0985**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$11,630.00**

---

**3.643** | Nonpriority creditor's name and mailing address
**SCOTT ARMATURE, LLC**
**2821 ENGINEERS ROAD**
**BELLE CHASSE, LA 70037**

Date(s) debt was incurred _

Last 4 digits of account number **9232**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$76,863.00**

---

**3.644** | Nonpriority creditor's name and mailing address
**SCOTT GLENN COMPANY, LLC**
**P.O. BOX 660088**
**BIRMINGHAM, AL 35266**

Date(s) debt was incurred _

Last 4 digits of account number **1580**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,736.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.645**

**Nonpriority creditor's name and mailing address**
**SCRAP CONNECTION**
**1954 HIGHWAY 182**
**HOUMA, LA 70364**

Date(s) debt was incurred _

Last 4 digits of account number **7751**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$403,151.00**

---

**3.646**

**Nonpriority creditor's name and mailing address**
**SHELL ENERGY NORTH AMERICA**
**P.O. BOX 7247-6355**
**PHILADELPHIA, PA 19170-6355**

Date(s) debt was incurred _

Last 4 digits of account number **2230**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$153,868.00**

---

**3.647**

**Nonpriority creditor's name and mailing address**
**Shell Energy North America, L.P.**
**1000 Main Street**
**Level 12**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$156,945.00**

---

**3.648**

**Nonpriority creditor's name and mailing address**
**SHI INTERNATIONAL CORP.**
**290 DAVIDSON AVE.**
**SOMERSET, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number **0947**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,432.00**

---

**3.649**

**Nonpriority creditor's name and mailing address**
**SHI INTERNATIONAL CORP.**
**290 DAVIDSON AVE.**
**SOMERSET, NJ 08873**

Date(s) debt was incurred _

Last 4 digits of account number **0947**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,644.00**

---

**3.650**

**Nonpriority creditor's name and mailing address**
**SHURCO LLC**
**2309 SHURLOK ST**
**YANKTON, SD 57078**

Date(s) debt was incurred _

Last 4 digits of account number **8938**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$349.00**

---

**3.651**

**Nonpriority creditor's name and mailing address**
**SIEMENS INDUSTRY, INC**
**501 TECHNOLOGY DRIVE**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1526**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,660.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.652** | Nonpriority creditor's name and mailing address
**SIGNAL METAL INDUSTRIES**
**P.O. BOX 171178**
**IRVING, TX 75017-1178**

Date(s) debt was incurred _
Last 4 digits of account number  **1589**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$193,894.00**

---

**3.653** | Nonpriority creditor's name and mailing address
**Signal Metal Industries**
**P.O. BOX 171178**
**IRVING, TX 75017-1178**

Date(s) debt was incurred _
Last 4 digits of account number  **1589**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,365.00**

---

**3.654** | Nonpriority creditor's name and mailing address
**SIGNODE CORPORATION**
**3650 W LAKE AVE**
**GLENVIEW, IL 60026**

Date(s) debt was incurred _
Last 4 digits of account number  **0990**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$43,078.00**

---

**3.655** | Nonpriority creditor's name and mailing address
**SMARTWAY TRANSPORTATION, INC**
**10901 GRANADA LANE**
**OVERLAND PARK, KS 66211**

Date(s) debt was incurred _
Last 4 digits of account number  **9756**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$125,423.00**

---

**3.656** | Nonpriority creditor's name and mailing address
**SME SALES &  SERVICE, INC.**
**328 ALEY HILL ROAD**
**BEAVER FALLS, PA 15010**

Date(s) debt was incurred _
Last 4 digits of account number  **1593**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$56,904.00**

---

**3.657** | Nonpriority creditor's name and mailing address
**SMITH SERVICES  INC**
**4 TURNPIKE INDUSTRIAL PK**
**PRINCETON, WY 24740**

Date(s) debt was incurred _
Last 4 digits of account number  **1594**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.658** | Nonpriority creditor's name and mailing address
**SMS Concast Canada Inc. (Accumold)**
**PO Box 248**
**Huron Park, ON N0M 1Y0**

Date(s) debt was incurred _
Last 4 digits of account number  **1196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,619.00**

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,589.00** |
|---|---|---|---|

**SOPUS PRODUCTS**
**630 W PRIEN LAKE ROAD, SUITE B 272**
**LAKE CHARLES, LA 70601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1597**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,309.00** |
|---|---|---|---|

**SOUTHEAST BUSINESS SYSTEM**
**202 MARKET STREET**
**Hammond, LA 70401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,778.00** |
|---|---|---|---|

**SOUTHERN ALLOY CORP**
**U.S. HIGHWAY 280**
**SYLACAUGA, AL 35150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,108.00** |
|---|---|---|---|

**SOUTHERN CHEM INDUSTRIES**
**P.O. BOX 222**
**LAPLACE, LA 70069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1602**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,230.00** |
|---|---|---|---|

**SOUTHERN HAULERS CO., L.L.C.**
**P.O. BOX 9182**
**YOUNGSTOWN, OH 44513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **0158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215,488.00** |
|---|---|---|---|

**SOUTHERN POWER SYSTEMS**
**8437 JOOR ROAD**
**BATON ROUGE, LA 70818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1604**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,584.00** |
|---|---|---|---|

**SOUTHERN POWER SYSTEMS**
**8437 JOOR ROAD**
**BATON ROUGE, LA 70818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **1604**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|--------|---------------------|------------------------|---------------------|
| | Name | | |

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,464.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**SOUTHERN RECYCLING, LLC**
**902 JULIA ST.**
**NEW ORLEANS, LA 70113**

Date(s) debt was incurred  _
Last 4 digits of account number  **9436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,720.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**SOUTHERN STUD WELD INC**
**3645 CONFLANS ROAD**
**IRVING, TX 75061**

Date(s) debt was incurred  _
Last 4 digits of account number  **5794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,727.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**SOUTHERN TANK & MFG. INC.**
**1501 HAYNES AVENUE**
**OWENSBORO, KY 42302**

Date(s) debt was incurred  _
Last 4 digits of account number  **1143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,286.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**SOUTHLAND FIRE & SAFETY**
**15712 RIVER ROAD**
**NORCO, LA 70079**

Date(s) debt was incurred  _
Last 4 digits of account number  **0992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440,190.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Southwestern Graphite Co**
**2564  Hwy 12**
**Dequincy, LA 70633**

Date(s) debt was incurred  _
Last 4 digits of account number  **0993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,831.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**Southwestern Graphite Co**
**2564  Hwy 12**
**Dequincy, LA 70633**

Date(s) debt was incurred  _
Last 4 digits of account number  **0993**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,578.00** |
|-------|------------------------------------------------|------------------------------------------------------------------|-------------|

**SPECTRUM SYSTEMS  INC**
**3410 WEST NINE MILE RD.**
**PENSACOLA, FL 32526-7808**

Date(s) debt was incurred  _
Last 4 digits of account number  **1605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|

Name

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,679.00** |
|---|---|---|---|

**SPRAYING SYSTEMS CO**
**11944 JUSTICE AVE, SUITE E**
**BATON ROUGE, LA 70816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1606**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,886.00** |
|---|---|---|---|

**SPS COMMERCE, INC.**
**333 SOUTH 7TH STREET**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1278**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,924.00** |
|---|---|---|---|

**SPS COMMERCE, INC.**
**333 SOUTH 7TH STREET**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1278**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,800.00** |
|---|---|---|---|

**ST. JOHN MOSQUITO CONTROL**
**1000 LABARRE RD.**
**METAIRIE, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1714**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**ST. JOHN PARISH BUSINESS ASSOCATION**
**P.O. BOX 873**
**LAPLACE, LA 70068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8464**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861,585.00** |
|---|---|---|---|

**St. John Parish Tax Collector**
**PO Box 1600**
**LaPlace, LA 70069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Real Estate Taxes**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,791.00** |
|---|---|---|---|

**STANDARD CRANE  HOIST LLC**
**14694 AIRLINE HIGHWAY**
**DESTREHAN, LA 70047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2244**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117.00 |
|---|---|---|---|

**Standard Laboratories, Inc**
**1138 McGhee Lane, Suite 2**
**Jacksboro, TN 37757**

Date(s) debt was incurred _

Last 4 digits of account number  **2247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,261.00 |
|---|---|---|---|

**STATE MACHINERY**
**160 WEST AIRLINE HWY**
**KENNER, LA 70063**

Date(s) debt was incurred _

Last 4 digits of account number  **2658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.00 |
|---|---|---|---|

**STATE OF WASHINGTON**
**P.O. BOX 47464**
**Olympia, WA 98504-7464**

Date(s) debt was incurred _

Last 4 digits of account number  **9911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.00 |
|---|---|---|---|

**STATE POLICE**
**PO Box 66168**
**BATON ROUGE, LA 70896-6168**

Date(s) debt was incurred _

Last 4 digits of account number  **2254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,110.00 |
|---|---|---|---|

**STAUFFER GLOVE SAFETY**
**P.O. BOX 45**
**RED HILL, PA 18076**

Date(s) debt was incurred _

Last 4 digits of account number  **0995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235,193.00 |
|---|---|---|---|

**STEEL DUST RECYCLING, LLC**
**13209 HWY 96**
**MILLPORT, AL 35576**

Date(s) debt was incurred _

Last 4 digits of account number  **8851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,970.00 |
|---|---|---|---|

**STEEL DYNAMICS ROANOKE BAR DIVISION**
**102 WESTSIDE BLVD. NW**
**ROANOKE, VA 24017**

Date(s) debt was incurred _

Last 4 digits of account number  **0648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | BD LaPlace, LLC | | Case number (if known) | 19-12155 (KBO) |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,369.00 |
| --- | --- | --- | --- |

**STEEL MANUFACTURERS ASSOCIATION**
**1150 CONNECTICUT AVENUE, SUITE 1125**
**WASHINGTON, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  7014**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
| --- | --- | --- | --- |

**STEINERT US LLC**
**1830 AIRPORT EXCHANGE BLVD.**
**ERLANGER, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2257**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,733.00 |
| --- | --- | --- | --- |

**STEPHENS HARRIS ASSOCIATES, INC.**
**P.O. BOX 23309**
**NEW ORLEANS, LA 70183-3309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2661**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $712.00 |
| --- | --- | --- | --- |

**STERICYCLE  INC**
**28161 N KEITH DR**
**LAKE FOREST, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1612**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,342.00 |
| --- | --- | --- | --- |

**STERICYCLE, INC**
**P.O. BOX 6575**
**CAROL STREAM, IL 60197-6575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1145**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,902.00 |
| --- | --- | --- | --- |

**STOWERS MACHINERY CORP.**
**PO BOX 14802 6301 RUTLEDGE PIKE**
**KNOXVILLE, TN 37901-2503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  1614**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,073.00 |
| --- | --- | --- | --- |

**STOWERS RENTAL SUPPLY**
**215 INTERCHANGE DIVE**
**CROSSVILLE, TN 38571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Last 4 digits of account number  2663**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$758,253.00** |
|---|---|---|---|

**STRICKLAND TRADING INC.**
**101 CARNOUSTIE**
**SHOAL CREEK, AL 35242**

Date(s) debt was incurred _

Last 4 digits of account number **9632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,019.00** |
|---|---|---|---|

**STUDDARD SCRAP METAL RECYCLING**
**P.O.BOX 100**
**PATTERSON, LA 70392**

Date(s) debt was incurred _

Last 4 digits of account number **4005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,273.00** |
|---|---|---|---|

**STUPP CORPORATION**
**PO Box 500742**
**St. Louis, MO 63150-0742**

Date(s) debt was incurred _

Last 4 digits of account number **9637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,476.00** |
|---|---|---|---|

**SUDDEN SERVICE  INC**
**2851 MISSOURI**
**WEST MEMPHIS, AR 72301**

Date(s) debt was incurred _

Last 4 digits of account number **0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,907.00** |
|---|---|---|---|

**SUDDEN SERVICE  INC**
**2851 MISSOURI**
**WEST MEMPHIS, AR 72301**

Date(s) debt was incurred _

Last 4 digits of account number **0997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,836.00** |
|---|---|---|---|

**SUDDEN SERVICE, INC**
**P.O. BOX 903**
**LOUISVILLE, MS 39339-0903**

Date(s) debt was incurred _

Last 4 digits of account number **0863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,589.00** |
|---|---|---|---|

**SULZER TURBO SERV  NO INC**
**11518 Old Porte Road**
**La Porte, TX 77571**

Date(s) debt was incurred _

Last 4 digits of account number **1616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,443.00 |
|---|---|---|---|

**3.701**
Nonpriority creditor's name and mailing address
**SUNBELT TRANSFORMER**
**PO BOX 1500**
**TEMPLE, TX 76503**
Date(s) debt was incurred _
Last 4 digits of account number  **2665**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$85,443.00**

**3.702**
Nonpriority creditor's name and mailing address
**SUNFLOWER CONSTRUCTION**
**3948 SUNFLOWER LANE**
**Plano, TX 75025**
Date(s) debt was incurred _
Last 4 digits of account number  **1005**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$53,726.00**

**3.703**
Nonpriority creditor's name and mailing address
**SUNLINE COMMERCIAL CARRIERS INC**
**2525 SPUR 54**
**HARLINGEN, TX 78552**
Date(s) debt was incurred _
Last 4 digits of account number  **7076**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$355,651.00**

**3.704**
Nonpriority creditor's name and mailing address
**SUNSOURCE**
**5109 TARAVELLA**
**MARRERO, LA 70094**
Date(s) debt was incurred _
Last 4 digits of account number  **1618**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$2,221.00**

**3.705**
Nonpriority creditor's name and mailing address
**SWDI LLC**
**1748 Coteau Road**
**Houma, LA 70361**
Date(s) debt was incurred _
Last 4 digits of account number  **1625**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$1,740.00**

**3.706**
Nonpriority creditor's name and mailing address
**T & H TRUCKING INC**
**1106 W 111TH PL**
**CHICAGO, IL 60643**
Date(s) debt was incurred _
Last 4 digits of account number  **8895**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$859.00**

**3.707**
Nonpriority creditor's name and mailing address
**TA SERVICES INC**
**241 REGENCY PARKWAY**
**MANSFIELD, TX 76058**
Date(s) debt was incurred _
Last 4 digits of account number  **7034**

☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Trade Debt**
Is the claim subject to offset? ■ No ☐ Yes

**$35,802.00**

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,842.00** |
|---|---|---|---|

**TAINO TRUCKING LLC**
**67 PHILLIP CT**
**CHALMETTE, LA 70043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **8410**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,578.00** |
|---|---|---|---|

**TALLGRASS FREIGHT CO, LLC**
**5800 HILLTOP ROAD, SUITE 202**
**SHAWNEE, KS 66226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0801**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,996.00** |
|---|---|---|---|

**TAYLOR MACHINE WORKS  INC**
**650 NORTH CHURCH AVENUE**
**LOUISVILLE,, MS 39339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1626**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,880.00** |
|---|---|---|---|

**TECH USA, LLC**
**8334 VETERANS HIGHWAY, 2nd Floor**
**Millersville, MD 21108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1211**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,911.00** |
|---|---|---|---|

**Technical Environmental Services**
**5133 Taravella Road**
**Marrero, LA 70072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2138**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,248.00** |
|---|---|---|---|

**TECHNOS INC**
**7016 FM3009**
**SCHERTZ, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2680**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$488.00** |
|---|---|---|---|

**TEN M VENDING**
**15642 RIVER ROAD**
**NORCO, LA 70079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2671**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.715** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,332.00**

**TENCARVA MACHINERY CO**
**PO BOX 35705**
**GREENSBORO, NC 27425-5705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1627**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.716** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,295.00**

**TENNESSEE ASSOCIATED ELEC**
**214 W MORELIA AVE**
**KNOXVILLE, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2673**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.717** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$153.00**

**TENNESSEE DEPARTMENT OF**
**505 DEADRICK ST**
**NASHVILLE, TN 37243-0333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2271**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.718** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$74.00**

**TENNESSEE SLING CENTER**
**3010 WILLIAMS STREET, SUITE 104**
**Chattanooga, TN 37410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0793**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.719** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,091.00**

**TENOVA INC.**
**100 CORPORATE CENTER DRIVE**
**CORAPOLIS, PA 15108-3185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5150**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.720** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142.00**

**Teresa F. Hulstrom  403 CSG**
**10422 Huebner Road, Apt. 1102**
**San Antonio, TX 78240-1384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0959**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.721** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,072.00**

**TERRELL MICELI INVESTIGATIONS**
**P.O. BOX 1955**
**SLIDELL, LA 70459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9802**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.722** | Nonpriority creditor's name and mailing address
**THE DAVID J JOSEPH COMPANY**
**P.O. BOX 632960**
**CINCINNATI, OH 45263-2960**

Date(s) debt was incurred _

Last 4 digits of account number  **9804**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$902,065.00**

---

**3.723** | Nonpriority creditor's name and mailing address
**THE MCGINNIS LUMBER CO, INC**
**905 22ND AVENUE**
**MERIDIAN, MS 39301**

Date(s) debt was incurred _

Last 4 digits of account number  **9343**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,851.00**

---

**3.724** | Nonpriority creditor's name and mailing address
**THE MEDICINE SHOPPE**
**932 CARROLLWOOD AVENUE**
**LAPLACE, LA 70068**

Date(s) debt was incurred _

Last 4 digits of account number  **1633**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$586.00**

---

**3.725** | Nonpriority creditor's name and mailing address
**THE PERSONNEL CONSULTING GROUP**
**VETERANS BLVD, SUITE 535**
**Metairie, LA 70005**

Date(s) debt was incurred _

Last 4 digits of account number  **0999**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,640.00**

---

**3.726** | Nonpriority creditor's name and mailing address
**THE REYNOLDS COMPANY**
**700A ELMWOOD PARK BOULEVARD**
**HARAHAN, LA 70123**

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,546.00**

---

**3.727** | Nonpriority creditor's name and mailing address
**THE SHERWIN WILLIAMS COMPANY**
**228 S. ROANE STREET**
**HARRIMAN, TN 37748**

Date(s) debt was incurred _

Last 4 digits of account number  **0987**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$277.00**

---

**3.728** | Nonpriority creditor's name and mailing address
**THORNTON, MUSSO, &  BELLEMIN, INC.**
**4788 WAYWOOD DRIVE**
**ZACHARY, LA 70791**

Date(s) debt was incurred _

Last 4 digits of account number  **1638**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$78,995.00**

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

---

**3.729** | Nonpriority creditor's name and mailing address

**TIM'S TIRE SERVICE**
**1688 HARRIMAN HWY**
**HARRIMAN, TN 37748**

Date(s) debt was incurred _

Last 4 digits of account number  **1639**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,606.00**

---

**3.730** | Nonpriority creditor's name and mailing address

**TIMOTHY R WHITE**
**3530 WEST HOUSTON**
**PARIS, TX 75460**

Date(s) debt was incurred _

Last 4 digits of account number  **8351**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,152.00**

---

**3.731** | Nonpriority creditor's name and mailing address

**TMS INTERNATIONAL, LLC**
**12 MONONGAHELA AVENUE**
**GLASSPORT, PA 15045**

Date(s) debt was incurred _

Last 4 digits of account number  **3280**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$380,025.00**

---

**3.732** | Nonpriority creditor's name and mailing address

**TMS INTERNATIONAL, LLC**
**12 MONONGAHELA AVENUE**
**GLASSPORT, PA 15045**

Date(s) debt was incurred _

Last 4 digits of account number  **3280**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,631.00**

---

**3.733** | Nonpriority creditor's name and mailing address

**TN DEPT ENV  CONSERVATION**
**10TH FLOOR WILLIAM R SNODGRASS TN T**
**NASHVILLE, TN 37243**

Date(s) debt was incurred _

Last 4 digits of account number  **2292**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$383.00**

---

**3.734** | Nonpriority creditor's name and mailing address

**TOKAI CARBON GE LLC**
**6210 AUDREY KELL ROAD, SUITE 270**
**CHARLOTTE, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number  **9684**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,538,398.00**

---

**3.735** | Nonpriority creditor's name and mailing address

**TORQUE, INC**
**201 CASTLEBERRY CT.**
**MILFORD, OH 45150**

Date(s) debt was incurred _

Last 4 digits of account number  **1641**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$64,278.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,956.00** |
|---|---|---|---|
| | **TOTAL QUALITY LOGISTICS, LLC**<br>**4289 IVY POINTE BLVD.**<br>**CINCINNATI, OH 45245-0002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1903** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,104.00** |
|---|---|---|---|
| | **TOWLIFT INC**<br>**1395 VALLEY BELT RD**<br>**BROOKLYN HEIGHTS, OH 44131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **4228** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,478.00** |
|---|---|---|---|
| | **TRAC-WORK, INC.**<br>**640 HWY 3185**<br>**THIBODAUX, LA 70301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0771** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,950.00** |
|---|---|---|---|
| | **TRANS GLOBAL SOLUTIONS, INC**<br>**2300 HWY. 365, SUITE 400**<br>**Nederland, TX 77627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1643** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,575.00** |
|---|---|---|---|
| | **TRAVELERS INDEMNITY CO.**<br>**ONE TOWER SQUARE | 9 CR**<br>**HARTFORD, CT 06183** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **8259** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$672,719.00** |
|---|---|---|---|
| | **TRAXYS**<br>**825 THIRD AVENUE**<br>**NEW YORK, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1644** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,884.00** |
|---|---|---|---|
| | **TRAXYS**<br>**825 THIRD AVENUE**<br>**NEW YORK, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1644** | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

**3.743** | Nonpriority creditor's name and mailing address
**TRI COASTAL TRADING LLC**
**11931 WICKCHESTER**
**HOUSTON, TX 77043**

Date(s) debt was incurred _
Last 4 digits of account number  **5344**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,594,630.00**

---

**3.744** | Nonpriority creditor's name and mailing address
**TRI COUNTY PARTS & EQUIPMENT**
**1099 INDUSTRIAL BLVD**
**CROSSVILLE, TN 38556**

Date(s) debt was incurred _
Last 4 digits of account number  **0814**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$871.00**

---

**3.745** | Nonpriority creditor's name and mailing address
**TRI STATE HYDRAULICS**
**1310 CUSHMAN STREET**
**CHATANOOGA, TN 37406**

Date(s) debt was incurred _
Last 4 digits of account number  **1647**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50,696.00**

---

**3.746** | Nonpriority creditor's name and mailing address
**TRIDENT TRANSPORT LLC**
**1428 CHESTNUT ST, SUITE 114**
**CHATTANOOGA, TN 37402**

Date(s) debt was incurred _
Last 4 digits of account number  **8881**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,670.00**

---

**3.747** | Nonpriority creditor's name and mailing address
**TRINITY INDUSTRIES LEASING COMPANY**
**2525 STEMMONS FREEWAY**
**Dallas, TX 75207**

Date(s) debt was incurred _
Last 4 digits of account number  **8443**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$111,626.00**

---

**3.748** | Nonpriority creditor's name and mailing address
**TRIO COMPRESSED AIR**
**2624 ENGINEER ROAD**
**BELLE CHASE, LA 70037**

Date(s) debt was incurred _
Last 4 digits of account number  **1648**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,556.00**

---

**3.749** | Nonpriority creditor's name and mailing address
**TRUCK PRO, LLC**
**6145 RIVER ROAD**
**HARAHAN, LA 70123**

Date(s) debt was incurred _
Last 4 digits of account number  **1279**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$14,444.00**

---

| Debtor | BD LaPlace, LLC | Case number (if known) | 19-12155 (KBO) |
|---|---|---|---|
| | Name | | |

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,080.00 |
|---|---|---|---|

**TRW METALLURGICAL ENGINEERING**
**3530 WEST HOUSTON**
**PARIS, TX 75460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8660**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,366.00 |
|---|---|---|---|

**TT BARGE CLEANING INC**
**P.O. BOX 1287**
**DONALDSONVILLE, LA 70346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0180**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,317.00 |
|---|---|---|---|

**TULSA CRANE WERX**
**7500 S. 81ST WEST PLACE**
**TULSA, OK 74131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1649**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,982.00 |
|---|---|---|---|

**TULSA PORT OF CATOOSA**
**5350 CIMARRON ROAD**
**CATOOSA, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1002**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,939.00 |
|---|---|---|---|

**UMECC**
**5601 C CREEK RD**
**OH, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **7402**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,895.00 |
|---|---|---|---|

**UNIFIRST CORPORATION**
**2744 LEXINGTON AVENUE**
**KENNER, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **1005**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,014.00 |
|---|---|---|---|

**UNION PACIFIC RAILROAD**
**P.O. BOX 843465**
**DALLAS, TX 75284-3465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **2307**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **BD LaPlace, LLC** |
| | Name |

Case number (*if known*)    **19-12155 (KBO)**

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,925.00 |
|---|---|---|---|

**United Motor Freight**
**3800 West Marginal Way S.W.**
**Seattle, WA 98106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2308**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,973.00 |
|---|---|---|---|

**UNITED RENTALS**
**10224 KINGSTON PIKE**
**KNOXVILLE, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1166**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,454.00 |
|---|---|---|---|

**UNITED STEELWORKERS OF AMERICA**
**P.O. BOX 644485**
**PITTSBURGH, PA 15264-4485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4535**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $977.00 |
|---|---|---|---|

**UNIVERSAL PROTECTION SERVICE LLC**
**26375 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3941**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,643.00 |
|---|---|---|---|

**UNIVERSAL SUPPLY  & EQUIPMENT**
**600 TIME SAVER AVENUE**
**HARAHAN, LA 70123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1008**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,172.00 |
|---|---|---|---|

**UNIVERSAL TRUCKLOAD INC**
**12755 EAST NINE MILE ROAD**
**WARREN, MI 48089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8716**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,630.00 |
|---|---|---|---|

**UP N DOWN SCAFFOLDING, LLC**
**2853 Sugar Lakes Lane**
**Paulina, LA 70763-2532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2492**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BD LaPlace, LLC** | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.764** | **Nonpriority creditor's name and mailing address**

**USC CASTINGS, LLC**
**30,000 IL ROUTE 9**
**MACKINAW, IL 61755**

Date(s) debt was incurred _

Last 4 digits of account number  **9781**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$72,192.00**

---

**3.765** | **Nonpriority creditor's name and mailing address**

**VAHLE, INC.**
**1167 BRITTMOORE**
**HOUSTON, TX 77043**

Date(s) debt was incurred _

Last 4 digits of account number  **1009**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,753.00**

---

**3.766** | **Nonpriority creditor's name and mailing address**

**VALVE AND FILTER CORPORATION**
**5270 MARSHALL STREET**
**ARVADA, CO 80002**

Date(s) debt was incurred _

Last 4 digits of account number  **1660**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$666.00**

---

**3.767** | **Nonpriority creditor's name and mailing address**

**VEC SOLUTIONS LLC**
**39417 Babin Road**
**Gonzales, LA 70737**

Date(s) debt was incurred _

Last 4 digits of account number  **1902**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$331.00**

---

**3.768** | **Nonpriority creditor's name and mailing address**

**VEOLIA WATER SOLUTIONS &**
**4760 WORLD HOUSTON PARKWAY STE 100**
**HOUSTON, TX 77032**

Date(s) debt was incurred _

Last 4 digits of account number  **9371**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,944.00**

---

**3.769** | **Nonpriority creditor's name and mailing address**

**VESUVIUS  USA**
**1404 NEWTON DRIVE**
**CHAMPAIGN, IL 61822**

Date(s) debt was incurred _

Last 4 digits of account number  **1012**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$461,327.00**

---

**3.770** | **Nonpriority creditor's name and mailing address**

**VESUVIUS  USA**
**1404 NEWTON DRIVE**
**CHAMPAIGN, IL 61822**

Date(s) debt was incurred _

Last 4 digits of account number  **1012**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$38,699.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

**3.771** | **Nonpriority creditor's name and mailing address**
VICTOR CULPEPPER ENVIRONMENTAL, LLC
25 MONTE CARLO DR.
KENNER, LA 70065

Date(s) debt was incurred _
Last 4 digits of account number **0789**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.772** | **Nonpriority creditor's name and mailing address**
WALDEMAR S NELSON  CO IN
1200 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130

Date(s) debt was incurred _
Last 4 digits of account number **2708**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$35,760.00**

---

**3.773** | **Nonpriority creditor's name and mailing address**
WALKER NATIONAL INC
2195 WRIGHT BROTHERS AVENUE
COLUMBUS, OH 43217

Date(s) debt was incurred _
Last 4 digits of account number **2710**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,889.00**

---

**3.774** | **Nonpriority creditor's name and mailing address**
WASHING EQUIPMENT OF TN
2100 MIDDLEBROOK PIKE
KNOXVILLE, TN 37921

Date(s) debt was incurred _
Last 4 digits of account number **1014**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$467.00**

---

**3.775** | **Nonpriority creditor's name and mailing address**
WASTE CONNECTIONS OF TN, INC
2400 CHIPMAN STREET
KNOXVILLE, TN 37917

Date(s) debt was incurred _
Last 4 digits of account number **2794**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$505.00**

---

**3.776** | **Nonpriority creditor's name and mailing address**
WASTE MANAGEMENT OF
P.O. BOX 43410
PHEONIX, AZ 85080

Date(s) debt was incurred _
Last 4 digits of account number **1671**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,609.00**

---

**3.777** | **Nonpriority creditor's name and mailing address**
Waste Management of Knoxville
P.O. BOX 43410
PHEONIX, AZ 85080

Date(s) debt was incurred _
Last 4 digits of account number **1671**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$883.00**

---

| Debtor | **BD LaPlace, LLC** | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,280.00** |
|---|---|---|---|

**WATCO SUPPLY CHAIN SERVICES, LLC**
**315 W 3RD ST**
**PITTSBURG, KS 72762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,607.00** |
|---|---|---|---|

**WB SCRAP LLC**
**5000 PARIS ROAD**
**CHALMETTE, LA 70043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **0023**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,723.00** |
|---|---|---|---|

**WC OF LOUISIANA**
**500 BRIDGE CITY AVENUE**
**BRIDGE CITY, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2789**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,545.00** |
|---|---|---|---|

**WC OF LOUISIANA**
**500 BRIDGE CITY AVENUE**
**BRIDGE CITY, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **2789**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,769.00** |
|---|---|---|---|

**WESCO  DISTRIBUTION**
**3011 LAUSAT STREET**
**METAIRIE, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **4282**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,606.00** |
|---|---|---|---|

**WESTERN EXPRESS INC**
**7135 CENTENNIAL PLACE**
**NASHVILLE, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **5359**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,206.00** |
|---|---|---|---|

**WILLIAM WRIGHT (89157)**
**3104 GREENHILL DR**
**FLATWOODS, KY 41139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  **1922**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **BD LaPlace, LLC** | Case number (*if known*) | **19-12155 (KBO)** |
|---|---|---|---|
| | Name | | |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,688.00** |
|---|---|---|---|

**WILLIAMS DOOR COMPANY, INC.**
**220 SHERWAY RD**
**KNOXVILLE, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1677**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,414.00** |
|---|---|---|---|

**WINKLE INDUSTRIES INC**
**2080 WEST MAIN STREET**
**ALLIANCE, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1680**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00** |
|---|---|---|---|

**WJS ENTERPRISES INC**
**PO BOX 54138**
**New Orleans, LA 70154-4138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2335**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,239.00** |
|---|---|---|---|

**WOMACK MACHINE SUPPLY CO**
**2011 8TH STREET**
**HARVEY, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1681**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,557.00** |
|---|---|---|---|

**WORKCARE, INC.**
**300 S. HARBOR BLVD**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1632**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,913.00** |
|---|---|---|---|

**Workcare, Inc.**
**300 S. HARBOR BLVD**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1632**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,949.00** |
|---|---|---|---|

**WORLDWIDE EXPRESS**
**2323 VICTORY AVE, SUITE 1600**
**DALLAS, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9485**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **BD LaPlace, LLC** | | Case number (if known) | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,783.00** |
|---|---|---|---|
| | **WORLDWIDE INTEGRATED SUPPLY**<br>**3611 109ST STREET**<br>**URBANDALE, IA 50322** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0803** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,817.00** |
|---|---|---|---|
| | **WTI TRANSPORT**<br>**7300 COMMERCE DRIVE**<br>**TUSCALOOSA, AL 35401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **2866** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$121,906.00** |
|---|---|---|---|
| | **XPRESS RECYCLING INC**<br>**5030 HWY 84 W**<br>**VIDALIA, LA 71373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **8841** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,760.00** |
|---|---|---|---|
| | **ZEN-NOH GRAIN**<br>**886 HWY 44**<br>**CONVENT, LA 70723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **0784** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,991.00** |
|---|---|---|---|
| | **ZENAR CORPORATION**<br>**7301 SOUTH 6TH STREET**<br>**OAK CREEK, WI 53154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **1686** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,792.00** |
|---|---|---|---|
| | **ZENGISTICS**<br>**3300 N INTERSTATE 35, SUITE 450**<br>**Austin, TX 78705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **8514** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,657.00** |
|---|---|---|---|
| | **ZIRCOA  INC**<br>**31501 SOLON ROAD**<br>**SOLON, OH 44139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  **2719** | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Debtor | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,376,829.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 65,567,786.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 67,944,615.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **BD LaPlace, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **19-12155 (KBO)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Captial Lease rental for (3) Liebherr LH60M and (2) Liebherr model LH60C moveable cranes. Two $5,000 payments in 2016. Additional 15% compensation of total amount saved from Entergy resolution.** <br><br> State the term remaining — **9/13/20** <br><br> List the contract number of any government contract | **AMERICAN STATE EQUIPMENT CO., INC.** <br> **2055 SOUTH 108TH STREET** <br> **MILWAUKEE, WI 53227** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Contract for removal of By-Product Materials from the manufacturing of Steel, (including Slag, Runner Scrap, Tundish Scrap, Melt-Shop Clean-Ups and all other so-called pit scrap generated in the Melt Shop and which requires further processing for reuse or resale.** <br><br> State the term remaining — **N/A** <br><br> List the contract number of any government contract | **BARFIELD ENTERPRISES, INC** <br> **ATTN: MR. JAMES W. BARFIELD** <br> **PO BOX 218** <br> **NEW BOSTON, TX 75570** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Supply agreement for Electricity with ranges of supply with a maximum capcity of 117,000 Kilowats at approximately 230,000 volts, 3 wire, 3 phase.** | **ENTERGY** <br> **PO BOX 8103** <br> **BATON ROUGE, LA 70891-8108** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor 1 | **BD LaPlace, LLC** | | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | **5/31/20** | |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of 145,500 square feet of industrial space to servce as a Steel Service Center Depot in Leetsdale, PA.** | |
|---|---|---|---|
| | State the term remaining | **10/31/24** | **LEETSDALE INDUSTRIAL II** |
| | List the contract number of any government contract | | **100 LEETSDALE INDUSTRIAL DRIVE LEETSDALE, PA 15056** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **(1) New XH350L / P42554 Forklift with lifting capcity of 45,000 lbs.** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **TAYLOR LEASING AND RENTAL ATTN: MR. EARL** |
| | List the contract number of any government contract | | **3690 NORTH CHURCH AVENUE LOUISVILLE, MS 39339** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Supplier Agreement for Graphite Electrodesw measuring 24" X 110". Pricing is based on $5.15/lb. with an annual minimum volume of 920 mts.** | |
|---|---|---|---|
| | State the term remaining | **12/31/22** | **TOKAI CARBON GE LLC** |
| | List the contract number of any government contract | | **6210 AUDREY KELL ROAD, SUITE 270 CHARLOTTE, NC 28277** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Provision of Transportation Management System (TMS), to manage the dispatch and manage the Shipment lifecycle and to minize freight costs throu efficient load plans and auto tendering load when possible.** | |
|---|---|---|---|
| | State the term remaining | **6/5/21** | **TRANSWORKS COMPANY MS. KIMBERLY LYMAN 9910 DUPONT CIRCLE DRIVE EAST SUITE 200 FORT WAYNE, IN 46825** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **BD LaPlace, LLC** | | Case number *(if known)* | **19-12155 (KBO)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of (10), 66' Mill Gondola rail cars, at a rate of $310 per car.** | |
|---|---|---|---|
| | State the term remaining | **None** | **TRINITY INDUSTRIES LEASING COMPANY** |
| | List the contract number of any government contract | | **2525 STEMMONS FREEWAY**<br>**DALLAS, TX 75207** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of (80), 38' Billet Steel Flat rail cars, at a rate of $550 per car.** | |
|---|---|---|---|
| | State the term remaining | **6/19/25** | **TRINITY INDUSTRIES LEASING COMPANY** |
| | List the contract number of any government contract | | **2525 STEMMONS FREEWAY**<br>**DALLAS, TX 75207** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **BD LaPlace, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **19-12155 (KBO)** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bayou Steel BD Holdings, L.L.C.** | **138 Highway 3217 La Place, LA 70068** | **Bank of America, N.A.** | ☑ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **BD Bayou Steel Investment, LLC** | **138 Highway 3217 La Place, LA 70068** | **Black Diamond Opportunity Fund IV, L.P.** | ☑ D _____<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BD LaPlace, LLC**

United States Bankruptcy Court for the:   **DISTRICT OF DELAWARE**

Case number (if known)   **19-12155 (KBO)**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2019**     X **/s/ Charles S. Deutchman**
                                                Signature of individual signing on behalf of debtor

                                              **Charles S. Deutchman**
                                              Printed name

                                              **Chief Restructuring Officer**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy